UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

SPHERE CAPITAL CORP.,
a British Virgin Islands corporation,

     Plaintiff,

vs.

HOMES AT RIVER LODGE, INC., a Florida
corporation, MICRO TEC HOMES, INC., a
dissolved Florida corporation, SUNLAND
DEVELOPMENT INC., a Florida corporation,
SUNLAND HOMES AT RIVER FOREST,
INC., a Florida corporation, SUNLAND
HOMES, INC., a Florida corporation,
SUNLAND HOMES AT ROYAL PALM
BEACH, INC., a Florida corporation,
SUNLAND CONSTRUCTION OF THE
PALM BEACHES, INC., a Florida corporation,
FIELDS OF DREAMS, LTD., a Florida
limited partnership, RIVER LENDERS LTD.,
a Florida limited partnership, RIVER
LENDERS II LTD., a Florida limited
partnership, FOREST LENDERS, LTD.,
a Florida limited partnership, TIGER
INVESTMENTS L.C., a Florida limited
liability company, JAMES W. HALL, individually,
PATRICK BARRATA, individually, MICHAEL
LOCIGNO, individually, and HARVEY POLLY,
individually.

     Defendants.

CASE NO.
Magistrate Judge

# 04 - 14057

## CIV-GRAHAM

MAGISTRATE JUDGE
LYNCH

---

## **COMPLAINT FOR FORECLOSURE AND DAMAGES**

The Plaintiff, Sphere Capital Corp., by and through its undersigned attorneys, sues Homes at

River Lodge, Inc., Micro Tec Homes, Inc., Sunland Development Inc., Sunland Homes at River

Forest, Inc., Sunland Homes, Inc., Sunland Homes at Royal Palm Beach, Inc., Sunland Construction

of the Palm Beaches, Inc., Fields of Dreams, Ltd., River Lenders Ltd., River Lenders II Ltd., Forest



Lenders, Ltd., Tiger Investments L.C., James W. Hall, Patrick Barrata, Michael Locigno and Harvey Polly and in support thereof states as follows:

1.      This is an action by the Plaintiff against the Defendants pursuant to Florida law to foreclose a mortgage lien on real property located in Martin County, Florida.

## PARTIES

2.      The Plaintiff, Sphere Capital Corp. is a British Virgin Islands corporation.

3.      At all times pertinent hereto, the Defendant, Homes at River Lodge, Inc. ("Homes at River Lodge"), was a Florida corporation with its principal place of business in Martin County, Florida.

4.      At all times pertinent hereto, the Defendant, Micro Tec Homes, Inc. ("Micro Tec"), was a Florida corporation which had its principal place of business in Martin County, Florida.

5.      At all times pertinent hereto, the Defendant, Sunland Development Inc. ("Sunland Development") was a Florida corporation with, upon information and belief, its principal place of business in Palm Beach County, Florida.

6.      At all times pertinent hereto, the Defendant, Sunland Homes at River Forest, Inc. ("Sunland Homes at River Forest"), was a Florida corporation with, upon information and belief, its principal place of business in Martin County, Florida.

7.      At all times pertinent hereto, the Defendant, Sunland Homes, Inc. ("Sunland Homes"), was a Florida corporation with, upon information and belief, its principal place of business in Palm Beach County, Florida.

8.      At all times pertinent hereto, the Defendant, Sunland Homes at Royal Palm Beach, Inc. ("Sunland Homes at Royal Palm Beach"), was a Florida corporation with, upon information and belief, its principal place of business in Palm Beach County, Florida.

9.      At all times pertinent hereto, the Defendant, Sunland Construction of the Palm Beaches, Inc., ("Sunland Construction"), was a Florida corporation with, upon information and belief, its principal place of business in Palm Beach County, Florida (Sunland Development, Sunland Homes at River Forest, Sunland Homes, Sunland Homes at Royal Palm Beach and Sunland Construction shall be referred to collectively as "Sunland" or the "Sunland Entities").

10.      At all times pertinent hereto, the Defendant, Fields of Dreams, Ltd. ("Fields of Dreams"), was a Florida limited partnership with, upon information and belief, its principal place of business in Palm Beach County, Florida.

11.      At all times pertinent hereto, the Defendant, River Lenders Ltd. ("River Lenders"), was a Florida limited partnership with its principal place of business in Palm Beach County, Florida.

12.      At all times pertinent hereto, the Defendant, River Lenders II Ltd. ("River Lenders II"), was a Florida limited partnership with, upon information and belief, its principal place of business in Palm Beach County, Florida.

13.      At all times pertinent hereto, the Defendant, Forest Lenders, Ltd. ("Forest Lenders"), was a Florida limited partnership with, upon information and belief, its principal place of business in Palm Beach County, Florida (Fields of Dreams, River Lender, River Lender II and Forest Lenders, shall be referred collectively as the "Lenders").

14.      At all times pertinent hereto, the Defendant, Tiger Investments L.C. ("Tiger"), was a Florida limited liability company with, upon information and belief, its principal place of business in Palm Beach County, Florida.

15.      At all times pertinent hereto, the Defendant, James W. Hall ("Hall"), was a natural person residing in Martin County, Florida.

16.      At all times pertinent hereto, the Defendant, Patrick Barrata ("Barrata"), was a natural person residing, upon information and belief, in Palm Beach County, Florida.

17.   At all times pertinent hereto, the Defendant, Michael Locigno ("Locigno"), was a natural person residing, upon information and belief, in Palm Beach County, Florida.

18.   At all times pertinent hereto, the Defendant, Harvey Polly ("Polly"), was a natural person residing, upon information and belief, in Martin County, Florida.

## STATEMENT OF JURISDICTION AND VENUE

19.   This Court has jurisdiction in this matter pursuant to 28 U.S.C. § 1332(a) in that there is complete diversity of citizenship between the Plaintiff and each of the Defendants and the amount in controversy as between the Plaintiff and the Defendants exceeds $75,000, exclusive of interest and costs.

20.   This Court has jurisdiction over each of the Defendants.

21.   Venue for this action lies in the Southern District of Florida pursuant to 28 U.S.C. §§ 1391(a)(1) and (2), because each of the Defendants resides in this judicial district and because a substantial part of the events or omissions giving rise to the Plaintiff's claims occurred in this judicial district.

## THE FACTS

22.   On November 28, 2000, Homes at River Lodge executed and delivered to Plaintiff a promissory note in the original principal amount of $950,000.00.  On January 9, 2001, Homes at River Lodge executed and delivered to Plaintiff a second promissory note in the original principal amount of $550,000.00 (the $950,000.00 note and the $550,000.00 note shall be collectively referred to as the "Notes").  True and correct copies of the Notes are attached hereto and incorporated herein as Exhibit "A".

23.   Concurrently with the execution of the Notes, Homes at River Lodge executed and delivered to the Plaintiff a Mortgage Deed, Security Agreement and Assignment of Leases and Rents (the "Mortgage") securing the payment thereof.  A true and correct copy of the Mortgage is attached

hereto and incorporated herein as Exhibit "B". The Mortgage was recorded on December 5, 2000, in Official Records Book 01520 at page 0371 of the Public Records of Martin County, Florida,

24. The Mortgage encumbered real property then owned and in the possession of Homes at River Lodge (the "Real Property"). A true and correct legal description of the Real Property is attached to the Mortgage as Exhibit "A".

25. Subsequent to the execution of the Mortgage, the Plaintiff delivered numerous partial releases of mortgage to the Plaintiff releasing the effect of the Mortgage lien on only a portion of the Real Property.

26. The Mortgage lien, however, continues to be in full force and effect and presently encumbers that part of the Real Property described in Exhibit "C" hereto (the "Encumbered Real Property").

27. The Plaintiff is the owner and holder of the Notes and the Mortgage (collectively, the "Loan Documents").

28. Homes at River Lodge has defaulted under the Loan Documents by, among other things, (a) conveying portions of the Real Property to one or more of the Sunland Properties or to third parties, (b) failing to pay superior or inferior mortgages on the Real Property when due, (c) granting to third parties mortgages or other interests on the Real Property in contravention of the Loan Documents and (d) failing to make interest payments due under the Loan Documents on November 27, 2003 and January 8, 2004.

29. As a result of these defaults, the Plaintiff has declared the full amount of the debt payable under the Loan Documents to be due.

30. Homes at River Lodge owes the Plaintiff approximately $650,000.00 in interest that was due on November 27, 2003, January 8, 2004, January 16, 2004 and January 23, 2004, together

with late charges, and all costs of collection including, but not limited to, title search expenses, reasonable attorneys' fees and other costs incurred by the Plaintiff.

31.     The Plaintiff has expended, and will necessarily and reasonably expend during the pendancy of this suit, certain other costs necessary to protect its security, all of which are secured by the lien of the Loan Documents.

32.     All conditions precedent to this action have occurred, been performed or been waived.

33.     The Plaintiff has been forced to incur the expense of retaining the law firm of Sánchez-Aballí and Partners, P.A. for the purpose of bringing this action to protect its interests and is obligated to pay said firm a reasonable fee.

## COUNT I - FORECLOSURE ACTION

34.     The Plaintiff realleges and incorporates into this Count I the allegations contained in Paragraphs 1 through 33 above as if fully set forth herein.

35.     This is an action by the Plaintiff against the Defendants to foreclose a mortgage on real property located in Martin County, Florida.

36.     Homes at River Lodge now owns, holds and may claim some interest on all or part of the Encumbered Real Property.  However, the interests of Homes at River Lodge, if any, are subject, subordinate, and inferior to the right, title, interest, and lien of the Mortgage owned and held by the Plaintiff.

37.     The Sunland Entities may own, hold, and may claim some interest in the Encumbered Real Property that is the subject of this foreclosure action.  However, the interests of the Sunland Entities, if any, are subject, subordinate, and inferior to the right, title, interest, and lien of the Mortgage owned and held by the Plaintiff.

38.     The Lenders may own, hold, and may claim some interest in the Encumbered Real Property that is the subject of this foreclosure action.  However, the interests of the Lenders, if any, are subject, subordinate, and inferior to the right, title, interest, and lien of the Mortgage owned and held by the Plaintiff

39.     Micro Tec, Hall, Barrata, Locigno and Polly may own, hold, and may claim some interest in the Encumbered Real Property that is the subject of this foreclosure action.  However, the interests of each of these Defendants, if any, are subject, subordinate, and inferior to the right, title, interest, and lien of the Mortgage owned and held by the Plaintiff.

40.     John/Jane Doe, fictitious names representing potential purchasers of one or more lots comprising the Encumbered Real Property (the "Does") now own, hold and may claim some interest in the Encumbered Property that is the subject of this foreclosure action.  However, the interests of the Does, if any, are subject, subordinate, and inferior to the right, title, interest, and lien of the Mortgage owned and held by the Plaintiff.

**WHEREFORE**, the Plaintiff, Sphere Capital Corp. respectfully requests that this Honorable Court:

(a)     assume jurisdiction of the subject matter of this action and of the named parties;

(b)     adjudicate that the Loan Documents are prior and superior to the right, title, interest or lien of any other party to this action or any party claiming by, through, under or against any party named herein or hereafter made a party;

(c)     foreclose all interests that are inferior to the Loan Documents;

(d)     ascertain the amount of money due to the Plaintiff under the Loan Documents, accrued interest, all costs and expenditures made by the Plaintiff to protect its security which is secured by the lien of the Loan Documents, all costs of these proceedings, taxes, insurance, title expenses and reasonable attorneys' fees;

(e)     decree that the Plaintiff has a priority lien on the Encumbered Real Property for the sum of money found to be due to the Plaintiff;

(f)     if the sum due to the Plaintiff under the Loan Documents is not paid immediately, enter a judgment of foreclosure in favor of the Plaintiff and against the Defendants in accordance with the rules and established practices of the Court directing the Clerk of the Court to sell the Encumbered Real Property to satisfy the mortgage lien of the Plaintiff in accordance with the provisions of Florida Statutes Section 45.031;

(g)     retain jurisdiction in order to make any and all further orders and judgments as may be necessary and proper, including the issuance of a writ of possession and the entry of a deficiency decree, when and if such deficiency decree shall appear proper; and

(h)     grant such other and further relief as this Honorable Court may deem just and proper.

## COUNT II - NOTE ACTION

41.     Plaintiff realleges and incorporates in this Count II the allegations contained in Paragraphs 1 through 40 of this Complaint as if set forth fully herein.

42.     This is an action against Homes at River Lodge for damages that exceed $75,000.00, exclusive of interest and cost, based upon the breach of a written contract.

43.     As a result of Homes at River Lodge's breach of the Loan Documents, the Plaintiff has suffered damages in the amount of at least $650,000.00, plus late charges, attorneys' fees and other costs.

**WHEREFORE**, the Plaintiff, Sphere Capital Corp., respectfully requests that this Honorable Court enter judgment against the Defendant, Homes at River Lodge, Inc., for compensatory damages, costs, pre-judgment and post-judgment interest and attorneys' fees and grant such other and further relief as this Court deems just and proper.

## COUNT III – ACTION ON A GUARANTY

44.     The Plaintiff realleges and incorporates in this Count III the allegations contained in Paragraphs 1 through 43 of this Complaint as if set forth fully herein.

45.     This is an action against Hall for damages that exceed $75,000.00, exclusive of interest and cost, based upon the breach of a written contract.

46.     On November 28, 2002, January 9, 2001, January 17, 2001 and January 24, 2001 Hall executed and delivered four (4) guarantees (the "Guarantees") to the Plaintiff pursuant to which he personally guaranteed all the indebtedness and other obligations of Homes at River Lodge under the Loan Agreements.

47.     Hall has failed to cure the breached caused by Homes at River Lodge, which constitutes a breach of the Guarantees.  True and correct copies of the Guarantees are attached hereto and incorporated herein as Exhibit "D".

48.     As a result of Hall's breach of the Guarantees, the Plaintiff has suffered damages.

**WHEREFORE**, the Plaintiff, Sphere Capital Corp., respectfully requests that this Honorable Court enter judgment against the Defendant, James W. Hall, for compensatory damages, costs, pre-judgment and post-judgment interest and attorneys' fees and grant such other and further relief as this Court deems just and proper.

Dated this 2nd day of March, 2004.

Respectfully submitted,

**SANCHEZ-ABALLI AND PARTNERS, P.A.**
Attorneys for the Plaintiff
1401 Brickell Avenue, Suite 825
Miami, Florida 33131
Telephone No. (305) 373-0330
Facsimile No. (305) 373-2737
rsanchezaballi@rgsalaw.com

By: _____
Rafael Sánchez-Aballi, Esq.
Florida Bar No. 067857

Sphere Capital Corp. v. Homes at River Lodge, Inc., et. al.
Complaint
Case No. _____

# Exhibit "A"

## NON-NEGOTIABLE PROMISSORY NOTE

$550,000.00                                                                November 28, 2000

FOR VALUE RECEIVED, Homes at River Lodge, Inc., a Florida corporation ("Maker"), promises to pay to Sphere Capital Corp., a British Virgin Islands corporation ("Payee"), in lawful money of the United States of America, the principal sum of Five Hundred and Fifty Thousand Dollars ($550,000.00), together with interest in arrears on the unpaid principal balance at an annual rate equal to twenty-five percent (25%), in the manner provided below.  Interest shall be calculated on the basis of a year of 365 or 366 days, as applicable, and charged for the actual number of days elapsed.

1.   **PAYMENTS**

1.1   Principal; Interest; Profit Participation

a.   $10,000.00, as repayment of the principal, per lot made the subject of the Mortgage (as hereinafter defined); payment to be made at the time of the sale of any lot after one hundred fifty (150) of the lots encumbered by the Mortgage have been sold; provided, however, all outstanding principal, plus all accrued unpaid interest, shall be due and payable in full on November 27, 2003.

b.   Interest, at the aforesaid rate, shall be payable quarterly commencing February 27, 2001; provided, however, that part of the interest accrued and attributable to 15% of the 25% interest shall be deferred, but not forgiven, and shall be due and payable in full on November 27, 2003.

In the event Maker is successful in the development and sale of the mortgaged property, Maker agrees to pay to the Payee, from its profits, an aggregate amount equal to $275.00 per lot for 300 lots.

1.2   Manner of Payment

All payments of principal and interest on this Note shall be made by wire transfer of immediately available funds to an account designated by Payee in writing.  If any payment of principal or interest on this Note is due on a day which is not a Business Day, such payment shall be due on the next succeeding Business Day, and such extension of time shall be taken into account in calculating the amount of interest payable under this Note.  "Business Day" means any day other than a Saturday, Sunday or legal holiday in the State of Florida.

1.3   Prepayment

Maker may, without premium or penalty, at any time and from time to time, prepay all or any portion of the outstanding principal balance due under this Note, provided that each such prepayment is accompanied by accrued interest on the amount of principal prepaid calculated to

the date of such prepayment. Any partial prepayments shall be applied to installments of principal in inverse order of their maturity.

2.   **DEFAULTS**

2.1   Events of Default

The occurrence of any one or more of the following events with respect to Maker shall constitute an event of default hereunder ("Event of Default"):

(a)   If Maker shall fail to pay when due any payment of principal or interest on this Note and such failure continues for five (5) days after Payee notifies Maker therein writing;

(b)   If, pursuant to or within the meaning of the United States Bankruptcy Code or any other federal or state law relating to insolvency or relief of debtors (a "Bankruptcy Law"), Maker shall (i) commence a voluntary case or proceeding; (ii) consent to the entry of an order for relief against it in an involuntary case; (iii) consent to the appointment of a trustee, receiver, assignee, liquidator or similar official; (iv) make an assignment for the benefit of its creditors; or (v) admit in writing its inability to pay its debts as they become due; or

(c)   If a court of competent jurisdiction enters an order or decree under any Bankruptcy Law that (i) is for relief against Maker in an involuntary case, (ii) appoints a trustee, receiver, assignee, liquidator or similar official for Maker or substantially all of Maker's properties, or (iii) orders the liquidation of Maker, and in each case the order or decree is not dismissed within 120 days.

2.2   Notice by Maker

Maker shall notify Payee in writing within five (5) days after the occurrence of any Event of Default of which Maker acquires knowledge.

2.3   Remedies

Upon the occurrence of an Event of Default hereunder (unless all Events of Default have been cured or waived by Payee), Payee may, at its option, (i) by written notice to Maker, declare the entire unpaid principal balance of this Note, together with all accrued interest thereon, immediately due and payable regardless of any prior forbearance, and (ii) exercise any and all rights and remedies available to it under applicable law, including, without limitation, the right to collect from Maker all sums due under this Note. Maker shall pay all reasonable costs and expenses incurred by or on behalf of Payee in connection with Payee's exercise of any or all of its rights and remedies under this Note, including, without limitation, reasonable attorneys' fees.

3.    **MISCELLANEOUS**

3.1    The repayment of the indebtedness evidenced by this Note shall be secured by a mortgage of even date from the Maker to the Payee

3.2    Waiver

The rights and remedies of Payee under this Note shall be cumulative and not alternative. No waiver by Payee of any right or remedy under this Note shall be effective unless in a writing signed by Payee. Neither the failure nor any delay in exercising any right, power or privilege under this Note will operate as a waiver of such right, power or privilege and no single or partial exercise of any such right, power or privilege by Payee will preclude any other or further exercise of such right, power or privilege or the exercise of any other right, power or privilege. To the maximum extent permitted by applicable law, (a) no claim or right of Payee arising out of this Note can be discharged by Payee, in whole or in part, by a waiver or renunciation of the claim or right unless in a writing, signed by Payee; (b) no waiver that may be given by Payee will be applicable except in the specific instance for which it is given; and (c) no notice to or demand on Maker will be deemed to be a waiver of any obligation of Maker or of the right of Payee to take further action without notice or demand as provided in this Note. Maker hereby waives presentment, demand, protest and notice of dishonor and protest.

3.3    Notices

All notices, requests, demands and other communications hereunder shall be in writing and shall be deemed to have been duly given if delivered or mailed, registered mail, first-class, postage pre-paid, addressed as follows:

| | |
|---|---|
| If to Maker: | Homes at River Lodge, Inc.<br>c/o James H. Hall<br>1000 U.S. 1 North, # 777<br>Jupiter, Florida 33477 |
| With a copy to: | Mark E. Rousso, Esq.<br>Roth, Rousso & Benjamin, P.A.<br>2875 Northeast 191 Street<br>Penthouse 3A<br>Aventura, Florida 33180 |
| If to Payee: | Patricio Valenzuela Larrañaga<br>General de Canto 221<br>Providencia<br>Santiago, Chile |

With a copy to:       Rafael Sánchez-Aballí, Esq.
                         Rafferty, Gutiérrez & Sánchez-Aballí, P.A.
                         1101 Brickell Avenue
                         Suite 1400
                         Miami, Florida 33131

or to such other address or to such other person as Maker or Payee shall have last designated by written notice to the other.

### 3.4 Severability

If any provision in this Note is held invalid or unenforceable by any court of competent jurisdiction, the other provisions of this Note will remain in full force and effect. Any provision of this Note held invalid or unenforceable only in part or degree will remain in full force and effect to the extent not held invalid or unenforceable.

### 3.5 Governing Law; Venue; Submission to Jurisdiction

This Agreement shall be governed by and construed and enforced in accordance with the laws of the State of Florida. The parties agree that any action or proceeding arising under or in connection with this Agreement shall be brought in the state or federal courts having a situs in Miami-Dade County, Florida. Each of the Parties submits to the jurisdiction of any state or federal court sitting in Miami-Dade County, Florida in any action or proceeding arising out of or relating to this Agreement and agrees that all claims in respect of the action or proceeding may be heard and determined in any such court. Each of the Parties waives any defense of inconvenient forum to the maintenance of any action or proceeding so brought and waives any bond, surety, or other security that might be required of any other Party with respect thereto.

### 3.6 Parties in Interest; Assignment.

This Note shall bind Maker and its successors and assigns. This Note is assignable by the Payee, but may be transferred to an assignee only by surrender of this Note by the Payee or assignee to the Maker and reissuance by the Maker of an identical instrument to the assignee. The Maker shall promptly honor any request by the Payee to reissue this Note on account of an assignment, and shall issue a replacement Note to the assignee immediately upon (or concurrent with, at the assignee's election) surrender of the original Note. The Maker acknowledges (i) that it has received a validly executed Form W8-BEN from the Payee, (ii) that the noncontingent portion of the interest due under this Note (i.e., all interest payable under Section 1.1.b. of this Note) qualifies for the portfolio interest exemption under the Internal Revenue Code, and (iii) agrees that it will not withhold income tax on payments of such interest.

3.7     Section Headings, Construction

The headings of Sections in this Note are provided for convenience only and will not affect its construction or interpretation.  All references to "Section" or "Sections" refer to the corresponding Section or Sections of this Note unless otherwise specified.

All words used in this Note will be construed to be of such gender or number as the circumstances require.   Unless  otherwise  expressly  provided,  the  words  "hereof"  and "hereunder" and similar references refer to this Note in its entirety and not to any specific section or subsection hereof.

IN WITNESS WHEREOF, Maker has executed and delivered this Note as of the date first stated above.

MAKER

HOMES AT RIVER LODGE, INC.

By:  James H. Hall, President

1411.002/promissory note.001

## NON-NEGOTIABLE PROMISSORY NOTE

$950,000.00                                                                                          January 9, 2001

FOR VALUE RECEIVED, Homes at River Lodge, Inc., a Florida corporation ("Maker"), promises to pay to Sphere Capital Corp., a British Virgin Islands corporation ("Payee"), in lawful money of the United States of America, the principal sum of Nine Hundred and Fifty Thousand Dollars ($950,000.00), or so much thereof as shall have been advanced from time to time, together with interest in arrears on the unpaid principal balance at an annual rate equal to twenty-five percent (25%), in the manner provided below.  Interest shall be calculated on the basis of a year of 365 or 366 days, as applicable, and charged for the actual number of days elapsed.

1.      **PAYMENTS**

1.1      Principal; Interest; Profit Participation

a.      $10,000.00, as repayment of the principal, per lot made the subject of the Mortgage (as hereinafter defined); payment to be made at the time of the sale of any lot after one hundred fifty (150) of the lots encumbered by the Mortgage have been sold; <u>provided</u>, however, all outstanding principal, plus all accrued unpaid interest, shall be due and payable in full on January 8, 2004.

b.      Interest, at the aforesaid rate, shall be payable quarterly commencing April 8, 2001; <u>provided</u>, however, that part of the interest accrued and attributable to 15% of the 25% interest shall be deferred, but not forgiven, and shall be due and payable in full on January 8, 2004.

In the event Maker is successful in the development and sale of the mortgaged property, Maker agrees to pay to the Payee, from its profits, an aggregate amount equal to $475.00 (subject to adjustment by the Payee in the event that the principal sum of this Note is not advanced) per lot for 300 lots.

1.2      Manner of Payment

All payments of principal and interest on this Note shall be made by wire transfer of immediately available funds to an account designated by Payee in writing.  If any payment of principal or interest on this Note is due on a day which is not a Business Day, such payment shall be due on the next succeeding Business Day, and such extension of time shall be taken into account in calculating the amount of interest payable under this Note.  "Business Day" means any day other than a Saturday, Sunday or legal holiday in the State of Florida.

1.3      Prepayment

Maker may, without premium or penalty, at any time and from time to time, prepay all

or any portion of the outstanding principal balance due under this Note, provided that each such prepayment is accompanied by accrued interest on the amount of principal prepaid calculated to the date of such prepayment. Any partial prepayments shall be applied to installments of principal in inverse order of their maturity.

2.    **DEFAULTS**

    2.1    Events of Default

The occurrence of any one or more of the following events with respect to Maker shall constitute an event of default hereunder ("Event of Default"):

        (a)    If Maker shall fail to pay when due any payment of principal or interest on this Note and such failure continues for five (5) days after Payee notifies Maker therein writing;

        (b)    If, pursuant to or within the meaning of the United States Bankruptcy Code or any other federal or state law relating to insolvency or relief of debtors (a "Bankruptcy Law"), Maker shall (i) commence a voluntary case or proceeding; (ii) consent to the entry of an order for relief against it in an involuntary case; (iii) consent to the appointment of a trustee, receiver, assignee, liquidator or similar official; (iv) make an assignment for the benefit of its creditors; or (v) admit in writing its inability to pay its debts as they become due;

        (c)    If a court of competent jurisdiction enters an order or decree under any Bankruptcy Law that (i) is for relief against Maker in an involuntary case, (ii) appoints a trustee, receiver, assignee, liquidator or similar official for Maker or substantially all of Maker's properties, or (iii) orders the liquidation of Maker, and in each case the order or decree is not dismissed within 120 days; or

        (d)    The breach by the Maker of any of the provisions of that certain Promissory Note, dated November 28, 2000 in the principal sum of $550,000.00 and/or the mortgage securing the repayment of the indebtedness evidence by said Promissory Note.

    2.2    Notice by Maker

Maker shall notify Payee in writing within five (5) days after the occurrence of any Event of Default of which Maker acquires knowledge.

    2.3    Remedies

Upon the occurrence of an Event of Default hereunder (unless all Events of Default have been cured or waived by Payee), Payee may, at its option, (i) by written notice to Maker, declare the entire unpaid principal balance of this Note, together with all accrued interest thereon, immediately due and payable regardless of any prior forbearance, and (ii) exercise any and all rights and remedies available to it under applicable law, including, without limitation, the right to collect from Maker all sums due under this Note. Maker shall pay all reasonable costs and



expenses incurred by or on behalf of Payee in connection with Payee's exercise of any or all of its rights and remedies under this Note, including, without limitation, reasonable attorneys' fees.

3.   **MISCELLANEOUS**

3.1   The repayment of the indebtedness evidenced by this Note shall be secured by a mortgage of even date from the Maker to the Payee

3.2   Waiver

The rights and remedies of Payee under this Note shall be cumulative and not alternative. No waiver by Payee of any right or remedy under this Note shall be effective unless in a writing signed by Payee. Neither the failure nor any delay in exercising any right, power or privilege under this Note will operate as a waiver of such right, power or privilege and no single or partial exercise of any such right, power or privilege by Payee will preclude any other or further exercise of such right, power or privilege or the exercise of any other right, power or privilege. To the maximum extent permitted by applicable law, (a) no claim or right of Payee arising out of this Note can be discharged by Payee, in whole or in part, by a waiver or renunciation of the claim or right unless in a writing, signed by Payee; (b) no waiver that may be given by Payee will be applicable except in the specific instance for which it is given; and (c) no notice to or demand on Maker will be deemed to be a waiver of any obligation of Maker or of the right of Payee to take further action without notice or demand as provided in this Note. Maker hereby waives presentment, demand, protest and notice of dishonor and protest.

3.3   Notices

All notices, requests, demands and other communications hereunder shall be in writing and shall be deemed to have been duly given if delivered or mailed, registered mail, first-class, postage pre-paid, addressed as follows:

|                    |                                      |
|--------------------|--------------------------------------|
| If to Maker:       | Homes at River Lodge, Inc.           |
|                    | c/o James H. Hall                    |
|                    | 1000 U.S. 1 North, # 777             |
|                    | Jupiter, Florida 33477               |
|                    |                                      |
| With a copy to:    | Mark E. Rousso, Esq.                  |
|                    | Roth, Rousso & Benjamin, P.A.        |
|                    | 2875 Northeast 191 Street            |
|                    | Penthouse 3A                         |
|                    | Aventura, Florida 33180              |
|                    |                                      |
| If to Payee:       | Patricio Valenzuela Larrañaga        |
|                    | General de Canto 221                 |
|                    | Providencia                          |
|                    | Santiago, Chile                      |



With a copy to:      Rafael Sánchez-Aballí, Esq.
Rafferty, Gutiérrez, Sánchez-Aballí,
Stolzenberg & Gelles, P.A.
1101 Brickell Avenue
Suite 1400
Miami, Florida 33131

or to such other address or to such other person as Maker or Payee shall have last designated by written notice to the other.

### 3.4    Severability

If any provision in this Note is held invalid or unenforceable by any court of competent jurisdiction, the other provisions of this Note will remain in full force and effect.  Any provision of this Note held invalid or unenforceable only in part or degree will remain in full force and effect to the extent not  held invalid or unenforceable.

### 3.5    Governing Law; Venue; Submission to Jurisdiction

This Agreement shall be governed by and construed and enforced in accordance with the laws of the State of Florida.  The parties agree that any action or proceeding arising under or in connection with this Agreement shall be brought in the state or federal courts having a situs in Miami-Dade County, Florida. Each of the Parties submits to the jurisdiction of any state or federal court sitting in Miami-Dade County, Florida in any action or proceeding arising out of or relating to this Agreement and agrees that all claims in respect of the action or proceeding may be heard and determined in any such court. Each of the Parties waives any defense of inconvenient forum to the maintenance of any action or proceeding so brought and waives any bond, surety, or other security that might be required of any other Party with respect thereto.

### 3.6    Parties in Interest; Assignment.

This Note shall bind Maker and its successors and assigns. This Note is assignable by the Payee, but may be transferred to an assignee only by surrender of this Note by the Payee or assignee to the Maker and reissuance by the Maker of an identical instrument to the assignee. The Maker shall promptly honor any request by the Payee to reissue this Note on account of an assignment, and shall issue a replacement Note to the assignee immediately upon (or concurrent with, at the assignee's election) surrender of the original Note. The Maker acknowledges (i) that it has received a validly executed Form W8-BEN from the Payee, (ii) that the noncontingent portion of the interest due under this Note (i.e., all interest payable under Section 1.1.b. of this Note) qualifies for the portfolio interest exemption under the Internal Revenue Code, and (iii) agrees that it will not withhold income tax on payments of such interest.



3.7    Section Headings, Construction

The headings of Sections in this Note are provided for convenience only and will not affect its construction or interpretation. All references to "Section" or "Sections" refer to the corresponding Section or Sections of this Note unless otherwise specified.

All words used in this Note will be construed to be of such gender or number as the circumstances require. Unless otherwise expressly provided, the words "hereof" and "hereunder" and similar references refer to this Note in its entirety and not to any specific section or subsection hereof.

IN WITNESS WHEREOF, Maker has executed and delivered this Note as of the date first stated above.

**MAKER**

HOMES AT RIVER LODGE, INC.

By: James H. Hall, President



Sphere Capital Corp. v. Homes at River Lodge, Inc., et. al.
Complaint
Case No. _____

# Exhibit "B"

*This instrument was prepa...d by:*

Rafael Sánchez-Aballí, Esq.
Rafferty, Gutiérrez & Sánchez-Aballí, P.A.
1101 Brickell Avenue, Suite 1400
Miami, Florida 33131
Record and Return to:
Mark E. Rousso, Esq.
Roth, Rousso & Benjamin, P.A.
2875 NE 191 St. PH3A
Aventura, FL 33180

INSTR # 1469398
OR BK 01520 PG 0371
RECORDED 12/05/2000 01:11 PM
MARSHA EWING
MARTIN COUNTYFlorida
DEED TAX   1,925.00
INT. TAX   1,100.00
DEPUTY CLERK T Copus (temp supervis

## MORTGAGE DEED, SECURITY AGREEMENT, AND ASSIGNMENT OF LEASES AND RENTS

signed this 28th of November, 2000, by

> HOMES AT RIVER LODGE, INC.
> a Florida corporation
> 1000 U.S. 1 North, # 777
> Jupiter, Florida 33477
>
> "**Mortgagor**"
>
> in favor of
>
> SPHERE CAPITAL CORP.,
> a British Virgin Islands corporation
> c/o Rafferty, Gutiérrez & Sánchez-Aballí , P.A
> Rafael Sánchez-Aballí, Esq.
> 1101 Brickell Avenue, Suite 1400
> Miami, Florida  33131
>
> "**Mortgagee**"

**WITNESSETH:** That for value contemporaneously given by Mortgagee to Mortgagor, including a loan of $550,000.00 evidenced by that certain promissory note of even date herewith from Mortgagor to Mortgagee ("Note"), the Mortgagor does grant, bargain, sell, alien, remise, convey and confirm unto the Mortgagee in fee simple, all that certain land ("Premises") situate, lying and being in the County of Martin, State of Florida described on Exhibit "A" to this Mortgage;

TO HAVE AND TO HOLD the Premises, together with the improvements, tenements, hereditaments, easements and appurtenances thereon or thereto (the Premises and the improvements, tenements, hereditaments and appurtenances hereinafter collectively the "Mortgaged Property"), unto the Mortgagee in fee simple;

AND THE SAID Mortgagor hereby covenants with the Mortgagee that the Mortgagor is indefeasibly seized of the Premises in fee simple as aforesaid; that it shall be lawful for the Mortgagee at all times peaceably and quietly to enter upon, hold, occupy and enjoy the Mortgaged Property; that Mortgaged Property is free from all encumbrances except for various prior mortgages; that the said Mortgagor will make such further assurances to perfect the fee simple title to the Mortgaged Property in the Mortgagee as may be required; and the Mortgagor hereby fully warrants the title to the Mortgaged Property and will defend same against the lawful claims of all persons whomsoever;

PROVIDED ALWAYS, that if the Mortgagor shall pay unto the Mortgagee the indebtedness evidenced by the Note and shall perform, comply with and abide by each and every the stipulations, agreements, conditions and covenants of the Note and of this Mortgage, then this Mortgage and the estate hereby created shall be null and void.

Mortgagor hereby further covenants and agrees that:

Section 1.   Payments   It will pay all and singular the principal and interest and other sums of money payable by virtue of the Note and this Mortgage, or either, promptly on the days respectively the same severally become due.

Section 2.   Charges   It will pay all and singular the taxes, assessments, levies, liabilities, obligations and encumbrances of every nature on the Mortgaged Property; and, if such items be not promptly paid by the Mortgagor, the Mortgagee may at any time pay the same without waiving or affecting its option to accelerate the repayment of the indebtedness evidenced by the Note and to foreclose this Mortgage or affecting any right herein, and every such payment so made by the Mortgagee shall be repayable on demand and, if not so paid, shall immediately become part of the debt secured by this Mortgage and shall bear interest from the date of payment by the Mortgagee until paid in full by Mortgagor at the rate of eighteen percent (18%) per annum.

Section 3.   Expenses   It will pay all and singular the costs, charges and expenses, including attorneys' fees, title insurance and abstract costs, reasonably incurred or paid at any time by the Mortgagee in case it becomes necessary to protect the Mortgaged Property or because of the failure on the part of the Mortgagor to perform, comply with and abide by each and every the stipulations, agreements, conditions and covenants of the Note and this Mortgage, or either, and every such payment shall be repayable on demand and, if not so paid, shall immediately become part of the debt secured by this Mortgage and shall bear interest from the date of payment by the Mortgagee until paid in full by Mortgagor at the rate of eighteen percent (18%) per annum.

Section 4.   <u>Insurance</u>   It will keep the buildings, if any, now or hereafter constructed or located on the Premises insured in a sum equal to at least the amount of this Mortgage and an amount sufficient so that neither Mortgagee nor Mortgagor shall be co-insurers; said insurance to cover both fire and windstorm or fire with extended coverage and flood, if required because of the Premises' location, with a company or companies selected by Mortgagor and reasonably acceptable to the Mortgagee.  The policy or policies shall name the Mortgagee as an insured and loss payee and shall be held by the Mortgagee.  In the event any sum of money becomes payable under such policy or policies, the Mortgagee shall receive same and shall have the option either to apply said monies on account of the indebtedness hereby secured or to permit the Mortgagor to receive and use it, or any part thereof, for the **sole** purpose of and upon such terms as Mortgagee may impose for the repairing or restoring the Mortgaged Property, without thereby waiving or impairing any equity, lien or right under or by virtue of this Mortgage.  If the Mortgagor fails to obtain said insurance, the Mortgagee may place and pay for such insurance, or any part thereof, without waiving or affecting the option to foreclose, or any right hereunder, and each and every such payment made by the Mortgagee shall be repayable upon demand and, if not so paid, shall immediately become a part of the debt secured by this Mortgage and bear interest from the date of payment by the Mortgagee until paid in full by Mortgagor at the rate of eighteen percent (18%) per annum.

Section 5.   <u>Waste</u>   It will not permit any or suffer any waste, impairment or deterioration of the Mortgaged Property or any part thereof.

Section 6.   <u>Performance</u>   It will perform, comply with and abide by each and every the stipulations, agreements, conditions and covenants in the Note and in this Mortgage set forth.

Section 7.   <u>Maintenance</u>   It will keep all buildings, if any, now or hereafter constructed or located upon the Premises in good condition and repair, both inside and outside, and also keep the grounds surrounding same in good condition, and not change, alter or make any additions to any of the buildings upon the Premises structurally in any substantial particular without the prior written consent of the Mortgagee which consent need not be given or given upon such terms as Mortgagee may elect.

Section 8.   <u>Default</u>   If any of said sums of money required to be paid hereunder or under the Note be not promptly and fully paid within ten (10) days next after the same severally become due and payable, or if each and every non-monetary stipulations, agreements, conditions and covenants set forth in the Note and this Mortgage or either, are not duly performed, complied with and abided by within thirty (30) days after written notice from the Mortgagee of any failure on the part of the Mortgagor to do so, or, Mortgagor shall be in default hereunder and under the Note and the sum mentioned in and then outstanding under said Note and/or this Mortgage shall become due and payable forthwith, as fully and completely as if the said sum was originally stipulated to be paid on such day, anything in the Note or herein to the contrary notwithstanding.

Section 9.   Interest Rate   Nothing contained in this Mortgage, the Note or any other notes at any time secured hereby, shall be deemed to establish or require the payment of a rate of interest in excess of the maximum lending rate, if any, permitted by law and any interest charged, reserved or collected in excess of such rate shall be applied as a prepayment of principal. Nothing in this Section 9 shall be deemed to limit the amount of interest the Mortgagee may charge if applicable law places no limitation on the interest the  Mortgagee may charge, reserve or take.

Section 10.   Personalty   The lien hereof shall extend to and include, in addition to the buildings, structures, additions and improvements, now or at any time hereafter erected or located thereon, all of the boilers, machines, heating, cooling and lighting equipment, and all plumbing apparatus, fixtures, appliances, ventilating equipment, power machinery, passenger and other elevators, now or hereafter located in the improvements upon the Premises, and all other equipment, machinery, fixtures, appliances and apparatus now or hereafter placed on the Premises, either in addition to or in renewal or replacement of fixtures, machinery, appliances and appurtenances originally installed on the Premises, or which may hereafter be placed upon the Premises.   Said fixtures, equipment, machinery, appliances and appurtenances, the Mortgagor warrants shall come onto the Premises and remain free from any encumbrances, retention of title or other claims in favor of any person other than Mortgagee.

Section 11.   Acceleration Right   In order to accelerate the repayment of the indebtedness hereby secured, because of the failure of the Mortgagor to pay any tax, assessment, insurance premium(s), liability, obligation or encumbrance upon the Mortgaged Property, as herein provided, it shall not be necessary nor requisite that the Mortgagee shall first have paid same.

Section 12.   Assignment of Leases and Rents.

(a)   The Mortgagor hereby absolutely assigns to the Mortgagee and the lien hereof shall extend to and include all present and future leases of the Mortgaged Property or any part thereof and the rents and profits of the Mortgaged Property, but the Mortgagor shall have the right to remain in possession of and use the Mortgaged Property and to receive the rents and profits thereof, without accounting to the Mortgagee therefore, for so long as there shall be no default hereunder or under the Note.

(b)   Upon the occurrence of an event of default under this Mortgage or the Note and upon written demand for the rents made by Mortgagee to Mortgagor, Mortgagor agrees to turn over to the Mortgagee all rents in possession of Mortgagor at the time of said written demand or collected thereafter ("Collected Rents").   Mortgagor agrees that upon application by Mortgagee or Mortgagor to a court of competent jurisdiction and notwithstanding any asserted defenses or counterclaims of Mortgagor, to deposit, pending final adjudication of the action, the Collected Rents into the registry of the court or in such depository as the court may designate.   However, the court may authorize the use of the Collected

Rents, before being deposited into the registry of the court or other depository, to:

> (i)      Pay reasonable expenses solely to protect, preserve, and operate the Mortgaged Property, including, without limitation, expenses of ad valorem real property taxes and insurance;

> (ii)     Escrow sums required by this Mortgage or separate assignment-of-rents instrument; and

> (iii)    Make payments to Mortgagee.

Mortgagor shall account to the court and Mortgagee for the receipt and use of the Collected Rents and agrees to comply with any other conditions imposed by the court upon the Mortgagor's use of the Collected Rents. Nothing in this Section 12 shall be deemed to alter the lien priorities, rights or interests among other lienholders or alter the rights of Mortgagee under this Mortgage, separate assignment-of-rents instrument, at law or in equity, concerning rents collected before the written demand for rents by Mortgagee. Mortgagee's enforcement of its assignment-of-rents shall not operate to transfer title to any rents not actually received by Mortgagee. Any Collected Rents received by Mortgagee pursuant to the terms of this Section 12 shall be applied by Mortgagee in accordance with the terms of this Mortgage or the Note.

> (c)      Anything in Subsection (b), immediately above, to the contrary notwithstanding and concurrently with the remedies provided for in said subsection (b), in case of any default by Mortgagor, the Mortgagee shall have the option, exercisable in its absolute discretion, to apply to a court of competent jurisdiction for the appointment of a receiver of all and singular the Mortgaged Property and the use, rents, issues, income and profits thereof. Mortgagor further covenants and agrees that thereupon such court shall forthwith, as a strict matter of right in the Mortgagee, appoint a receiver of all such property, with the usual powers and duties, including the power to rent the Mortgaged Property and to collect the rental thereof and therefrom to be applied by such receiver as required by law and under the direction of said court.

> Section 13.   Condemnation  In the event the Mortgaged Property, or any part thereof, shall be taken under the power of condemnation, the Mortgagee shall have the right to receive all damages awarded for the taking of or injury to the Mortgaged Property up to the amount then unpaid on the Note or under this Mortgage, which shall be applied to all installments due under the Note in the inverse order of their maturities.

> Section 14.   Subrogation  To the extent of the indebtedness of the Mortgagor to the Mortgagee secured hereby, the Mortgagee is hereby subrogated to the lien or liens and to the rights of the owner and holder of each and every mortgage, lien or other encumbrance on the Mortgaged Property which is paid and satisfied, in whole or in part, out of the proceeds of the loan evidenced by the Note and secured hereby. The respective liens of said mortgages, liens or other encumbrances, shall be, and each of them hereby is, preserved and shall pass and be held by the Mortgagee herein as security for the repayment of the indebtedness to the Mortgagee

OR BK J1520   PG 0376

herein described or hereby secured, to the same extent that each would have been preserved and would have been passed to and been held by the Mortgagee had it been duly and regularly assigned, transferred, set over, and delivered unto the Mortgagee by separate deed of assignment, notwithstanding the fact that the same may have been satisfied and canceled of record.

Section 15.  Future Advance  This Mortgage also secures the payment of and includes all future or further advances, whether such advances are obligatory or made at the option of the Mortgagee, as shall be made by the Mortgagee or its successors or assigns, to and for the benefit of the Mortgagor (or Mortgagor's approved successors) within twenty (20) years from the date hereof to  the same extent as if such future advances were made on the date of the execution of this Mortgage.  The total amount of indebtedness that may be secured by this Mortgage may decrease or increase from time to time but the total unpaid principal balance so secured at any one time shall not exceed a sum equal to 500% of the original face amount of the Note together with interest thereon and any and all disbursements made by the Mortgagee for the payment of taxes, levies, or insurance on the property covered by the lien of this Mortgage with interest thereon at the rate specified in the Note and for reasonable attorneys' fees and court costs incurred in the collection of any and all such sums of money.  This provision is solely for the benefit of the original parties hereto and no other person (including any permitted successor mortgagor) may rely on this provision for any purpose.

Section 16.  Security Agreement  This Mortgage is also a security agreement under the Florida Uniform Commercial Code and the Mortgagor hereby grants to the Mortgagee a security interest in and to all present and future personal property, including, leases, rents and profits, fixtures, equipment, furnishings, and the property described in Section 10 above, located on, used in connection with or arising from the use of the Premises.  The addresses of the parties for the purposes of the Uniform Commercial Code are as first above set forth.

Section 17.  Environmental Compliance

(a)  Mortgagor represents and warrants to Mortgagee that Mortgagor has not, and, to the best of Mortgagor's knowledge, no predecessor in  title nor any third person at any time occupying or present on the Mortgaged Property has, at any time prior to or during the term of the Note, used, generated, disposed of, discharged, stored, released or threatened the release of any Hazardous Materials (as hereinafter defined) on, from, under or affecting the Mortgaged Property in any manner that violated or violates any federal, state or local law, ordinance, rule, regulation or policy, presently in effect, governing the use, refinement, handling, treatment, removal, storage, production, manufacture, transportation or disposal of Hazardous Materials (collectively the "Environmental Laws").  Nor is Mortgagor aware of the possible existence of any Hazardous Materials or any asbestos or asbestos-containing materials (collectively "Asbestos Materials") on, from, under or affecting the Mortgaged Property or transported to or from the Mortgaged Property.  Mortgagor further covenants that Mortgagor will not, nor shall Mortgagor permit any occupants of the Mortgaged Property to, at any time in the future, use, generate, dispose of, discharge, store, release or threaten the release of any

Hazardous Materials on, from, under or affecting the Mortgaged Property in any manner that
violates any Environmental Laws or actually causes any contamination of the Mortgaged
Property. "Hazardous Materials" shall have the definition assigned thereto by, as applicable, the
Comprehensive Environmental Response, Compensation, and Liability Act of 1980, 42 U.S.C.
§ 9601 et seq., as amended; the Resource Conservation and Recovery Act, 42 U.S.C. § 6901 et
seq.; or in all other applicable Environmental Laws that now exist or may be enacted in the
future and the regulations adopted and publications promulgated pursuant to said laws, whether
federal, state, county, municipal or other.

      (b)    Mortgagor shall, and it does hereby, indemnify (which indemnity shall
survive the repayment of the indebtedness evidenced by the Note and the satisfaction of this
Mortgage) Mortgagee, Mortgagee's heirs, personal representatives and assigns (collectively in this
section "Mortgagee") and hold Mortgagee harmless from and against any and all claims, losses,
damages (including all foreseeable and unforeseeable consequential damages), liabilities, fines,
penalties, charges, administrative and judicial proceedings and orders, judgments, remedial action
requirements, enforcement actions of any kind, and all costs and expenses incurred in
connection therewith, including without limitation, all reasonable attorneys' fees and expenses,
arising directly or indirectly, in whole or in part, out of or attributable to:

      (i)    the presence (regardless of the originator thereof), use, generation,
treatment or storage on, under, about or above the Mortgaged Property of any Hazardous
Materials or Asbestos Materials or the disposal or release of Hazardous Materials or Asbestos
Materials on, under, about or above the Mortgaged Property;

      (ii)    the costs of any inspection, audit, cleanup or detoxification of the
Mortgaged Property and the preparation and implementation of any closure, remedial or other
required plans, consent orders, license applications or the like; or

      (iii)    any activity carried on or undertaken on the Mortgaged Property,
whether prior to or during the term of this Mortgage, by Mortgagor or any predecessor in title
or any third persons at any time occupying or present on the Mortgaged Property whether
lawfully or unlawfully or with or without the permission of Mortgagor or any predecessor in
title of Mortgagor, in connection with the handling, treatment, removal, storage,
decontamination, clean-up, transport or disposal of any Hazardous Materials or Asbestos
Materials at any time located or present on, under, about or above the Mortgaged Property.

      (c)    If Mortgagor is or becomes aware of or receive any notice from any
person or entity of (i) the happening of any material event involving the spill, release, leak,
seepage, discharge or cleanup of any Hazardous Materials on the Mortgaged Property or in
connection with Mortgagor's operations thereon; or (ii) any complaint, order, citation, or notice
with regard to air emissions, water discharges, or any other environmental, health or safety
matter affecting Mortgagor or the Mortgaged Property, then Mortgagor shall immediately notify
Mortgagee of same.

(d)     Mortgagee shall have the right, in its sole discretion, to require Mortgagor to periodically (but not more frequently than annually unless an environmental complaint is then outstanding) perform (at Mortgagor's expense) an environmental audit and, if deemed necessary by Mortgagee, an environmental risk assessment of the Mortgaged Property, hazardous waste management practices and/or hazardous waste disposal sites, if any, used by Mortgagor.   Said audit and/or risk assessment shall be performed by an environmental consultant selected by Mortgagor but reasonably satisfactory to Mortgagee.  Should Mortgagor fail to perform said environmental audit or risk assessment within 30 days of Mortgagee's written request, Mortgagee shall have the right, but not the obligation, to retain an environmental consultant to perform said environmental audit or risk assessment.  All costs and expenses incurred by Mortgagee in the exercise of such rights shall be (i) payable by Mortgagor upon demand and (ii) secured by the lien of this Mortgage.  Mortgagee shall have the right, without liability to Mortgagor, to disclose to anyone the results of any environmental audit and/or risk assessment whether conducted on behalf of Mortgagor or Mortgagee.

(e)     Mortgagor agrees to comply with all filings, reports and accesses to the Mortgaged Property required by any agency having environmental jurisdiction over the Mortgaged Property.  By virtue of the rights granted the Mortgagee in this Section 17, Mortgagor shall not be deemed to have relinquished its control over its obligations to comply with environmental laws or the methods required by said laws to comply therewith.  Mortgagor acknowledges that the ultimate control over environmental matters rests with the governmental authorities having jurisdiction over the Mortgaged Property and that Mortgagee's instances that Mortgagor comply with same shall not be construed as an exercise of control by Mortgagee over environmental matters relating to the Mortgaged Property.

Section 18.   Transfer or Encumbrance   The Mortgagor shall have no right to transfer, convey or encumber (except in favor of the  Mortgagee) the Mortgaged Property without the prior written consent of the Mortgagee which consent the Mortgagee may grant or withhold in its discretion or may approve with conditions which must be satisfied before said approval shall be deemed effective.  In the event the Mortgagor conveys or encumbers the Mortgaged Property without the consent of the Mortgagee all of the outstanding indebtedness evidenced by the Note and secured by the Mortgage shall automatically become due and payable without notice to or demand upon Mortgagor.

Section 19.   Terms   The terms, "Mortgagor", and, "Mortgagee", whenever used in this instrument, shall include, as appropriate, the heirs, personal representatives, successors and assigns of the respective parties hereto.  Wherever used, the singular number shall include the plural and the plural the singular, and the use of any gender shall include all genders.  In addition, the term, "Mortgagor", shall be deemed to include the term, "debtor", and the term, "Mortgagee", shall be deemed to include the term, "secured party", as such terms are defined and used in the Uniform Commercial Code.

Section 20.   Tax and Insurance Escrow

- 8 -

(a)      In order to more fully protect the security for this Mortgage and to insure the payment of real estate taxes and insurance premium(s), Mortgagor agrees that, if requested by the Mortgagee because of Mortgagor's failure to pay taxes and/or insurance premiums in a timely manner, that is, ad valorem taxes on or before December 31 of each year (unless the same are being contested in good faith by appropriate proceedings) and insurance premiums at least ten (10) days prior to their due dates, it will pay to Mortgagee at the time it makes payments of principal and/or interest, a sum equal to one twelfth of the annual real estate taxes and insurance premium(s) allocated to the Mortgaged Property or such additional prorated amount(s) as may be necessary to provide Mortgagee with sufficient funds in such deposit account to pay each such item at least ten (10) days in advance of the due date thereof.

(b)      If at any time the amount of the real estate taxes or insurance premium(s) is increased or Mortgagee receives information that same will be increased, and if the monthly deposits then being made by Mortgagor for this purpose (if continued) would not make up a fund sufficient to pay such items ten (10) days prior to their due date, said monthly deposits shall thereupon be increased and Mortgagor shall, upon demand, deposit immediately with Mortgagee additional sums so that the moneys then on hand for the payment of said items, plus the increased one-twelfth payments and such additional sums demanded, shall be sufficient so that Mortgagee shall have received from Mortgagor adequate amounts to pay either such item at least ten (10) days before the same becomes due and payable.

(c)      Notwithstanding the foregoing, it is understood and agreed that (i) deposits provided for hereunder may be commingled by Mortgagee with other funds of Mortgagee; and (ii) Mortgagee, at its option, may, if Mortgagor fails to make any deposit required hereunder, use deposits for one item for the payment of another item then due and payable.  All such deposits shall be held and applied by Mortgagee to the payment of the said real estate taxes and/or insurance premium(s) when the same become due and payable.  The said deposits shall bear no interest.  Upon the occurrence and continuation of default hereunder or under the Note, all moneys on hand in the deposit fund may, solely at the option and in the absolute discretion of Mortgagee, be applied first to accrued interest and then to the outstanding principal evidenced by the Note; provided, however, such application shall not operate to cure such default.

(d)      In the event of an assignment of this Mortgage, Mortgagee shall have the right to pay over the balance of such deposits in its possession to the assignee and Mortgagee shall thereupon be completely released from all liability with respect to such deposits and Mortgagor shall look solely to the assignee or transferee with respect thereto.  This provision shall apply to every transfer of such deposits to a new assignee.  Upon full payment of the indebtedness evidenced by the Note (or at any prior time at the election of the then holder of this Mortgage) the balance of the deposits in Mortgagee's possession shall be paid over to the record owner of the Mortgaged Property at the time of said payment and no other party shall, in any event, have any right or claim thereto.

Section 21.   Commercial Purpose   Mortgagor warrants and represents that the

- 9 -

indebtedness secured by this Mortgage was incurred for commercial purposes.

Section 22.   <u>Notices</u>.  All notices, demands, designations, certificates, requests, offers, consents, approvals and other instruments given pursuant to this Mortgage (collectively called "Notice") shall be in writing.  Any Notice to Mortgagee shall be given at the following address or to such other person or at such other address or addresses as may be provided to Mortgagor by a Notice.

|  |  |
|---|---|
| If to Mortgagor: | Home at River Lodge, Inc. |
| | James H. Hall |
| | 1000 U.S. 1 North, # 777 |
| | Jupiter, Florida 33477 |
| | |
| With a copy to: | Mark E. Rousso, Esq. |
| | Roth, Rousso & Benjamin, P.A. |
| | 2875 Northeast 191 Street |
| | Penthouse 3A |
| | Aventura, Florida 33180 |
| | |
| If to Mortgagee: | Sphere Capital Corp. |
| | c/o Patricio Valenzuela Larrañaga |
| | General de Canto 221 |
| | Providencia |
| | Santiago, Chile |
| | |
| With a copy to: | Rafael Sánchez-Aballí, Esq. |
| | Rafferty, Gutiérrez & Sánchez-Aballí, P.A. |
| | 1101 Brickell Avenue |
| | Suite 1400 |
| | Miami, Florida 33131 |

Any Notice to Mortgagor shall be deemed to have been to have been given by being mailed, by certified or registered mail, to Mortgagor at its address first above set forth or to such other person or at such other address or addresses as may be provided to Mortgagee by a Notice. Whenever in this Mortgage the giving of Notice is required, the giving thereof may be waived in writing at any time by the person or persons entitled to receive such Notice.  No requirement hereof may be waived at any time except by a writing signed by the party against whom such waiver is sought to be enforced, nor shall any waiver be deemed a waiver of any subsequent breach or default.

Section 23   <u>Books and Records</u>.  Mortgagor shall keep and maintain at all times at Mortgagor's address stated above, or such other place as Mortgagee may approve in writing, complete and accurate books of accounts and records adequate to reflect correctly the

- 10 -

OR BK 1520   PG 0381

results of the operation of the Mortgaged Property and copies of all written contracts, leases and other instruments which affect the Mortgaged Property. Only in the event of a default by Mortgagor, such books, records, contracts, leases and other instruments shall be subject to examination and inspection at any reasonable time by Mortgagee. Upon Mortgagee's request, Mortgagor shall furnish to Mortgagee, within one hundred and twenty days after the end of each fiscal year of Mortgagor, a balance sheet, a statement of income and expenses of the Mortgaged Property and a statement of changes in financial position, each in reasonable detail and certified by Mortgagor and, if Mortgagee shall require, reviewed by an independent certified public accountant. Mortgagor shall furnish, together with the foregoing financial statements and at any other time upon Mortgagee's request, a rent schedule for the Mortgaged Property, certified by Mortgagor, showing the name of each tenant, and for each tenant, the space occupied, the lease expiration date, the rent payable and the rent paid.

Section 24.   Restriction. Mortgagor shall not during the term of the loan without Mortgagee's prior written consent, which consent may be withheld in Mortgagee's sole unfettered discretion, purchase, create or acquire directly or indirectly any interest in any other property, asset, enterprise or entity and shall be and remain a single use entity.

Section 25.   Partial Release. With respect to the real property described on Exhibit "A" (consisting of 300 individual buildable lots) Mortgagee shall execute and deliver from time to time when requested by Mortgagor, partial releases of the lien of this Mortgage upon the following terms and conditions:

(a)   Mortgagee shall be given at least ten (10) business days written notice of Mortgagor's request for each partial release, which notice shall describe the real property to be released, and the name of the purchaser thereof;

(b)   Mortgagor shall have paid all interest accrued on the Note to the date of the partial release;

(c)   Mortgagor shall not have allowed an "Event of Default" to occur under the Note or this Mortgage (in determining whether an "Event of Default" has occurred under the Note, on this Mortgage, the definition of the term "Event of Default" shall be determined by the applicable document) and no event shall have occurred that with the giving of notice or passage of time constitutes an Event of Default;

(d)   Mortgagor shall not be in default under any indebtedness, including, but not limited to, inferior or superior mortgages, and no event shall have occurred that with the giving of notice or passage of time or both could constitute an Event of Default; and

(e)   With respect to the sale of the first one hundred and fifty (150) lots, Mortgagor shall not have to pay to Mortgagee any consideration for the partial release.

(f)   With respect to the sale of the second one hundred and fifty (150) lots, the

- 11 -

Mortgagor shall contemporaneously with the request for the partial release, pay to Mortgagee an amount equal to $10,000.00 for each lot released thereby; said sum to be applied to accrued interest and then to outstanding principal.

Section 26.  <u>Other Mortgage Liens</u>.  Mortgagor represents and warrants that it shall perform and promptly fulfill all of the terms, covenants, obligations and conditions contained in any superior or inferior mortgages on any and all of the Mortgaged Property encumbered hereby, shall do all things necessary to preserve and keep these mortgages free from default and shall promptly notify Mortgagee in writing of any default by Mortgagor in the performance or observance of any of the terms, covenants, obligations or conditions on these mortgages.  In the event Mortgagor shall fail to do so, Mortgagee may, in addition to the rights otherwise granted Mortgagee hereunder, at its election, perform or fulfill such covenants of any such superior or inferior mortgages without affecting its option to foreclose any of the rights hereunder, and the cost thereof, together with interest from the date of payment at the highest rate permitted by Florida law from the date incurred until paid by Mortgagor, shall be secured hereby.  The failure of Mortgagor to pay any superior or inferior mortgages when due and in accordance with their terms, or the failure by Mortgagor to abide by the terms and conditions of any superior or inferior mortgages shall be deemed a breach of this Mortgage, and the Mortgagee, at its option, may immediately, or thereafter, declare this Mortgage and all indebtedness hereby secured, to be immediately due and payable.  Mortgagor shall not apply for, accept, or cause to be made future advances under any superior or inferior mortgages so long as this Mortgage, encumbering the property described herein, remains in force.  Mortgagor acknowledges and agrees that, in the event it breaches this covenant, same shall be an Event of Default under this Mortgage, and in such event Mortgagee shall have the right to exercise any and all of its rights and remedies provided for herein. Nothing in this Section shall be construed to waive the prohibition of further encumbering the Mortgaged Property without Mortgagee's prior consent.  Mortgagor shall (i) promptly notify Mortgagee in writing of the receipt by Mortgagor of any notice from the mortgagee under any inferior or superior mortgages and of any notice alleging or claiming any default by Mortgagor in the performance or observance of any of the terms, covenants, obligations or conditions on the part of Mortgagor to be performed or observed under any such mortgages, and (ii) cause a copy of each such notice received by Mortgagor from the mortgagee under any inferior or superior mortgage to be delivered by hand, courier, facsimile or overnight delivery service to Mortgagee immediately upon Mortgagor's receipt thereof.

Section 27.  <u>Waiver of Jury Trial</u>.  THE MORTGAGOR AND THE MORTGAGEE IN ACCEPTING DELIVERY OF THIS MORTGAGE KNOWINGLY, VOLUNTARILY, AND INTENTIONALLY WAIVE, TO THE FULLEST EXTENT PERMITTED BY LAW, THE RIGHT EITHER MAY HAVE TO A TRIAL BY JURY IN RESPECT OF ANY LITIGATION BASED ON OR ARISING OUT OF, UNDER OR IN CONNECTION WITH THIS MORTGAGE, THE NOTE OR ANY OTHER AGREEMENT CONTEMPLATED TO BE EXECUTED IN CONJUNCTION HEREWITH OR ANY COURSE OF CONDUCT, COURSE OR DEALING, STATEMENTS (WHETHER ORAL OR WRITTEN) OR ACTIONS OF EITHER PARTY

- 12 -

OR OF ANY DIRECTOR, OFFICER, EMPLOYEE, AGENT OR INDEPENDENT CONTRACTOR OF EITHER.    THE INCLUSION OF THIS PROVISION IS A MATERIAL INDUCEMENT TO MORTGAGEE TO EXTEND THE CREDIT TO MORTGAGOR AS HEREIN DESCRIBED.

IN WITNESS WHEREOF, the Mortgagor has set its hand as of the day, month and year first above written.

Signed, sealed and delivered
in the presence of:

WITNESS:

Print Name: _RAPAEL SANCHEZ-A-B-A(i_
Address: _1101 Brickell Ave, Ste 1400_
_Miami FC 33131_

Print Name: _Mark Rousio_
Address: _2875 NE 191st Street_
_DH 3A Aventura FL 33180_

MORTGAGOR:

HOMES AT RIVER LODGE, INC.,
By: _____
James Hall, President

MORTGAGEE

SPHERE CAPITAL CORP.

By: _____
Patricio Valenzuela Larrañaga
Attorney in fact

STATE OF FLORIDA                     )
                                     )ss:
COUNTY OF MIAMI-DADE                 )


        The foregoing was acknowledge before me this day of _11/z 3 /_ , 2000 by James Hall, as President of Homes at River Lodge, Inc., a Florida corporation who is personally known to me or produced a driver's license as identification.


                                    _____
                                    Notary Public
                                    Print Name: _____

                                    OFFICIAL NOTARY SEAL
                                    MARK E ROUSSO
                                    My Commission Expires    COMMISSION NUMBER
                                                             CC914826
                                                             MY COMMISSION EXPIRES
                                                             FEB. 29,2004

                                    Commission No. _____


STATE OF FLORIDA                     )
                                     )ss:
COUNTY OF MIAMI-DADE                 )


        The foregoing was acknowledge before me this 28th day of _November_ , 2000 by Patricio Valenzuela Larrañaga, as Attorney in Fact for Sphere Capital Corp., a British Virgin Islands corporation who is personally known to me or produced a driver's license as identification.



Rafael J Sanchez-Aballi
My Commission CC728989
Expires March 29, 2002

                                    _____
                                    Notary Public
                                    Print Name: _____

                                    My Commission Expires: _____

                                    Commission No. _____


1411.002\mortgage deed.001


- 14 -

OR : 01520 PG 0385

EXHIBIT "A"

**HOMES AT RIVER LODGE, INC.**
**Legal Description**

## Block Thirty-Five

### Lot 1, Block 35
All of Lot 1, Block 35, together with the East 20.00 feet of Lot 2, Block 35, as shown on the plat described below. Less and except the East 5.00 feet of said Lot 1.

### Lot 2, Block 35
The East 25.00 feet of Lot 3, Block 35, together with the West 30.00 feet of Lot 2, Block 35, as shown on the plat described below.

### Lot 3, Block 35
The East 35.00 feet of Lot 4, Block 35, together with the West 25.00 feet of Lot 3, Block 35, as shown on the plat described below.

### Lot 4, Block 35
The East 40.00 feet of Lot 5, Block 35, together with the West 15.00 feet of Lot 4, Block 35, as shown on the plat described below.

### Lot 5, Block 35
All of Lot 6, Block 35, together with the West 10.00 feet of Lot 5, Block 35, as shown on the plat described below.

### Lot 6, Block 35
All of Lot 7, Block 35, as shown on the plat described below.

### Lot 7, Block 35
All of Lot 8, Block 35, together with the East 10.00 feet of Lot 9, Block 35, as shown on the plat described below.

### Lot 8, Block 35
The East 20.00 feet of Lot 10, Block 35, together with the West 40.00 feet of Lot 9, Block 35, as shown on the plat described below.

### Lot 9, Block 35
The East 30.00 feet of Lot 11, Block 35, together with the West 30.00 feet of Lot 10, Block 35, as shown on the plat described below.

### Lot 20, Block 35
All of Lot 24, Block 35, together with the East 20.00 feet of Lot 23, Block 35, as shown on the plat described below. Less and except the East 5.00 feet of said Lot 24.

All of the above lots as shown on the plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida.

(continued on the next page)

OR BK 1520   PG 0387

### Block Thirty-Six

Lot 1, Block 36
All of Lot 1, Block 36, together with the East 10.00 feet of Lot 2, Block 36, as shown on the plat described below.

Lot 2, Block 36
The East 20.00 feet of Lot 3, Block 36, together with the West 40.00 feet of Lot 2, Block 36, as shown on the plat described below.

Lot 3, Block 36
The East 30.00 feet of Lot 4, Block 36, together with the West 30.00 feet of Lot 3, Block 36, as shown on the plat described below.

Lot 4, Block 36
The East 40.00 feet of Lot 5, Block 36, together with the West 20.00 feet of Lot 4, Block 36, as shown on the plat described below.

Lot 5, Block 36
All of Lot 6, Block 36, together with the West 10.00 feet of Lot 5, Block 36, as shown on the plat described below.

Lot 6, Block 36
All of Lot 7, Block 36, together with the East 10.00 feet of Lot 8, Block 36, as shown on the plat described below.

Lot 7, Block 36
The East 20.00 feet of Lot 9, Block 36, together with the West 40.00 feet of Lot 8, Block 36, as shown on the plat described below.

Lot 8, Block 36
The East 30.00 feet of Lot 10, Block 36, together with the West 30.00 feet of Lot 9, Block 36, as shown on the plat described below.

Lot 9, Block 36
The East 40.00 feet of Lot 11, Block 36, together with the West 20.00 feet of Lot 10, Block 36, as shown on the plat described below.

Lot 10, Block 36
All of Lot 12, Block 36, together with the West 10.00 feet of Lot 11, Block 36, as shown on the plat described below.

All of the above lots as shown on the plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida.
(continued on the next page)

### Block Forty-One (1 of 2)

**Lot 4, Block 41**
The East 40.00 feet of Lot 5, Block 41, together with the West 20.00 feet of Lot 4, Block 41, as shown on the plat described below.

**Lot 5, Block 41**
All of Lot 6, Block 41, together with the West 10.00 feet of Lot 5, Block 41, as shown on the plat described below.

**Lot 6, Block 41**
All of Lot 7, Block 41, together with the East 10.00 feet of Lot 8, Block 41, as shown on the plat described below.

**Lot 7, Block 41**
The East 20.00 feet of Lot 9, Block 41, together with the West 40.00 feet of Lot 8, Block 41, as shown on the plat described below.

**Lot 8, Block 41**
The East 30.00 feet of Lot 10, Block 41, together with the West 30.00 feet of Lot 9, Block 41, as shown on the plat described below.

**Lot 9, Block 41**
The East 40.00 feet of Lot 11, Block 41, together with the West 20.00 feet of Lot 10, Block 41, as shown on the plat described below.

**Lot 12, Block 41**
The East 40.00 feet of Lot 14, Block 41, together with the West 20.00 feet of Lot 15, Block 41, as shown on the plat described below.

**Lot 13, Block 41**
The East 30.00 feet of Lot 15, Block 41, together with the West 30.00 feet of Lot 16, Block 41, as shown on the plat described below.

**Lot 14, Block 41**
The East 20.00 feet of Lot 16, Block 41, together with the West 40.00 feet of Lot 17, Block 41, as shown on the plat described below.

All of the above lots as shown on the plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida.

(continued on the next page)

OR BK  520  PG 0389

## Block Forty-One (2 of 2)

Lot 15, Block 41
All of Lot 18, Block 41, together with the East 10.00 feet of Lot 17, Block 41, as shown on the plat described below.

Lot 16, Block 41
All of Lot 19, Block 41, together with the West 10.00 feet of Lot 20, Block 41, as shown on the plat described below.

Lot 17, Block 41
The East 40.00 feet of Lot 20, Block 41, together with the West 20.00 feet of Lot 21, Block 41, as shown on the plat described below.

Lot 19, Block 41
The East 20.00 feet of Lot 22, Block 41, together with the West 40.00 feet of Lot 23, Block 41, as shown on the plat described below.

Lot 20, Block 41
All of Lot 24, Block 41, together with the East 10.00 feet of Lot 23, Block 41, as shown on the plat described below.


All of the above lots as shown on the plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida.
(continued on the next page)

OR BK 01520  PG 0390

### Block Forty-Two (1 of 2)

Lot 1, Block 42
All of Lot 1, Block 42, together with the East 20.00 feet of Lot 2, Block 42, as shown on the plat described below. Less and except the East 5.00 feet of said Lot 1.

Lot 3, Block 42
The East 35.00 feet of Lot 4, Block 42, together with the West 25.00 feet of Lot 3, Block 42, as shown on the plat described below.

Lot 4, Block 42
The East 40.00 feet of Lot 5, Block 42, together with the West 15.00 feet of Lot 4, Block 42, as shown on the plat described below.

Lot 5, Block 42
All of Lot 6, Block 42, together with the West 10.00 feet of Lot 5, Block 42, as shown on the plat described below.

Lot 6, Block 42
All of Lot 7, Block 42, as shown on the plat described below.

Lot 7, Block 42
All of Lot 8, Block 42, together with the East 10.00 feet of Lot 9, Block 42, as shown on the plat described below.

Lot 8, Block 42
The East 20.00 feet of Lot 10, Block 42, together with the West 40.00 feet of Lot 9, Block 42, as shown on the plat described below.

Lot 9, Block 42
The East 30.00 feet of Lot 11, Block 42, together with the West 30.00 feet of Lot 10, Block 42, as shown on the plat described below.

Lot 10, Block 42
All of Lot 12, Block 42, together with the West 20.00 feet of Lot 11, Block 42, as shown on the plat described below.

All of the above lots as shown on the plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida.

(continued on the next page)

OR BK _.520  PG 0391

### Block Forty-Two (2 of 2)

Lot 12, Block 42
The East 30.00 feet of Lot 14, Block 42, together with the West 30.00 feet of Lot 15, Block 42, as shown on the plat described below.

Lot 13, Block 42
The East 20.00 feet of Lot 15, Block 42, together with the West 40.00 feet of Lot 16, Block 42, as shown on the plat described below.

Lot 14, Block 42
All of Lot 17, Block 42, together with the East 10.00 feet of Lot 16, Block 42, as shown on the plat described below.

Lot 15, Block 42
All of Lot 18, Block 42, as shown on the plat described below.

Lot 16, Block 42
All of Lot 19, Block 42, together with the West 10.00 feet of Lot 20, Block 42, as shown on the plat described below.

Lot 17, Block 42
The East 40.00 feet of Lot 20, Block 42, together with the West 15.00 feet of Lot 21, Block 42, as shown on the plat described below.

Lot 18, Block 42
The East 35.00 feet of Lot 21, Block 42, together with the West 25.00 feet of Lot 21, Block 42, as shown on the plat described below.

Lot 19, Block 42
The East 25.00 feet of Lot 22, Block 42, together with the West 30.00 feet of Lot 23, Block 42, as shown on the plat described below.

Lot 20, Block 42
All of Lot 24, Block 42, together with the East 20.00 feet of Lot 23, Block 42, as shown on the plat described below. Less and except the East 5.00 feet of Lot 24.

All of the above lots as shown on the plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida.

(continued on the next page)

Exʰ₁ᵣ. . .

## Block Forty-Five

Lot 1, Block 45
All of Lot 1, Block 45, together with the East 10.00 feet of Lot 2, Block 45, as shown on the plat
described below.

Lot 2, Block 45
The West 40.00 feet of Lot 2, Block 45, together with the East 20.00 feet of Lot 3, Block 45, as
shown on the plat described below.

Lot 3, Block 45
The West 30.00 feet of Lot 3, Block 45, together with the East 30.00 feet of Lot 4, Block 45, as
shown on the plat described below.

Lot 4, Block 45
The West 20.00 feet of Lot 4, Block 45, together with the East 40.00 feet of Lot 5, Block 45, as
shown on the plat described below.

Lot 5, Block 45
The North 60.89 feet of Lot 6, Block 45, together with the West 10.00 feet of the North 60.89
feet of Lot 5, Block 45, as shown on the plat described below.

Lot 6, Block 45
The South 50.00 feet of Lot 6, Block 45, together with the West 10.00 feet of the South 50.00
feet of Lot 5, Block 45, as shown on the plat described below.

Lot 7, Block 45
All of Lot 7, Block 45, less the East 10.00 feet thereof, as shown on the plat described below.

Lot 13, Block 45
All of Lot 14, Block 45, together with the East 10.00 feet of Lot 13, Block 45, as shown on the
plat described below.

All of the above lots as shown on the plat of St. Lucie Falls, as recorded in Plat Book 12, page
48, of the Public Records of Palm Beach County, now Martin County, Florida.

(continued on the next page)

## BLOCK FORTY-SIX

LOT 13, BLOCK 46

A parcel of land being a portion of Lots 14 and 15, Block 46, as
shown on the Plat of St. Lucie Falls, as recorded in Plat Book
12, page 48, of the Public Records of Palm Beach County, now Martin
County, Florida, being more particularly described as follows :

From the center of Lincoln Park as shown on the above described plat,
bear S 35°50'34" E, a distance of 570.00 feet to the Point of Begin-
ning of the herein described parcel of land.  Thence S 7°06'57" E,
a distance of 89.50 feet; thence S 89°37'04" E, a distance of 53.93
feet to a point on a curve, concave to the Northwest, having a radius
of 680.00 feet, and whose center bears N 35°50'34" W.  Thence North-
easterly, along the arc of said curve, through a central angle of
4°10'06", a distance of 49.47 feet; thence N 40°00'40" W, radially,
a distance of 110.00 feet to a point on a curve, concave to the
Northwest, having a radius of 570.00 feet.  Thence Southwesterly,
along the arc of said curve through a central angle of 4°10'06", a
distance of 41.54 feet to the POINT OF BEGINNING.

LOT 14, BLOCK 46

A parcel of land being a portion of Lots 15 and 16, Block 46, as shown
on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48,
of the Public Records of Palm Beach County, now Martin County,Florida,
being more particularly described as follows :

From the center of Lincoln Park as shown on the above described plat,
bear S 40°00'40" E, a distance of 570.00 feet to the Point of Begin-
ning of the herein described parcel of land.  Thence continue, radial-
ly a distance of 110.00 feet to a point on a curve concave to the
Northwest having radius of 680.00 feet; thence Northeasterly, along the
arc of said curve, through a central angle of 5°03'20", a distance of
60.00 feet; thence N 45°04'00" W, radially, a distance of 110.00 feet
to a point on a curve, concave to the Northwest having a radius of
570.00 feet; thence Southwesterly, along the arc of said curve through
a central angle of 5°03'20", a distance of 50.29 feet to the POINT
OF BEGINNING.

LOT 15, BLOCK 46

A parcel of land being a portion of Lots 16 and 17, Block 46, as shown
on the Plat of St. Lucie Falls, as recorded in Plat Book 12 page 48,
of the Public Records of Palm Beach County, now Martin County, Florida,
being more particularly described as follows :

From the center of Lincoln Park as shown on the above described plat,
bear S 45°04'00" W , a distance of 570.00 feet to the Point of Begin-
ning of the herein described parcel of land.  Thence continue, radially,
a distance of 110.00 feet to a point on a curve concave to the Northwest
having a radius of 680.00 feet; thence Northeasterly, along the arc
of said curve, through a central angle of 5°03'20", a distance of 60.00
feet; thence N 50°07'20" W, radially, a distance of 110.00 feet to a
point on a curve, concave to the Northwest, having a radius of 570.00
feet; thence Southwesterly, along the arc of said curve, through a
central angle of 5°03'20", a distance of 50.29 feet to the POINT OF
BEGINNING.

## BLOCK FORTY-SIX

### LOT 16, BLOCK 46

A parcel of land being a portion of Lots 17 and 18, Block 46, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows :

From the center of Lincoln Park as shown on the above described plat, bear S 50°07'20" E, a distance of 570.00 feet to the Point of Beginning of the herein described parcel of land. Thence continue, radially, a distance of 110.00 feet to a point on a curve concave to the Northwest having a radius of 680.00 feet; thence Northeasterly, along the arc of said curve, through a central angle of 5°03'20", a distance of 60.00 feet; thence N 55°10'40" W, radially, a distance of 110.00 feet to a point on a curve, concave to the Northwest, having a radius of 570.00 feet; thence Southwesterly, along the arc of said curve, through a central angle of 5°03'20", a distance of 50.29 feet to the POINT OF BEGINNING.

### LOT 17, BLOCK 46

A parcel of land being a portion of Lots 18 and 19, Block 46, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows :

From the center of Lincoln Park as shown on the above described plat, bear S 55°10'40" E, a distance of 570.00 feet to the Point of Beginning of the herein described parcel of land. Thence continue, radially, a distance of 110.00 feet to a point on a curve concave to the Northwest having a radius of 680.00 feet; thence Northeasterly, along the arc of said curve, through a central angle of 5°03'20", a distance of 60.00 feet; thence N 60°14'00" W, radially, a distance of 100.00 feet to a point on a curve, concave to the Northwest having a radius of 570.00 feet; thence Southwesterly, along the arc of said curve, through a central angle of 5°03'20", a distance of 50.29 feet to the POINT OF BEGINNING.

### LOT 18, BLOCK 46

A parcel of land being a portion of Lots 19 and 20, Block 46 as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows :

From the center of Lincoln Park as shown on the above described plat, bear S 60°14'00" E, a distance of 570.00 feet to the Point of Beginning of the herein described parcel of land. Thence continue, radially, a distance of 110.00 feet to a point on a curve concave to the Northwest, having radius of 680.00 feet; thence Northeasterly along the arc of said curve, through a central angle of 6°19'10", a distance of 75.00 feet; thence N 0°14'42" E, a distance of 14.48 feet; thence N 89°37'04" W, a distance of 114.30 feet to a point on a curve, concave to the Northwest having a radius of 570.00 feet; thence Southwesterly, along the arc of said curve through a central angle of 3°09'13", a distance of 31.37 feet to the POINT OF BEGINNING.

( continued on next page )

OR BK 1120 PG 0333

## BLOCK FORTY-SIX

### LOT 19, BLOCK 46

The South 55.00 feet of the North 76.94 feet of Lot 20, Block 46, as shown on the plat described below.

### LOT 20, BLOCK 46

The South 60.06 feet of Lot 21, Block 46, together with the North 21.94 feet of Lot 20, Block 46, as shown on the plat described below.

### LOT 21, BLOCK 46

Lot 21, Block 46, less the South 60.06 feet, as shown on the plat described below.

All of the above lots as shown on the plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida.

BLOCK FORTY-SEVEN

LOT 1, BLOCK 47

A parcel of land being a portion of Lots 1 and 2, Block 47, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows :

From the center of Lincoln Park as shown on the above described plat, bear S 11°11'31" W, a distance of 445.00 feet to the Point of Beginning of the herein described parcel of land. Thence, continue, radially , a distance of 110.00 feet to a point on a curve concave to the Northeast having a radius of 555.00 feet; thence Easterly, along the arc of said curve, through a central angle of 2°04'19", a distance of 20.07 feet; thence S 89°37'04" E, a distance of 30.57 feet to the point of curvature of a curve concave to the Northwest, having a radius of 25.00 feet; thence Northeasterly, along the arc of said curve through a central angle of 90°08'14", a distance of 39.33 feet; thence N 0°14'42" E, a distance of 56.66 feet to the point of curvature of a curve, concave to the Southwest, having a radius of 25.00 feet; thence Northwesterly, along the arc of said curve through a central angle of 83°16'17", a distance of 36.34 feet; to the point of reverse curvature of a curve concave to the Northeast having a radius of 445.00 feet; thence Northwesterly, along the arc of said curve through a central angle of 4°10'32", a distance of 32.83 feet to the POINT OF BEGINNING.

LOT 2, BLOCK 47

A parcel of land being a portion of Lots 2 and 3, Block 47, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows :

From the radius point of a certain curve, said radius point being the center of Lincoln Park as shown on the above described plat, bear S 18°55'02" W, a distance of 445.00 feet to the Point of Beginning of the herein described parcel of land.  Thence continue, radially, a distance of 110.00 feet to a point on a curve concave to the Northeast having a radius of 555.00 feet; thence Easterly, along the arc of said curve, through a central angle of 7°43'31", a distance of 74.83 feet, Thence N 11°11'31" E. radially, a distance of 110.00 feet to a point on a curve, concave to the Northeast, having a radius of 445.00 feet; thence Westerly, along the arc of said curve through a central angle of 7°43'41", a distance of 60.00 feet to the POINT OF BEGINNING.

LOT 3, BLOCK 47

A parcel of land being a portion of Lots 3 and 4, Block 47, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows :

From the center of Lincoln Park as shown on the above described plat, bear S 26°38'33" W, a distance of 445.00 feet to the Point of Beginning of the herein described parcel of land.  Thence continue, radially, a distance of 110.00 feet to a point on a curve concave to the Northeast having a radius of 555.00 feet, thence Southeasterly, along the arc of said curve, through a central angle of 7°43'31", a distance of 74.83 feet.  Thence N 18°55'02" E, radially, a distance of 110.00 feet to a point on a curve, concave to the Northeast, having a radius of 445.00 feet; thence Northwesterly, along the arc of said curve through a central angle of 7°43'41", a distance of 60.00 feet to the POINT OF BEGINNING.

( continued on the next page )

BLOCK FORTY-SEVEN

LOT 4, BLOCK 47

A parcel of land being a portion of Lots 4 and 5, Block 47, as shown
on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48,
of the Public Records of Palm Beach County, now Martin County, Florida
being more particularly described as follows :

From the center of Lincoln Park as shown on the above described plat,
bear S 34°22'04" W, a distance of 445.00 feet to the Point of Beginning
of the herein described parcel of land.  Thence continue, radially, a
distance of 110.00 feet to the point on a curve concave to the Northeast
having a radius of 555.00 feet, thence Southeasterly, along the arc of
said curve, through a central angle of 7°43'31", a distance of 74.83
feet; thence N 26°38'33" E, radially, a distance of 110.00 feet to
a point on a curve, concave to the Northeast having a radius of 445.00
feet; thence Northwesterly, along the arc of said curve through a central
angle of 7°43'31", a distance of 60.00 feet to the POINT OF BEGINNING.

LOT 5 BLOCK 47

A parcel of land being a portion of Lots 5 and 6, Block 47, as shown
on   a Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48,
of the Public Records of Palm Beach County, now Martin County, Florida,
being more particularly described as follows :

From the center of Lincoln Park as shown on the above described plat,
bear S 42°05'35" W, a distance of 445.00 feet to the Point of Beginning
of the herein described parcel of land.  Thence continue, radially a
distance of 110.00 feet to a point on a curve concave to the Northeast
having a radius of 555.00 feet; thence Southeasterly, along the arc of
said curve, through a central angle of 7°43'31", a distance of 74.83
feet; thence N 34°22'04" E, radially, a distance of 110.00 feet to a
point on a curve, concave to the Northeast, having a radius of 445.00
feet; thence Northwesterly along the arc of said curve through a central
angle of 7°43'31", a distance of 60.00 feet to the POINT OF BEGINNING.

LOT 6, BLOCK 47

A parcel of land being a portion of Lots 6 and 7, block 47, as shown
on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48
of the Public Records of Palm Beach County, now Martin County, Florida,
being more particularly described as follows :

From the center of Lincoln Park as shown on the above described plat,
bear S 48°31'51" W, a distance of 445.00 feet to the Point of Beginning
of the herein described parcel of land.  Thence continue, radially, a
distance of 110.00 feet to a point on a curve concave to the Northeast
having a radius of 555.00 feet; thence Southeasterly, along the arc of
said curve, through a central angle of 6°26'16", a distance of 62.36
feet; thence N 42°05'35" E, radially, a distance of 110.00 feet to
a point on a curve, concave to the Northeast, having a radius of 445.00
feet; thence Northwesterly, along the arc of said curve through a central
angle of 6°26'16", a distance of 60.00 feet to the POINT OF BEGINNING.

( continued on the next page )

OR BK 01520  PG 0398

## BLOCK FORTY-SEVEN

### LOT 7, BLOCK 47

A parcel of land being a portion of Lots 7, 8 and 9, Block 47, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48 of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows :

From the center of Lincoln Park as shown on the above described plat, bear S 56°15'22" W, a distance of 445.00 feet to the Point of Beginning of the herein described parcel of land. Thence continue, radially, a distance of 110.00 feet to a point on a curve concave to the Northeast having a radius of 555.00 feet; thence Southeasterly along the arc of said curve, through a central angle of 7°43'31", a distance of 74.83 feet; thence N 48°31'51" E, radially, a distance of 110.00 feet to a point on a curve, concave to the Northeast, having a radius of 445.00 feet; thence Northwesterly along the arc of said curve through a central angle of 7°43'41", a distance of 60.00 feet to the POINT OF BEGINNING.

### LOT 8, BLOCK 47

A parcel of land being a portion of Lots 9 and 10, Block 47, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48 of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows :

From the center of Lincoln Park as shown on the above described plat bear S 63°58'53" W, a distance of 445.00 feet to the Point of Beginning of the herein described parcel of land. Thence continue, radially, a distance of 110.00 feet to a point on a curve concave to the Northeast having a radius of 555.00 feet; thence Southeasterly, along the arc c said curve, through a central angle of 7°43'31", a distance of 74.83 feet; thence N 56°15'22" E, radially, a distance of 110.00 feet to a point on a curve , concave to the Northeast having a radius of 445.00 feet; thence Northwesterly along the arc of said curve through a central angle of 7°43'41", a distance of 60.00 feet to the POINT OF BEGINNING.

### LOT 9, BLOCK 47

A parcel of land being a portion of Lots 10 and 11, Block 47, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12 , page 48, of the Public Records of Palm Beach County, now Martin County, Florida being more particularly described as follows :

From the center of Lincoln Park as shown on the above described plat, bear S 71°42'24" W, a distance of 445.00 feet to the Point of Beginning of the herein described parcel of land. Thence continue, radially, a distance of 110.00 feet to a point on a curve concave to the Northeast having a radius of 555.00 feet; thence Southeasterly along the arc of said curve through a central angle of 7°43'31", a distance of 74.83 feet; thence N 63°58'53" E, radially, a distance of 110.00 feet to a point on a curve, concave to the Northeast, having a radius of 445.0 feet; thence Northerly, along the arc of said curve through a central angle of 7°43'31", a distance of 60.00 feet to THE POINT OF BEGINNING.

( continued on next page )

OR BK 01520  PG 0399

## BLOCK FORTY-SEVEN

### LOT 10, BLOCK 47

A parcel of land being a portion of Lots 11 and 12, Block 47, as shown the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows :

From the center of Lincoln Park as shown on the above described plat, bear S 79°25'55" W, a distance of 445.00 feet to the Point of Beginning of the herein described parcel of land.  Thence continue, radially a distance of 110.00 feet of a point on a curve concave to the Northeast having a radius of 555.00 feet; thence Southerly, along the arc of said curve, through a central angle of 7°43'31", a distance of 74.83 feet; thence N 71°42'24" E, radially, a distance of 110.00 feet to a point on a curve, concave to the Northeast, having a radius of 445.00 feet; thence Northerly, along the arc of said curve through a central angle of 7°43'31", a distance of 60.00 feet to the POINT OF BEGINNING.

### LOT 11, BLOCK 47

A parcel of land being a portion of Lots 12 and 13, Block 47, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows :

From the radius point of a certain curve, said radius point being the center of Lincoln Park as shown on the above described plat, bear S 79°25'55" W, a distance of 445.00 feet to the Point of Beginning of the herein described parcel of land.  Thence continue, radially, a deistance of 110.00 feet to a point on a curve concave to the Northeast having a radius of 555.00 feet; thence Northerly, along the arc of said curve, through a central angle of 8°22'06", a distance of 81.06 feet to an intersection with the South right of way line of Wilson Drive; thence S 89°37'04" E, along said right of way line a distance of 87.10 feet, to the point of curvature of a curve concave to the Southwest having a radius of 25.00 feet; thence Southeasterly, along the arc of said curve, through a central angle of 83°53'55", a distance of 36.61 feet to the point of reverse curvature of a curve concave to the Northeast, having a radius of 445.00 feet; thence Southeasterly, along the arc of said curve, through a central angle of 4°53'37", a distance of 37.62 feet to the POINT OF BEGINNING.

### LOT 12, BLOCK 47

Lot 14, Block 47, less the South 59.94 feet, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida.

### LOT 13, BLOCK 47

The North 22.06 feet of Lot 15, Block 47, together with the South 59.94 feet of Lot 14, Block 47, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County ,Florida.

### LOT 14, BLOCK 47

A parcel of land being a portion of Lot 15, Block 47, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows :

( continued on the next page )

OR BK 01520  PG 0400

### BLOCK FORTY-SEVEN

#### LOT 14, BLOCK 47

From the center of Lincoln park as shown on the above described plat, bear S 64°08'14" W, a distance of 570.00 feet to the Point of Beginning of the herein described parcel of land.  Thence N 89°37'04" W, a distance of 113.16 feet; thence N 0°14'42" E, a distance of 55.00 feet; thence S 89°37'04" E, a distance of 89.67 feet, to a point on a curve, concave to the Northeast having a radius of 570.00 feet and whose center bears N 70°09'23" E; thence Southeasterly, along the arc of said curve, through a central angle of 6°01'09", a distance of 59.88 feet, to the POINT OF BEGINNING.

#### LOT 15, BLOCK 47

A parcel of land being a portion of Lots 15 and 16, Block 47, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows :

From the center of Lincoln Park as shown on the above described plat, bear S 60°43'22" W, a distance of 570.00 feet to the Point of Beginning of the herein described parcel of land.  Thence continue, radially a distance of 110.00 feet to a point on a curve concave to the Northeast having a radius of 680.00 feet; thence Northerly, along the arc of said curve through a central angle of 6°19'10", a distance of 75.00 feet; thence N 0°14'42" E, a distance of 17.35 feet; thence S 89°37'04" E, a distance of 113.16 feet to a point on a curve, concave to the Northeast, having a radius of 570.00 feet, and whose center bears, N 64°08'14" E; thence Southeasterly, along the arc of said curve, through a central angle of 3°24'52", a distance of 33.97 feet, to the POINT OF BEGINNING.

#### LOT 16, BLOCK 47

A parcel of land being a portion of Lots 16 and 17, Block 47, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48 of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows :

From the center of Lincoln Park as shown on the above described plat, bear S 55°40'02" W, a distance of 570.00 feet to the Point of Beginning of the herein described parcel of land.  Thence continue, radially, a distance of 110.00 feet to a point on a curve concave to the Northeast having a radius of 680.00 feet; thence Northerly, along the arc of said curve, through a central angle of 5°03'20", a distance of 60.00 feet, thence N 60°43'22" E, a distance of 110.00 feet to a point on a curve concave to the Northeast having a radius of 570.00 feet; thence Southeasterly, along the arc of said curve, through a central angle of 5°03'20", a distance of 50.29 feet, to the POINT OF BEGINNING.

#### LOT 17, BLOCK 47

A parcel of land being a portion of Lots 17 and 18, Block 47, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48 of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows :

( continued on the next page )

## BLOCK FORTY-SEVEN

From the center of Lincoln Park as shown on the above described plat, bear S 50°36'42" W, a distance of 570.00 feet to the Point of Beginning of the herein described parcel of land.  Thence continue, radially, a distance of 110.00 feet to a point on a curve concave to the Northeast having a radius of 680.00 feet; thence Northerly, along the arc of said curve, through a central angle of 5°03'20", a distance of 60.00 feet; thence N 55°40'02" E, a distance 110.00 feet to a point on a curve concave to the Northeast, having a radius of 570.00 feet; thence Southeasterly, along the arc of said curve, through a central angle of 5°03'20", a distance of 50.29 feet, to the POINT OF BEGINNING.

### LOT 18, BLOCK 47

A parcel of land being a portion of Lots 18 and 19, Block 47, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows :

From the center of Lincoln Park as shown on the above described plat, bear S 45°33'22" W, a distance of 570.00 feet to the Point of Beginning of the herein described parcel of Land. Thence continue radially, a distance of 110.00 feet to a point on a curve concave to the Northeast having a radius of 680.00 feet; thence Northerly, along the arc of said curve, through a central angle of 5°03'20", a distance of 60.00 feet; thence N 50°36'42" E, a distance of 110.00 feet to a point on a curve concave to the Northeast having a radius of 570.00 feet; thence Southeasterly, along the arc of said curve, through a central angle of 5°03'20", a distance of 50.29 feet, to the POINT OF BEGINNING.

.., continued on the next page )

## BLOCK FORTY-SEVEN

### LOT 19, BLOCK 47

A parcel of land being a portion of Lots 19 and 20, Block 47, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows:

From the center of Lincoln Park as shown on the above described plat, bear S 40°30'02" W, a distance of 570.00 feet to the Point of Beginning of the herein described parcel of land. Thence continue, radially, a distance of 110.00 feet to a point on a curve concave to the Northeast having a radius of 680.00 feet; thence Northerly, along the arc of said curve, through a central angle of 5°03'20", a distance of 60.00 feet; thence N 45°33'22" E, a distance of 110.00 feet to a point on a curve concave to the Northeast having a radius of 570.00 feet; thence Southeasterly, along the arc of said curve, through a central angle of 5°03'20", a distance of 50.29 feet, to the POINT OF BEGINNING.

### LOT 20, BLOCK 47

A parcel of land being a portion of Lots 20 and 21, Block 47, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows:

From the center of Lincoln Park as shown on the above described plat, bear S 36°36'25" W, a distance of 570.00 feet to the Point of Beginning of the herein described parcel of land. Thence S 5°30'56" W, a distance of 89.10 feet; thence N 89°37'04" W, a distance of 57.03 feet to a point on a curve concave to the Northeast having a radius of 680.00 feet, and whose center bears N 36°36'25" E; thence Northwesterly, along the arc of said curve through a central angle of 3°53'37", a distance of 46.21 feet; thence N 40°30'02" E. radially, a distance of 110.00 feet to a point on a curve concave to the Northeast having a radius of 570.00 feet; thence Southeasterly along the arc of said curve through a central angle of 3°53'39", a distance of 38.74 feet to the POINT OF BEGINNING.

### LOT 21, BLOCK 47

A parcel of land being a portion of Lot 21, Block 47, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows:

From the center of Lincoln Park as shown on the above described plat, bear S 16°08'50" W, a distance of 570.00 feet to the Point of Beginning of the herein described parcel of land. Thence N 89°37'04" W, a distance of 108.95 feet; thence N 05°30'56" E, a distance of 89.10 feet to a point on a curve concave to the Northeast having a radius of 570.00 feet, and whose center bears N 36°36'25" E; thence Southeasterly, along the arc of said curve, through a central angle of 20°27'35", a distance of 203.54 feet, to the POINT OF BEGINNING.

## BLOCK FORTY-EIGHT

LOT 1, BLOCK 48

All of Lot 1, Block 48, as shown on the plat described below.

LOT 2 BLOCK 48

All of Lot 2, Block 48, together with the East 10.00 feet of Lot 3, Block 48, as shown on the plat described below.

LOT 3, BLOCK 48

The West 40.00 feet of Lot 3, Block 48, together with the East 20.00 feet of Lot 4, Block 48, as shown on the plat described below.

LOT 4, BLOCK 48

The West 30.00 feet of Lot 4, Block 48, together with the East 30.00 feet of Lot 5, Block 48, as shown on the plat described below.

LOT 5, BLOCK 48

The West 20.00 feet of Lot 5, Block 48, together with the East 40.00 feet of Lot 6, Block 48, as shown on the plat described below.

LOT 6, BLOCK 48

All of Lot 7, Block 48, together with the West 10.00 feet of Lot 6, Block 48, as shown on the plat described below.

LOT 7, BLOCK 48

All of Lot 8, Block 48, together with the East 10.00 feet of Lot 9, Block 48, as shown on the plat described below.

LOT 8, BLOCK 48

The West 40.00 feet of Lot 9, Block 48, together with the East 20.00 feet of Lot 10, Block 48, as shown on the plat described below.

LOT 9, BLOCK 48

The West 30.00 feet of Lot 10, Block 48, together with the East 35.00 feet of Lot 11, Block 48, as shown on the plat described below.

LOT 10, BLOCK 48

All of Lot 12, Block 48, together with the West 15.00 feet of Lot 11, Block 48, as shown on the plat described below.

LOT 11, BLOCK 48

All of Lot 13, Block 48, together with the West 15.00 feet of Lot 14, Block 48, as shown on the plat described below.

All of the above lots as shown on the plat of St. Lucie Falls, as recorded in Plat Book 12, page 40, of the Public Records of Palm Beach County, now Martin County, Florida.

(continued on the next page)

### BLOCK FORTY-EIGHT

LOT 12, BLOCK 48

The East 35.00 feet of Lot 14, Block 48, together with the West 25.00 feet of Lot 15, Block 48, as shown on the plat described below.

LOT 13, BLOCK 48

The East 25.00 feet of Lot 15, Block 48, together with the West 35.00 feet of Lot 16, Block 48, as shown on the plat described below.

LOT 14, BLOCK 48

The East 15.00 feet of Lot 16, Block 48, together with the West 45.00 feet of Lot 17, Block 48, as shown on the plat described below.

LOT 15, BLOCK 48

All of Lot 18, Block 48, together with the East 5.00 feet of Lot 17, Block 48, together with the West 5.00 feet of Lot 19, Block 48, as shown on the plat described below.

LOT 16, BLOCK 48

The East 45.00 feet of Lot 19, Block 48, together with the West 15.00 feet of Lot 20, Block 48, as shown on the plat described below.

LOT 17, BLOCK 48

The East 35.00 feet of Lot 20, Block 48, together with the West 25.00 feet of Lot 21, Block 48, as shown on the plat described below.

LOT 18, BLOCK 48

The East 25.00 feet of Lot 21, Block 48, together with the West 35.00 feet of Lot 22, Block 48, as shown on the plat described below.

LOT 19, BLOCK 48

The East 15.00 feet of Lot 22, Block 48, together with the West 45.00 feet of Lot 23, Block 48, as shown on the plat described below.

LOT 20, BLOCK 48

All of Lot 24, Block 48, together with the East 5.00 feet of Lot 23, Block 48, together with the West 5.00 feet of Lot 25, Block 48, as shown on the plat described below.

LOT 21, BLOCK 48

The East 45.00 feet of Lot 25, Block 48, together with the West 15.00 feet of Lot 26, Block 48, as shown on the plat described below.

LOT 22, BLOCK 48

All of Lot 26, Block 48, less the West 15.00 feet of Lot 26, Block 48, as shown on the plat described below.


All of the above lots as shown on the plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida.

## BLOCK FIFTY

### LOT 1, BLOCK 50

The Northerly 138.15 feet, as measured along the West line of Lot 6, Block 50, as shown on the plat described below.

### LOT 2, BLOCK 50

Lot 6, Block 50, less the North 138.15 feet, as measured along the West line of said Lot 6, lying north of Pennsylvania Avenue as recorded in Official Record Book 255, page 187 of the Martin County Records, said Lot 6, as shown on the plat described below.

### LOT 3, BLOCK 50

Lots 1 and 2, Block 50, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48 of the Public Records of Palm Beach County, now Martin County, Florida, lying North and East of Pennsylvania Avenue as recorded in Official Record Book 255, page 187, Martin County, Florida.


All of the above lots as shown on the plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida.

## BLOCK FIFTY-ONE

### LOT 1, BLOCK 51

All of Lot 1, Block 51, together with the East 10.00 feet of Lot 2, Block 51, as shown on the plat described below.

### LOT 2, BLOCK 51

The West 40.00 feet of Lot 2, Block 51, together with the East 20.00 feet of Lot 3, Block 51, as shown on the plat described below.

### LOT 3, BLOCK 51

The West 30.00 feet of Lot 3, Block 51, together with the East 30.00 feet of Lot 4, Block 51, as shown on the plat described below.

### LOT 4, BLOCK 51

The West 20.00 feet of Lot 4, Block 51, together with the East 40.00 feet of Lot 5, Block 41, as shown on the plat described below.

### LOT 5, BLOCK 51

All of Lot 6, Block 51, together with the West 10.00 feet of Lot 5, Block 51, as shown on the plat described below.

### LOT 6, BLOCK 51

All of Lot 7, Block 51, together with the East 10.00 feet of Lot 8, Block 51, as shown on the plat described below.

### LOT 7, BLOCK 51

The West 40.00 feet of Lot 8, Block 51, together with the East 20.00 feet of Lot 9, Block 51, as shown on the plat described below.

### LOT 8, BLOCK 51

The West 30.00 feet of Lot 9, Block 51, together with the East 30.00 feet of Lot 10, Block 51, as shown on the plat described below.

### LOT 9, BLOCK 51

The West 20.00 feet of Lot 10, Block 51, together with the East 40.00 feet of Lot 11, Block 51, as shown on the plat described below.

### LOT 10, BLOCK 51

All of Lot 12, Block 51, together with the West 10.00 feet of Lot 11, Block 51, as shown on the plat described below.

All of the above lots as shown on the plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida.

(continued on the next page)

### BLOCK FIFTY-ONE

LOT 11, BLOCK 51

All of Lot 13, Block 51, together with the West 10.00 feet of Lot 14, Block 51, as shown on the plat described below.

LOT 12, BLOCK 51

The East 40.00 feet of Lot 14, Block 51, together with the West 20.00 feet of Lot 15, Block 51, as shown on the plat described below.

LOT 13, BLOCK 51

The West 30.00 feet of Lot 16, Block 51, together with the East 30.00 feet of Lot 15, Block 51, as shown on the plat described below.

LOT 14, BLOCK 51

The East 20.00 feet of Lot 16, Block 51 together with the West 40.00 feet of Lot 17, Block 51, as shown on the plat described below.

LOT 15, BLOCK 51

All of Lot 18, Block 51, together with the East 10.00 feet of Lot 17, Block 51, as shown on the plat described below.

LOT 16, BLOCK 51

All of Lot 19, Block 51, together with the West 10.00 feet of Lot 20, Block 51, as shown on the plat described below.

LOT 17, BLOCK 51

The East 40.00 feet of Lot 20, Block 51,  together with the West 20.00 feet of Lot 21, Block 51, as shown on the plat described below.

LOT 18, BLOCK 51

The East 30.00 feet of Lot 21, Block 51, together with the West 30.00 feet of Lot 22, Block 51, as shown on the plat described below.

LOT 19, BLOCK 51

The East 20.00 feet of LOT 22, Block 51, together with the West 40.00 feet of Lot 23, Block 51, as shown on the plat described below.

LOT 20, BLOCK 51

All of Lot 24, Block 51, together with the East 10.00 feet of Lot 23, Block 51, as shown on the plat described below.

All of the above lots as shown on the plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida.

## BLOCK FIFTY-FOUR

LOT 1, BLOCK 54

All of Lot 1, Block 54, together with the East 10.00
feet of Lot 2, Block 54, as shown on the plat described
below.

LOT 2, BLOCK 54

The West 40.00 feet of Lot 2, Block 54, together with
the East 20.00 feet of Lot 3, Block 54, as shown on the
plat described below.

LOT 3, BLOCK 54

The West 30.00 feet of Lot 3, Block 54, together with
the East 30.00 feet of Lot 4, Block 54, as shown on the
plat described below.

LOT 4, BLOCK 54

The West 20.00 feet of Lot 4, Block 54, together with
the East 40.00 feet of Lot 5, Block 54, as shown on the
plat described below.

LOT 5, BLOCK 54

All of Lot 6, Block 54, together with the West 10.00
feet of Lot 5, Block 54, as shown on the plat described
below.

LOT 6, BLOCK 54

All of Lot 7, Block 54, together with the West 10.00
feet of Lot 8, Block 54, as shown on the plat described
below.

LOT 7, BLOCK 54

The West 20.00 feet of Lot 9, Block 54, together with
the East 40.00 feet of Lot 8, Block 54, as shown on the
plat described below.

LOT 8, BLOCK 54

The West 30.00 feet of Lot 10, Block 54, together with
the East 30.00 feet of Lot 9, Block 54, as shown on the
plat described below.

LOT 9, BLOCK 54

The West 40.00 feet of Lot 11, Block 54, together with
the East 20.00 feet of Lot 10, Block 54, as shown on the
plat described below.

LOT 10, BLOCK 54

All of Lot 12, Block 54, together with the East 10.00
feet of Lot 11, Block 54, as shown on the plat described
below.

All of the above lots as shown on the plat of St. Lucie Falls,
as recorded in Plat Book 12, page 48, of the Public Records of
Palm Beach County, now Martin County, Florida.

## BLOCK FIFTY-FIVE

LOT 1, BLOCK 55

All of Lot 1, Block 55, together with the East 10.00
feet of Lot 2, Block 55, as shown on the plat described
below.

LOT 2, BLOCK 55

The West 40.00 feet of Lot 2, Block 55, together with
the East 20.00 feet of Lot 3, Block 55, as shown on the
plat described below.

LOT 3, BLOCK 55

The West 30.00 feet of Lot 3, Block 55, together with
the East 30.00 feet of Lot 4, Block 55, as shown on the
plat described below.

LOT 4, BLOCK 55

The West 20.00 feet of Lot 4, Block 55, together with
the East 40.00 feet of Lot 5, Block 55, as shown on the
plat described below.

LOT 5, BLOCK 55

All of Lot 6, Block 55, together with the West 10.00
feet of Lot 5, Block 55, as shown on the plat described
below.

LOT 6, BLOCK 55

All of Lot 7, Block 55, together with the West 10.00
feet of Lot 8, Block 55, as shown on the plat described
below.

LOT 7, BLOCK 55

The West 20.00 feet of Lot 9, Block 55, together with
the East 40.00 feet of Lot 8, Block 55, as shown on the
plat described below.

LOT 8, BLOCK 55

The West 30.00 feet of Lot 10, Block 55, together with
the East 30.00 feet of Lot 9, Block 55, as shown on the
plat described below.

LOT 9, BLOCK 55

The West 40.00 feet of Lot 11, Block 55, together with
the East 20.00 feet of Lot 10, Block 55, as shown on the
plat described below.

LOT 10, BLOCK 55

All of Lot 12, Block 55, together with the East 10.00
feet of Lot 11, Block 55, as shown on the plat described
below.


All of the above lots as shown on the plat of St. Lucie Falls,
as recorded in Plat Book 12, page 48, of the Public Records of
Palm Beach County, now Martin County, Florida.

OR B. 01520  PG 0410

BLOCK FIFTY-EIGHT

LOT 1, BLOCK 58

Lot 1, Block 58, together with the East 15.00 feet of Lot 2, Block 58, as shown on the plat described below.

LOT 2, BLOCK 58

The West 35.00 feet of Lot 2, Block 58, together with the East 25.00 feet of Lot 3, Block 58, as shown on the plat described below.

LOT 3, BLOCK 58

The West 25.00 feet of Lot 3, Block 58, together with the East 35.00 feet of Lot 4, Block 58, as shown on the plat described below.

LOT 4, BLOCK 58

The West 15.00 feet of Lot 4, Block 58, together with the East 45.00 feet of Lot 5, Block 58, as shown on the plat described below.

LOT 5, BLOCK 58

All of Lot 6, Block 58, together with the West 5.00 feet of Lot 5, Block 58, together with the East 5.00 feet of Lot 7, Block 58, as shown on the plat described below.

LOT 6, BLOCK 58

The West 45.00 feet of Lot 7, Block 58, together with the East 25.00 feet of Lot 8, Block 58, as shown on the plat described below.

LOT 7, BLOCK 58

The West 25.00 feet of Lot 8, Block 58, together with the East 50.00 feet of Lot 9, Block 58, as shown on the plat described below.

LOT 8, BLOCK 58

All of Lot 9, Block 58, less the East 50.00 feet thereof, as shown on the plat described below.

LOT 9, BLOCK 58

Lot 10, Block 58, less the Southerly 6.45 feet thereof, as shown on the plat described below.

LOT 10, BLOCK 58

The South 6.45 feet of Lot 10, Block 58, together with the North 43.55 feet of Lot 11, Block 58, as shown on the plat described below.

LOT 11, BLOCK 58

The Northerly 43.16 feet of Lot 12, Block 58, together with the Southerly 6.84 feet of Lot 11, Block 58, as shown on the plat described below.

All of the above lots as shown on the plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida.

OR BK 01520   PG 0411

## BLOCK FIFTY-EIGHT

### LOT 12, BLOCK 58

The North 42.77 feet of Lot 13, Block 58, together with the South 7.23 feet of Lot 12, Block 58, as shown on the plat described below.

### LOT 13, BLOCK 58

All of Lot 14, Block 58, together with the South 7.62 feet of Lot 13, Block 58, as shown on the plat described below.

### LOT 14, BLOCK 58

Lot 15, Block 58, less the East 50.0 feet as shown on the plat described below.

### LOT 15, BLOCK 58

The East 50.00 feet of Lot 15, Block 58, together with the West 10.00 feet of Lot 16, Block 58, as shown on the plat described below.

### LOT 16, BLOCK 58

The East 40.00 feet of Lot 16, Block 58, together with the West 20.00 feet of Lot 17, Block 58, as shown on the plat described below.

### LOT 17, BLOCK 58

The East 30.00 feet of Lot 17, Block 58, together with the West 35.00 feet of Lot 18, Block 58, as shown on the plat described below.

### LOT 18, BLOCK 58

All of Lot 19, Block 58, together with the East 15.00 feet of Lot 18, Block 58, as shown on the plat described below.

### LOT 19, BLOCK 58

All of Lot 20, Block 58, together with the West 10.00 feet of Lot 21, Block 58, as shown on the plat described below.

### LOT 20, BLOCK 58

The East 40.00 feet of Lot 21, Block 58, together with the West 20.00 feet of Lot 22, Block 58, as shown on the plat described below.

### LOT 21, BLOCK 58

The East 30.00 feet of Lot 22, Block 58, together with the West 30.00 feet of Lot 23, Block 58, as shown on the plat described below.

### LOT 22, BLOCK 58

The East 20.00 feet of Lot 23, Block 58, together with the West 40.00 feet of Lot 24, Block 58, as shown on the plat described below.

### LOT 23, BLOCK 58

All of Lot 25, Block 58, together with the East 10.00 feet of Lot 24, Block 58, as shown on the plat described below.

All of the above lots as shown on the plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida.

( continued on next page )

OR BK 01520  PG 0412

<u>Block 59</u>

Lot 1, Block 59

A parcel of land being a portion of Lots 15 and 14, Block 59 as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48 of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows:

From the intersection of the centerline of Greenlees Drive with the North boundary of St. Lucie Falls as shown on the above described plat, run S 31°24'07" W, along the center-line of Greenlees Drive, a distance of 165.95 feet; thence N 58°35'53" W, a distance of 25.00 feet to the Point of Beginning of the herein described parcel of land; proceed thence S 31°24'07" W, a distance of 87.66 feet; thence N 58°35'53" W, a distance of 82.98 feet; thence N 31°24'07" E, a distance of 48.97 feet; thence N 66°40'15" E, a distance of 65.07 feet to the point of curvature of a curve concave to the Southwest, having a radius of 25.00 feet; thence Southeasterly along the arc of said curve, through a central angle of 144°43'52", a distance of 63.15 feet to the POINT OF BEGINNING.

Lot 2, Block 59

A parcel of land being a portion of Lots 14 and 13, Block 59, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48 of the Public Records of Palm Beach County, now Martin County Florida, being more particularly described as follows:

From the intersection of the centerline of Greenlees Drive with the North boundary of St. Lucie Falls, as shown on the above described plat, run S 31°24'07" W, along the center-line of Greenlees Drive, a distance of 253.61 feet; thence N 58°35'53" W, a distance of 25.00 feet to the Point of Beginning of the herein described parcel of land; proceed thence S 31°24'07" W, a distance of 93.62 feet; thence N 31°50'18" W, a distance of 92.94 feet; thence N 31°24'07" E, a distance of 51.77 feet; thence S 58°35'53" E, a distance of 82.98 feet to the POINT OF BEGINNING.

OR BK 1520 PG 0413

## BLOCK SIXTY

### LOT 1, BLOCK 60

From the intersection of the North property line of St. Lucie Falls, as recorded in Plat Book 12, page 40, of the Public Records of Palm Beach County, Florida, now Martin County, Florida, with the centerline of Eleventh Street (now known as S. W. Eleventh Street), run S 89°37'04" E a distance of 153.95 feet along the centerline of said Eleventh Street; thence S 0°22'56" W, a distance of 25.00 feet to the POINT OF BEGINNING of the herein described parcel and the Northwest corner of Lot 22, Block 60, of the above said Plat of St. Lucie Falls, thence run S 89°37'04" E, a distance of 85.71 feet to the point of curvature of a curve concave to the Southwest having a radius of 25.00 feet; thence Easterly and Southerly along the arc of said curve through a central angle of 121°01'11", a distance of 52.80 feet; thence S 31°24'07" W, a distance of 53.74 feet; thence N 58°35'53" W, a distance of 110.00 feet; thence N 31°24'07" E, a distance of 28.85 feet to the POINT OF BEGINNING of the herein described parcel of land.

### LOT 2, BLOCK 60

From the intersection of the North property line of St. Lucie Falls, as recorded in Plat Book 12, page 40, of the Public Records of Palm Beach County, Florida, now Martin County, Florida, with the centerline of Eleventh Street (now known as S. W. Eleventh Street), run S 89°37'04" E a distance of 153.95 feet along the centerline of said Eleventh Street; thence S 0°22'56" W, a distance of 25.00 feet to the Northwest corner of Lot 22, Block 60, of the above said Plat of St. Lucie Falls; thence S 31°24'07" W, a distance of 28.85 feet to the POINT OF BEGINNING of the herein described parcel; thence S 58°35'53" E, a distance of 110.00 feet; thence S 31°24'07" W, a distance of 60.00 feet; thence N 58°35'53" W, a distance of 110.00 feet; thence N 31°24'07" E, a distance of 60.00 feet to the POINT OF BEGINNING of the herein described parcel of land.

### LOT 3, BLOCK 60

From the intersection of the North property line of St. Lucie Falls, as recorded in Plat Book 12, page 40, of the Public Records of Palm Beach County, Florida, now Martin County, Florida, with the centerline of Eleventh Street (now known as S. W. Eleventh Street), run S 89°37'04" E a distance of 153.95 feet along the centerline of said Eleventh Street; thence S 0°22'56" W, a distance of 25.00 feet to the Northwest corner of Lot 22, Block 60, of the above said Plat of St. Lucie Falls; thence S 31°24'07" W, a distance of 88.85 feet to the POINT OF BEGINNING of the herein described parcel; thence S 58°35'53" E, a distance of 110.00 feet; thence S 31°24'07" W, a distance of 60.00 feet; thence N 58°35'53" W a distance of 110.00 feet; thence N 31°24'07" E, a distance of 60.00 feet to the POINT OF BEGINNING of the herein described parcel of land.

### LOT 4, BLOCK 60

From the intersection of the North property line of St. Lucie Falls, as recorded in Plat Book 12, page 40, of the Public Records of Palm Beach County, Florida, now Martin County, Florida, with the centerline of Eleventh Street (now known as S. W. Eleventh Street), run S 89°37'04" E, a distance of 153.95 feet along the centerline of said Eleventh Street; thence S 0°22'56" W, A distance of 25.00 feet to the Northwest corner of Lot 22, Block 60, of the above said Plat of St. Lucie Falls; thence S 31°24'07" W, a distance of 148.85 feet to the POINT OF BEGINNING of the herein described parcel; thence S 58°35'53" E, a distance of 110.00 feet; thence S 31°24'07" W, a distance of 60.00 feet; thence N 58°35'53" W a distance of 110.00 feet; thence N 31°24'07" E, a distance of 60.00 feet to the POINT OF BEGINNING of the herein described parcel of land.

(continued on the next page)

OR BK 01520    PG 0414

## BLOCK SIXTY

### LOT 5, BLOCK 60

From the intersection of the North property line of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, Florida, now Martin County, Florida, with the centerline of Eleventh Street (now known as S. W. Eleventh Street), run S 89°37'04" E a distance of 153.95 feet along the centerline of said Eleventh Street; thence S 0°22'56" W, a distance of 25.00 feet to the Northwest corner of Lot 22, Block 60, of the above said Plat of St. Lucie Falls; thence S 31°24'07" W, a distance of 208.85 feet to the POINT OF BEGINNING of the herein described parcel; thence S 58°35'53" E, a distance of 110.00 feet; thence S 31°24'07" W, a distance of 60.00 feet; thence N 58°35'53" W a distance of 110.00 feet; thence N 31°24'07" E, a distance of 60.00 feet to the POINT OF BEGINNING of the herein described parcel of land.

### LOT 6, BLOCK 60

From the intersection of the North property line of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, Florida, now Martin County, Florida, with the centerline of Eleventh Street (now known as S. W. Eleventh Street), run S 89°37'04" E, a distance of 153.95 feet along the centerline of said Eleventh Street; thence S 0°22'56" W, a distance of 25.00 feet to the Northwest corner of Lot 22, Block 60, of the above said Plat of St. Lucie Falls; thence S 31°24'07" W, a distance of 268.85 feet to the POINT OF BEGINNING of the herein described parcel; thence S 31°24'07" W, a distance of 60.00 feet; thence N 58°35'53" W, a distance of 110.00 feet; thence N 31°24'07" E, a distance of 60.00 feet to the POINT OF BEGINNING of the herein described parcel of land.

### LOT 7, BLOCK 60

From the intersection of the North property line of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, Florida, now Martin County, Florida, with the centerline of Eleventh Street (now known as S. W. Eleventh Street), run S 89°37'04" E, a distance of 153.95 feet along the centerline of said Eleventh Street; thence S 0°22'56" W, a distance of 25.00 feet to the Northwest corner of Lot 22, Block 60, of the above said Plat of St. Lucie Falls; thence S 31°24'07" W, a distance of 328.85 feet to the POINT OF BEGINNING of the herein described parcel; thence S 58°35'53" E, a distance of 110.00 feet; thence S 31°24'07" W, a distance of 60.00 feet; thence N 58°35'53" W, a distance of 110.00 feet; thence N 31°24'07" E, a distance of 60.00 feet to the POINT OF BEGINNING of the herein described parcel of land.

### LOT 8, BLOCK 60

From the intersection of the North property line of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, Florida, now Martin County, Florida, with the centerline of Eleventh Street (now known as S. W. Eleventh Street), run S 89°37'04" E, a distance of 153.95 feet along the centerline of said Eleventh Street; thence S 0°22'56" W, a distance of 25.00 feet to the Northwest corner of Lot 22, Block 60, of the above said Plat of St. Lucie Falls; thence S 31°24'07" W, a distance of 388.85 feet to the POINT OF BEGINNING of the herein described parcel; thence S 58°35'53" E, a distance of 110.00 feet; thence S 31°24'07" W, a distance of 60.00 feet; thence N 58°35'53" W, a distance of 110.00 feet; thence N 31°24'07" E, a distance of 60.00 feet to the POINT OF BEGINNING of the herein described parcel of land.

(continued on the next page)

## BLOCK SIXTY

### LOT 9, BLOCK 60

From the intersection of the North property line of St. Lucie Falls, as
recorded in Plat Book 12, page 48, of the Public Records of Palm Beach
County, Florida, now Martin County, Florida, with the centerline of
Eleventh Street (now known as S. W. Eleventh Street), run S 89°37'04" E,
a distance of 153.95 feet along the centerline of said Eleventh Street;
thence S 0°22'56" W, a distance of 25.00 feet to the Northwest corner
of Lot 22, Block 60, of the above said Plat of St. Lucie Falls thence
S 31°24'07" W, a distance of 448.85 feet to the POINT OF BEGINNING of the
herein described parcel; thence S 58°35'53"E, a distance of 110.00 feet;
thence S 31°24'07" W, a distance of 81.79 feet to the point of curvature
of a curve concave to the Northwest having a radius of 25.00 feet; thence
Southwesterly along the arc of said curve through a central angle of
58°15'33" a distance of 25.60 feet to a point on the Northeast right-of-
way line of Pennsylvania Avenue (a 100 foot wide road running diagonally
from the Southeast to Northwest through Lots 8, 9, 10, 11 and 12, Block 60
of the aforementioned Plat of St. Lucie Falls); thence N 31°50'18" W,
along the said right-of-way line, a distance of 111.55 feet; thence
N 31°24'07" E, a distance of 51.86 feet to the POINT OF BEGINNING of the
herein described parcel of land.

### LOT 10, BLOCK 60

From the intersection of the North property line of St. Lucie Falls, as
recorded in Plat Book 12, page 48, of the Public Records of Palm Beach
County, Florida, now Martin County, Florida, with the centerline of
Eleventh Street (now known as S. W. Eleventh Street), run S 89°37'04" E,
a distance of 136.45 feet along the centerline of said Eleventh Street;
thence S 0°22'56" W, a distance of 25.00 feet to the Northwest corner
of Lot 1, Block 60, of the above said Plat of St. Lucie Falls; thence
run S 31°24'07" W, a distance of 374.82 feet to the POINT OF BEGINNING
of the herein described parcel of land, thence S 31°24'07" W, a distance
of 109.30 feet to a point on the Northeast right of way line of
Pennsylvania Avenue, (a 100 foot wide road running diagonally from
Southeast to Northwest through Lots 8, 9, 10, 11 and 12, Block 60, of the
aforementioned Plat of St. Lucie Falls); thence N 31°50'18" W, along
the said right of way line a distance of 123.19 feet; thence N 31°24'07" E,
a distance of 53.03 feet; thence S 58°35'53" E, a distance of 110.00 feet
to the POINT OF BEGINNING of the herein described parcel of land.

### LOT 11, BLOCK 60

From the intersection of the North property line of St. Lucie Falls, as
recorded in Plat Book 12, page 48, of the Public Records of Palm Beach
County, Florida, now Martin County, Florida, with the centerline of
Eleventh Street (now known as S.W. Eleventh Street), run S 89°37'04" E,
a distance of 136.45 feet along the centerline of said Eleventh Street;
thence S 0°22'56" W, a distance of 25.00 feet to the Northeast corner
of Lot 1, Block 60, of the above said Plat of St. Lucie Falls; thence
run S 31°24'07" W, a distance of 309.82 feet to the POINT OF BEGINNING
of the herein described parcel of land.  Thence S 31°24'07" W, a
distance of 65.00 feet; thence N 58°35'53" W, a distance of 110.00 feet;
thence N 31°24'07" E, a distance of 65.00 feet; thence S 58°35'53" E,
a distance of 110.00 feet to the POINT OF BEGINNING of the herein
described parcel of land.

(Continued on next page)

OR  01520  PG 0416

## BLOCK SIXTY

### LOT 12, BLOCK 60

From the intersection of the North property line of St. Lucie Falls, as
recorded in Plat Book 12, page 48, of the Public Records of Palm Beach
County, Florida, now Martin County, Florida, with the centerline of
Eleventh Street (now known as S. W. Eleventh Street), run 89°37'04" E,
a distance of 136.45 feet along the centerline of said Eleventh Street;
thence S 0°22'56" W, a distance of 25.00 feet to the Northeast corner
of Lot 1, Block 60, of the above said Plat of St. Lucie Falls; thence
run 31°24'07" W, a distance of 239.82 feet to the POINT OF BEGINNING
of the herein described parcel of land.  Thence S 31°24'07" W, a
distance of 70.00 feet; thence N 58°35'53" W, a distance of 110.00 feet;
thence N 31°24'07" E, a distance of 70.00 feet; thence S 58°35'53" E,
a distance of 110.00 feet to the POINT OF BEGINNING of the herein described
parcel of land.

(continued on the next page)

## BLOCK SIXTY

### LOT 13, BLOCK 60

From the intersection of the North property line of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, Florida, now Martin County, Florida, with the centerline of Eleventh Street (now known as S. W. Eleventh Street), run S 89°37'04" E, a distance of 136.45 feet along the centerline of said Eleventh Street; thence S 0°22'56" W, a distance of 25.00 feet to the Northeast corner of Lot 1, Block 60, of the above said Plat of St. Lucie Falls; thence run S 31°24'07" W, a distance of 174.82 feet to the POINT OF BEGINNING of the herein described parcel of land.  Thence S 31°24'07" W, a distance of 65.00 feet; thence N 58°35'53" W, a distance of 110.00 feet; thence N 31°24'07" E, a distance of 65.00 feet; thence S 58°35'53" E, a distance of 110.00 feet to the POINT OF BEGINNING of the herein described parcel of land.

### LOT 14, BLOCK 60

From the intersection of the North property line of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, Florida, now Martin County, Florida, with the centerline of Eleventh Street (now known as S. W. Eleventh Street), run S 89°37'04" E, a distance of 136.45 feet along the centerline of said Eleventh Street; thence S 0°22'56" W, a distance of 25.00 feet to the Northeast corner of Lot 1, Block 60, of the above said Plat of St. Lucie Falls; thence run S 31°24'07" W, a distance of 104.82 feet to the POINT OF BEGINNING of the herein described parcel of land.  Thence S 31°24'07" W, a distance of 70.00 feet; thence N 58°35'53" W, a distance of 110.00 feet; thence N 31°24'07" E, a distance of 70.00 feet; thence S 58°35'53" E, a distance of 110.00 feet to the POINT OF BEGINNING of the herein described parcel of land.

### LOT 15, BLOCK 60

From the intersection of the North property line of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, Florida, now Martin County, Florida, with the centerline of Eleventh Street (now known as S. W. Eleventh Street), run S 89°37'04" E, a distance of 136.45 feet along the centerline of said Eleventh Street; thence S 0°22'56" W, a distance of 25.00 feet to the POINT OF BEGINNING of the herein described parcel and the Northeast corner of Lot 1, Block 60, of the above said Plat of St. Lucie Falls; thence run S 31°24'07" W, a distance of 104.82 feet; thence N 58°35'53" W, a distance of 110.00 feet; thence N 31°24'07" E, a distance of 27.00 feet to the point of curvature of a curve concave to the Southeast having a radius of 25.00 feet; thence Northeasterly along the arc of said curve through a central angle of 58°58'49", a distance of 25.73 feet; thence S 89°37'04" E, a distance of 123.00 feet to the POINT OF BEGINNING of the herein described parcel of land.

BLOCK SIXTY-ONE

LOT 1, BLOCK 61

All of Lot 1, Block 61, together with the East 13.43 feet of Lot 2, Block 61, as shown on the plat described below.

LOT 2, BLOCK 61

The West 36.57 feet of Lot 2, Block 61, together with the East 23.43 feet of Lot 3, Block 61, as shown on the plat described below.

LOT 3, BLOCK 61

The West 26.57 feet of Lot 3, Block 61, together with the East 38.43 feet of Lot 4, Block 61, as shown on the plat described below.

LOT 4, BLOCK 61

The West 11.57 feet of Lot 4, Block 61, together with the East 48.43 feet of Lot 5, Block 61, as shown on the plat described below.

LOT 5, BLOCK 61

All of Lot 6, Block 61, together with the West 1.57 feet of Lot 5, Block 61, together with the East 8.43 feet of Lot 7, Block 61, as shown on the plat described below.

LOT 6, BLOCK 61

The West 70.0 feet of the East 78.43 feet of Lot 7, Block 61, as shown on the plat described below.

LOT 7, BLOCK 61

All of Lot 7, Block 61, less however the Easterly 78.43 feet of said Lot 7, as shown on the plat described below.

LOT 8, BLOCK 61

The Northerly 104.34 feet of Lot 8, Block 61, as shown on the plat described below.

LOT 9, BLOCK 61

All of Lot 9, Block 61, together with the Southerly 2.11 feet of Lot 8, Block 61, together with the Northerly 12.50 feet of Lot 10, Block 61, as shown on the plat described below.

All of the above lots as shown on the plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida.

( continued on next page )

## BLOCK SIXTY-ONE

LOT 10, BLOCK 61

The Southerly 37.89 feet of Lot 10, Block 61, together with the
Northerly 27.11 feet of Lot 11, Block 61, as shown on the plat
described below.

LOT 11, BLOCK 61

All of Lot 12, Block 61, together with the South 23.28 feet of Lot
11, Block 61, as shown on the plat described below.

LOT 12, BLOCK 61

Lot 13, Block 61, less the East 62.58 feet of said Lot 13, as
shown on the plat described below.

LOT 13, BLOCK 61

The East 62.58 feet of Lot 13, Block 61, as shown on the plat described
below.

LOT 14, BLOCK 61

All of Lot 15, Block 61, together with the West 15.00 feet of Lot  15,
Block 61, as shown or the plat described below.

LOT 15, BLOCK 61

The East 35.00 feet of Lot 15, Block 61, together with the West 25.00
feet of Lot 16, Block 61, as shown on the plat described below.

LOT 17, BLOCK 61

All of Lot 18, Block 61, together with the East 15.00 feet of Lot 17,
Block 61, as shown on the plat described below.

LOT 18, BLOCK 61

All of Lot 19, Block 61, as shown on the plat described below.

All of the above lots as shown on the plat of St. Lucie Falls,  as
recorded in Plat Book 12, page 48, of the Public Records of Palm
Beach County, now Martin County, Florida.

Lot 16, Block 61

The East 25.00 feet of Lot 16, Block 61, together
with the West 35.00 feet of Lot 17, Block 61,
as shown on the plat described below.

( continued on next page )

## BLOCK SIXTY-TWO

### LOT 1, BLOCK 62

A parcel of land being a portion of Lot 1, Block 62, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows :

From the center of Lincoln Park as shown on the above described plat, bear N 15°23'02" W, a distance of 570.00 feet to the Point of Beginning of the herein described parcel of land. Thence N 89°37'04" W, a distance of 193.66 feet; thence S 7°06'57" E. A distance of 89.50 feet to a point on a curve, concave to the Southeast having a radius of 570.0 feet and whose center bears S 35°50'36" E, thence Northeasterly, along the arc of said curve through a central angle of 20°27'34", a distance of 203.54 feet, to the POINT OF BEGINNING.

### LOT 2, BLOCK 62

A parcel of land being a portion of Lots 1 and 2, Block 62, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows :

From the center of Lincoln Park as shown on the above described plat, bear N 35°50'36" W, a distance of 570.00 feet to the Point of Beginning of the herein described parcel land. Thence N 7°06'57" W, a distance of 89.50 feet; thence N 89°37'04" W, a distance of 53.33 feet to a point on a curve concave to the Southeast, having a radius of 680.00 feet, and whose center bears, S 35°50'34" E, thence Southwesterly, along the arc of said curve through a central angle of 4°10'06", a distance of 49.47 feet; thence S 40°00'40" E. radially, a distance of 110.00 feet, to a point on a curve, concave to the Southeast, having a radius of 570.00 feet; thence Northeasterly, along the arc of said curve through a central angle of 4°10'03", a distance of 41.46 feet, to the POINT OF BEGINNING.

### LOT 3, BLOCK 62

A parcel of land being a portion of Lots 2 and 3, Block 62, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows :

From the center of Lincoln Park as shown on the above described plat, bear N 40°00'40" W, a distance of 570.00 feet to the Point of Beginning of the herein described parcel of land. Continue thence, radially a distance of 110.00 feet, to a point on a curve concave to the Southeast having a radius of 680.00 feet, and whose center is said center of Linc Park; thence Southwesterly, along the arc of said curve through a central angle of 5°03'20", a distance of 60.00 feet; thence S 45°03'58" E, radially, a distance of 110.00 feet, to a point on a curve concave t the Southeast having a radius of 570.00 feet; thence Northeasterly, along the arc of said curve through a central angle of 5°03'20", a distance of 50.29 feet, to the POINT OF BEGINNING.

### LOT 4, BLOCK 62

A parcel of land being a portion of Lots 3 and 4, Block 62, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows :

( continued on the next page )

## BLOCK SIXTY-TWO

### LOT 4, BLOCK 62

From the center of Lincoln Park as shown on the above described plat,
bear N 45°03'58" W, a distance of 570.00 feet, to a Point of Beginning
of the herein described parcel of land.  Thence continue, radially, a
distance of 110.00 feet, to a point on a curve concave to the Southeast
having a radius of 680.00 feet, and whose center is said center of
Lincoln Park; thence Southwesterly, along the arc of said curve through
a central angle of 5°03'20", a distance of 60.00 feet; thence S 50°07'10"
E radially, a distance of 110.00 feet, to a point on a curve concave to
the Southeast having a radius of 570.00 feet; thence Northeasterly,
along the arc of said curve through a central angle of 5°03'20", a
distance of 50.29 feet to the POINT OF BEGINNING.

### LOT 5, BLOCK 62

A parcel of land being a portion of Lots 4 and 5, Block 62, as shown
on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48,
of the Public Records of Palm Beach County, now Martin County,Florida,
being more particularly described as follows :

From the center of Lincoln Park as shown on the above described plat,
bear N 50°07'16" W, a distance of 570.00 feet to the Point of Beginning
of the herein described parcel of land.  Thence continue, radially a
distance of 110.00 feet, to a point on a curve concave to the Southeast,
having a radius of 680.00 feet, and whose center is said center of
Lincoln Park; thence Southwesterly, along the arc of said curve through
a central angle of 5°03'20", a distance of 60.0 feet;thence S 55°10'35"
E radially, a distance of 110.00 feet, to a point on a curve concave to
the Southeast, having a radius of 570.00 feet; thence Northeasterly,
along the arc of said curve through a central angle of 5°03'20", a
distance of 50.29 feet to the POINT OF BEGINNING.

### LOT 6, BLOCK 62

A parcel of land being a portion of Lots 5 and 6, Block 62, as shown
on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48,
of the Public Records of Palm Beach County, now Martin County,Florida,
being more particularly described as follows :

From the center of Lincoln Park as shown on the above described plat,
bear N 55°10'35" W, a distance of 570.00 feet to the Point of Beginning
of the herein described parcel of land.  Thence continue, radially a
distance of 110.00 feet, to a point on a curve concave to the Southeast,
having a radius of 680.0 feet, and whose center is said center of
Lincoln Park; thence Southwesterly, along the arc of said curve through
a central angle of 5°03'20", a distance of 60.00 feet; thence S 60°13'53"
E, radially, a distance of 110.00 feet, to a point on a curve concave
to the Southeast, having a radius of 570.00 feet; thence Northeasterly,
along the arc of said curve through a central angle of 5°03'20", a
distance of 50.29 feet to the POINT OF BEGINNING.

### LOT 7 , BLOCK 62

A parcel of land being a portion of Lots 6 and 7, Block 62, as shown
on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48,
of the Public Records of Palm Beach County, now Martin County,Florida,
being more particularly described as follows :

( continued on the next page )

OR BK 01520   PG 0422

## BLOCK SIXTY-TWO

### LOT 7, BLOCK 62

From the center of Lincoln Park as shown on the above described plat, bear N 60°13'53" W, a distance of 570.00 feet to the Point of Beginning of the herein described parcel of land. Thence continue, radially, a distance of 110.00 feet to a point on a curve concave to the East, having a radius of 680.00 feet, and whose center is said center Lincoln Park; thence Southerly, along the arc of said curve, through a central angle of 6°19'10", a distance of 75.00 feet; thence S 0°14'42" W, a distance of 14.48 feet; thence S 89°37'04" E, a distance of 114.30 feet to a point on a curve concave to the Southeast, having a radius of 570.00 feet, and whose center bears S 63°36'10" E, thence Northeasterly, along the arc of said curve, through a central angle of 3°11'08", a distance of 31.69 feet to the POINT OF BEGINNING.

### LOT 8, BLOCK 62

A parcel of land being a portion of Lot 7 Block 62, Plat of St. Lucie Falls, as recorded in the Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows :

From the center of Lincoln Park as shown on the above described plat, bear N 61°36'10" W, a distance of 570 feet to the Point of Beginning of the herein described parcel of land.  Thence N 89°37'04" W, a distance of 114.30 feet; thence S 0°14'42" W, a distance of 55.00 feet; thence S 89°37'04" E, a distance of 90.57 feet to the point on a curve concave to the Southeast having a radius of 570.00 feet, and whose center bears S 71°44'16" E; thence Northeasterly, along the arc of said curve through a central angle of 6°01'09", a distance of 59.88, feet, to the POINT OF BEGINNING.

( continued on the next page )

BLOCK SIXTY-TWO

LOT 9, BLOCK 62

The North 60.06 feet of Lot 8, Block 62, together with the South 21.94
feet of Lot 7, Block 62, as shown on the Plat of St. Lucie Falls, as
recorded in Plat Book 12, page 48, of the Public Records of Palm Beach
County, now Martin County, Florida.

LOT 10, BLOCK 62

Lot 8, Block 62, less the North 60.06 feet, as shown on the plat of St.
Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records
of Palm Beach County, now Martin County, Florida.

LOT 11, BLOCK 62

A parcel of land being a portion of Lots 9 and 10, Block 62, as shown on
the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48 of
the Public Records of Palm Beach County, now Martin County, Florida,
being more particularly described as follows:

From the center of Lincoln Park as shown on the above described plat
bear N 78°55'46" W, a distance of 445.00 feet to the Point of Beginning
of the herein described parcel of land. Thence continue radially, a
distance of 110.00 feet to a point on a curve concave to the East, having
a radius of 555.00 feet, and whose center is said center of Lincoln Park;
thence Southerly along the arc of said curve, through a central angle
of 8°06'26"  a distance of 78.53 feet to a point on the North right of
way line of Jillson Drive; thence S 89°37'04" E, along said right of
way line, a distance of 87.10 feet, to the point of curvature of a
curve concave to the Northwest, having a radius of 25.0 feet; thence
Northeasterly, along the arc of said curve through a central angle of
83°53'55", a distance of 36.61 feet, to the point reverse curvature of
a curve concave to the East, having a radius of 445.0 feet; thence
Northerly along the arc of said curve, through a central angle of
4°34'52", a distance of 35.50 feet, to the POINT OF BEGINNING.

LOT 12, BLOCK 62

A parcel of land being a portion of Lots 10 and 11, Block 62, as shown on
the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of
the Public Records of Palm Beach County, now Martin County, Florida, being
more particularly described as follows:

From the center of Lincoln Park as shown on the above described plat,
bear N 71°12'15" W, a distance of 445.00 feet to the Point of Beginning
of the herein described parcel of land. Thence continue radially, a
distance of 110.00 feet to a point on a curve concave to the East, having
a radius of 555.0 feet, and whose center is said center of Lincoln Park;
thence Southerly along the arc of said curve, through a central angle
of 7°43'30", a distance of 74.83 feet; thence S 78°55'46" E, radially,
a distance of 110.00 feet to a point on a curve concave to the East,
having a radius of 445.0 feet; thence Northerly, along the arc of said
curve through a central angle of 7°43'30", a distance of 60.0 feet, to
the POINT OF BEGINNING.

LOT 13, BLOCK 62

A parcel of land being a portion of Lots 11, and 12, Block 62, as shown
on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48,
of the Public Records of Palm Beach County, now Martin County, Florida,
being more particularly described as follows:

From the center of Lincoln Park as shown on the above described plat,
bear N 63°28'44" W, a distance of 445.00 feet to the Point of Beginning
of the herein described parcel of land. Thence continue, radially, a
distance of 110.00 feet to a point on a curve concave to the East having
a radius of 555.0 feet and whose center is said center of Lincoln Park,
thence Southerly along the arc of said curve, through a central angle
of 7°43'30", a distance of 74.83 feet; thence S 71°12'15" E, radially, a
distance of 110.0 feet, to a point on a curve concave to the East, having
a radius of 445.0 feet; thence Northerly, along the arc of said curve
through a central angle of 7°43'30", a distance of 60.0 feet, to the
POINT OF BEGINNING.

(continued on the next page)

## BLOCK SIXTY-TWO

### LOT 14, BLOCK 62

A parcel of land being a portion of Lots 12 and 13, Block 62, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows:

From the center of Lincoln Park as shown on the above described plat, bear N 55°45'13" W, a distance of 445.00 feet to the Point of Beginning of the herein described parcel of land. Thence continue radially, a distance of 110.0 feet to a point on a curve concave to the East, having a radius of 555.0 feet and whose center is said center of Lincoln Park; thence Southerly, along the arc of said curve, through a central angle of 7°43'30", a distance of 74.83 feet; thence S 63°28'44" E, radially a distance of 110.00 feet to a point on a curve concave to the East having a radius of 445.0 feet; thence Northerly, along the arc of said curve through a central angle of 7°43'30", a distance of 60.0 feet to the POINT OF BEGINNING.

### LOT 15, BLOCK 62

A parcel of land being a portion of Lots 13 and 14, Block 62, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows:

From the center of Lincoln Park as shown on the above described plat, bear N 48°01'42" W, a distance of 445.00 feet to the Point of Beginning of the herein described parcel of land. Thence continue, a distance of 110.0 feet to a point on a curve concave to the East, having a radius of 555.0 feet, and whose center is said center of Lincoln Park; thence Southerly, along the arc of said curve, through a central angle of 7°43'30", a distance of 74.83 feet; thence S 55°45'13" E, a distance of 110.00 feet to a point on a curve concave to the East having a radius of 445.0 feet; thence Northerly, along the arc of said curve through a central angle of 7°43'30", a distance of 60.0 feet, to the POINT OF BEGINNING.

### LOT 16, BLOCK 62

A parcel of land being Lot 15, Block 62, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, Page 48, of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows:

From the center of Lincoln Park as shown on the above described plat, bear N 41°35'27" W, a distance of 445.00 feet to the Point of Beginning of herein described parcel of land. Thence continue, radially a distance of 110.0 feet to a point on a curve concave to the East having a radius of 555.0 feet, and whose center is said center of Lincoln Park; thence Southerly, along the arc of said curve, through a central angle of 6°26'16", a distance of 62.36 feet; thence S 48°01'42" E, radially, a distance of 110.0 feet to a point on a curve concave to the East, having a radius of 445.0 feet; thence Northerly along the arc of said curve through a central angle of 6°26'16", a distance of 50.0 feet, to the POINT OF BEGINNING.

### LOT 17, BLOCK 62

A parcel of land being a portion of Lots 16 and 17, Block 62, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48 of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows:

From the center of Lincoln Park as shown on the above described plat, bear N 33°51'56" W, a distance of 445.00 feet to the Point of Beginning of the herein described parcel of land. Thence continue, radially, a distance of 110.0 feet to a point on a curve concave to the East, having a radius of 555.0 feet, and whose center is said center of Lincoln Park; thence Southerly, along the arc of said curve, through a central angle of 7°43'30", a distance of 74.83 feet; thence S41°35'27" E, radially, a distance of 110.00 feet to a point on a curve concave to the East having a radius of 445.0 feet; thence Northerly, along the arc of said curve through a central angle of 7°43'30", a distance of 60.0 feet, to the POINT OF BEGINNING.

(continued on the next page)

## BLOCK SIXTY-TWO

### LOT 18, BLOCK 62

A parcel of land being a portion of Lots 17 and 18, Block 62 as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows:

From the center of Lincoln Park as shown on the above described plat, bear N 76°08'25" W, a distance of 445.0 feet to the Point of Beginning of the herein described parcel of land. Thence continue, radially, a distance of 110.0 feet to a point on a curve concave to the East having a radius of 555.0 feet, and whose center is said center of Lincoln Park; thence Southerly, along the arc of said curve, through a central angle of 7°43'30", a distance of 74.83 feet, thence S 33°51'56" E, radially, a distance of 110.0 feet to a point on a curve concave to the East having a radius of 445.0 feet; thence Northerly, along the arc of said curve through a central angle of 7°43'30", a distance of 60.0 feet, to the POINT OF BEGINNING.

### LOT 19, BLOCK 62

A parcel of land being a portion of Lots 18 and 19, Block 62, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48 of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows:

From the center of Lincoln Park as shown on the above described plat bear N 18°24'54" W, a distance of 445.00 feet to the Point of Beginning of the herein described parcel of land. Thence continue, radially, a distance of 110.0 feet to a point on a curve concave to the East having a radius of 555.0 feet, and whose center is said center of Lincoln Park; thence Southerly along the arc of said curve, through a central angle of 7°43'30", a distance of 74.83 feet; thence S 26°08'25" E, radially, a distance of 110.0 feet to a point on a curve concave to the East having a radius of 445.0 feet; thence Northerly along the arc of said curve through a central angle of 7°43'30", a distance of 60.0 feet, to the POINT OF BEGINNING.

### LOT 20, BLOCK 62

A parcel of land being a portion of Lots 19 and 20, Block 62, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows:

From the center of Lincoln Park as shown on the above described plat, bear N 10°41'23" W, a distance of 445.00 feet to the Point of Beginning of the herein described parcel of land. Thence continue, radially, a distance of 110.0 feet to a point on a curve concave to the East, having a radius of 555.0 feet, and whose center is said center of Lincoln Park; thence Southerly, along the arc of said curve, through a central angle of 7°43'30", a distance of 74.83 feet, thence S 18°24'54" E, radially, a distance of 110.00 feet on a curve concave to the East having a radius of 445.0 feet; thence Northerly along the arc of said curve through a central angle of 7°43'30", a distance of 60.0 feet, to the POINT OF BEGINNING.

### LOT 21, BLOCK 62

A parcel of land being a portion of Lots 20 and 21, Block 62, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48 of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows:

From the center of Lincoln Park as shown on the above described plat, bear N 10°41'23" W, a distance of 445.00 feet to the Point of Beginning of the herein described parcel of land. Thence continue, radially, a distance of 110.00 feet to a point on a curve concave to the East having a radius of 555.00 feet, and whose center is said radius point, thence Southerly, along the arc of said curve, through a central angle of 2°20'03", a distance of 22.61 feet; thence S 89°37'04" E, a distance of 38.04 feet to the point of curvature of a curve concave to the Southwest having a radius of 25.00 feet; thence Southwesterly, along the arc of said curve through a central angle of 89°51'46", a distance of 39.21 feet; thence S 0°14'42" W, a distance of 56.92 feet to the point of curvature of a curve concave to the Northwest, having a radius of 25.00 feet; thence Southwesterly along the arc of said curve, through a central angle of 83°16'47", a distance of 36.34 feet to

(continued on the next page)

OR BK 01520  PG 0426

LOT 21, BLOCK 62 (continued)

the point of reverse curvature of a curve concave to the south having a
radius of 445.00 feet; thence Westerly, along the arc of said curve
through a central angle of 4°12'51", a distance of 32.73 feet to the
POINT OF BEGINNING.

OR BK 01520  PG 0427

### BLOCK SIXTY-THREE

#### LOT 1, BLOCK 63

Lot 1, Block 63, less the North 59.94 feet, as shown on the plat of
St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public
Records of Palm Beach County, now Martin County, Florida.

#### LOT 2, BLOCK 63

The south 22.06 feet of Lot 2, Block 63, together with the North 59.94
feet of Lot 1, Block 63 as shown on the Plat of St. Lucie Falls, as
recorded in Plat Book 12, page 48, of the Public Records of Palm Beach
County, now Martin County, Florida.

#### LOT 3, BLOCK 63

The North 55.0 feet of the South 77.06 feet of Lot 2, Block 63, as shown
on the plat of St. Lucie Falls, as recorded in Plat Book 12, page 48 of
the Public Records of Palm Beach County, now Martin County, Florida.

#### LOT 4, BLOCK 63

A parcel of land being a portion of Lots 2 and 3, Block 63, as shown on
the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48 of
the Public Records of Palm Beach County, now Martin County, Florida,
being more particularly described as follows:

From the center of Lincoln Park as shown on the above described plat,
bear N 60°43'22" E, a distance of 570.00 feet to the Point of Beginning
of the herein described parcel of land. Thence from the said Point of
Beginning continue, radially, a distance of 110.00 feet to a point on
a curve concave to the Southwest having a radius of 680.00 feet; thence
Southerly, along the arc of said curve, through a central angle of
6°19'10", an arc distance of 75.00 feet; thence S 0°14'42" W, a distance
of 17.35 feet; thence N 89°37'04" W, a distance of 113.16 feet to a
point on a curve, concave to the Southwest, having a radius of 570.00
feet, and whose center bears S 64°06'14" W; thence Northwesterly, along
the arc of said curve, through a central angle of 3°24'52", an arc
distance of 33.97 feet, to the POINT OF BEGINNING.

#### LOT 5, BLOCK 63

A parcel of land being a portion of Lots 3 and 4, Block 63, as shown on
the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the
Public Records of Palm Beach County, now Martin County, Florida, being
more particularly described as follows:

From the center of Lincoln Park as shown on the above described plat, bear
N 55°40'42" E, a distance of 570.00 feet to the Point of Beginning of
the herein described parcel of land. Thence from the said Point of-
Beginning continue, radially, a distance of 110.00 feet to a point on a
curve concave to the Southwest having a radius of 680.00 feet; thence
Southerly, along the arc of said curve, through a central angle of
5°03'20", an arc distance of 60.00 feet; thence S 60°43'22" W, a distance
110.00 feet to a point on a curve concave to the Southwest having a
radius of 570.00 feet; thence Northwesterly, along the arc of said curve,
through a central angle of 5°03'20", an arc distance of 50.22 feet, to
the POINT OF BEGINNING.

(continued on the next page)

OR BK J1520   PG 0428

### BLOCK SIXTY-THREE

#### LOT 6, BLOCK 63

A parcel of land being a portion of Lots 4 and 5, Block 63, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48 of the Public Records of Palm Beach County, now Martin County, Florida being more particularly described as follows:

From the center of Lincoln Park as shown on the above described plat, bear N 50°36'42" E, a distance of 570.00 feet to the Point of Beginning of the herein described parcel of land. Thence from the said Point of Beginning continue, radially, a distance of 110.00 feet to a point on a curve concave to the Southwest having a radius of 680.00 feet; thence Southerly, along the arc of said curve, through a central angle of 5°03'20", an arc distance of 60.00 feet; thence 55°40'02" W, a distance of 110.00 feet to a point on a curve concave to the Southwest having a radius of 570.00 feet; thence Northwesterly, along the arc of said curve, through a central angle of 5°03'20", an arc distance of 50.29 feet, to the POINT OF BEGINNING.

#### LOT 7, BLOCK 63

A parcel of land being a portion of Lots 5 and 6, Block 63, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows:

From the center of Lincoln Park as shown on the above described plat, bear N 45°33'22" E, a distance of 570.00 feet to the Point of Beginning of the herein described parcel of land. Thence from the said Point of Beginning continue, radially, a distance of 110.00 feet to a point on a curve concave to the Southwest having a radius of 680.00 feet; thence Southerly, along the arc of said curve, through a central angle of 5°03'20", an arc distance of 60.00 feet; thence S 50°36'42" W, a distance of 110.00 feet to a point on a curve concave to the Southwest having a radius of 570.00 feet; thence Northwesterly along the arc of said curve, through a central angle of 5°03'20", an arc distance of 50.29 feet, to the POINT OF BEGINNING.

#### LOT 8, BLOCK 63

A parcel of land being a portion of Lots 6 and 7, Block 63 as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48 of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows:

From the center of Lincoln Park as shown on the above described plat, bear N 40°30'02" E, a distance of 570.00 feet to the Point of Beginning of the herein described parcel of land. Thence from the said Point of Beginning continue radially, a distance of 110.00 feet to a point on a curve concave to the Southwest, having a radius of 680.00 feet; thence Southerly, along the arc of said curve, through a central angle of 5°03'20" an arc distance of 60.00 feet; thence S 45°33'22" W, a distance of 110.00 feet to a point on a curve concave to the Southwest having a radius of 570.00 feet; thence Northwesterly, along the arc of said curve, through a central angle of 5°03'20", an arc distance of 50.29 feet, to the POINT OF BEGINNING.

## BLOCK SIXTY THREE

### LOT 9, BLOCK 63

A parcel of land being a portion of Lots 7 and 8, Block 63, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 40, of the Public Records of Palm Beach County, now Martin County, Florida being more particularly described as follows:

From the center of Lincoln Park as shown on the above described plat, bear N 36°36'25" E, a distance of 570.00 feet to the Point of Beginning of the herein described parcel of land. Thence from the said Point of Beginning proceed N 5°30'56" E, a distance of 89.10 feet; thence S 89°37'04" E, a distance of 57.03 feet to a point on a curve concave to the Southwest having a radius of 680.00 feet and whose center bears S 36°36'25" E; thence Southeasterly, along the arc of said curve through a central angle of 3°53'37", an arc distance of 46.21 feet; thence S 40°30'02" W, radially, a distance of 110.00 feet to a point on a curve concave to the Southwest having a radius of 570.00 feet; thence Northwesterly along the arc of said curve through a central angle of 3°53'39", an arc distance of 38.74 feet to the POINT OF BEGINNING.

### LOT 10, BLOCK 63

A parcel of land being a portion of Lot 8, Block 63, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 40, of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows:

From the center of Lincoln Park as shown on the above described plat, bear N 16°00'50" E, a distance of 570.00 feet to the Point of Beginning of the herein described parcel of land. Thence from the said Point of Beginning proceed S 89°37'04" E, a distance of 189.95 feet; thence S 05°30'56" W, a distance of 89.10 feet to a point on a curve concave to the Southwest, having a radius of 570.00 feet, and whose center bears S 36°36'25" W; thence Northwesterly, along the arc of said curve, through a central angle of 20°27'35", an arc distance of 203.54 feet to the POINT OF BEGINNING.

### LOT 11, BLOCK 63

A parcel of land being a portion of Lots 9 and 10, Block 63, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 40, of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows:

From the center of Lincoln Park as shown on the above described plat, bear N 11°11'32" E, a distance of 445.00 feet to the Point of Beginning of the herein described parcel of land. Thence from the said Point of Beginning continue, radially, a distance of 110.00 feet to a point on a curve concave to the Southwest having a radius of 555.0 feet; thence Northwesterly, along the arc of said curve, through a central angle of 2°04'19", an arc distance of 20.07 feet; thence N 89°37'04" W, a distance of 30.57 feet to the point of curvature of a curve concave to the Southeast, having a radius of 25.00 feet; thence Southeasterly, along the arc of said curve through a central angle of 90°08'14", an arc distance of 39.33 feet; thence S 0°14'42" W, a distance of 56.66 feet to the point of curvature of a curve concave to the Northeast, having a radius of 25.00 feet; thence Southeasterly, along the arc of said curve through a central angle of 83°16'47", an arc distance of 36.34 feet, to the point of reverse curvature of a curve concave to the Southwest, having a radius of 445.00 feet; thence Southeasterly, along the arc of said curve, through a central angle of 4°11'37", an arc distance of 32.03 feet, to the POINT OF BEGINNING.

(continued on the next page)

## BLOCK SIXTY-FOUR

LOT 1, BLOCK 64

All of Lot 1, Block 64, together with the East 10.00
feet of Lot 2, Block 64, as shown on the plat described
below.

LOT 2, BLOCK 64

The West 40.00 feet of Lot 2, Block 64, together with
the East 20.00 feet of Lot 3, Block 64, as shown on the
plat described below.

LOT 3, BLOCK 64

The West 30.00 feet of Lot 3, Block 64, together with
the East 30.00 feet of Lot 4, Block 64, as shown on the
plat described below.

LOT 4, BLOCK 64

The West 20.00 feet of Lot 4, Block 64, together with
the East 40.00 feet of Lot 5, Block 64, as shown on the
plat described below.

LOT 5, BLOCK 64

All of Lot 6, Block 64, together with the West 10.00
feet of Lot 5, Block 64, as shown on the plat described
below.

LOT 6, BLOCK 64

All of Lot 7, Block 64, as shown on the plat described
below.

LOT 7, BLOCK 64

All of Lot 8, Block 64, as shown on the plat described
below.

LOT 8, BLOCK 64

The North 50.0 feet of Lot 9, Block 64, together with the
West 10.00 feet of the North 50.00 feet of Lot 10, Block 64,
as shown on the plat described below.

LOT 9, BLOCK 64

The South 60.89 feet of Lot 9, Block.10, together with the
West 10 feet of the South 60.89 feet of Lot 10, Block 64,
as shown on the plat described below.

LOT 10, BLOCK 64

The West 20.00 feet of Lot 11, Block 64, together with the
East 40.00 feet of Lot 10, Block 64, as shown on the plat
described below.

LOT 11, BLOCK 64

The West 30.00 feet of Lot 12, Block 64, together with the
East 30.00 feet of Lot 11, Block 64, as shown on the plat
described below.

LOT 12, BLOCK 64

The West 40.00 feet of Lot 13, Block 64, together with the
East 20.00 feet of Lot 12, Block 64, as shown on the plat
described below.

LOT 13, BLOCK 64

All of Lot 14, Block 64, together with the East 10.00 feet
of Lot 13, Block 64, as shown on the plat described below.

All of the above lots as shown on the plat of St.Lucie Falls,
as recorded in Plat Book 12, page 48, of the Public Records of
Palm Beach County, now Martin County, Florida

86.

## BLOCK SIXTY-FIVE

### LOT 1, BLOCK 65

All of Lot 1, Block 65, together with the East 10.00 feet of Lot 2, Block 65, as shown on the plat described below.

### LOT 2, BLOCK 65

The West 40.00 feet of Lot 2, Block 65, together with the East 20.00 feet of Lot 3, Block 65, as shown on the plat described below.

### LOT 3, BLOCK 65

The West 30.00 feet of Lot 3, Block 65, together with the East 30.00 feet of Lot 4, Block 65, as shown on the plat described below.

### LOT 4, BLOCK 65

The West 20.00 feet of Lot 4, Block 65, together with the East 40.00 feet of Lot 5, Block 65, as shown on the plat described below.

### LOT 5, BLOCK 65

All of Lot 6, Block 65, together with the West 10.00 feet of Lot 5, Block 65, as shown on the plat described below.

### LOT 6, BLOCK 65

All of Lot 7, Block 65, together with the West 10.00 feet of Lot 8, Block 65, as shown on the plat described below.

### LOT 7, BLOCK 65

The West 20.00 feet of Lot 9, Block 65, together with the East 40.00 feet of Lot 8, Block 65, as shown on the plat described below.

### LOT 8, BLOCK 65

The West 30.00 feet of Lot 10, Block 65, together with the East 30.00 feet of Lot 9, Block 65, as shown on the plat described below.

### LOT 9, BLOCK 65

The West 40.00 feet of Lot 11, Block 65, together with the East 20.00 feet of Lot 10, Block 65, as shown on the plat described below.

### LOT 10, BLOCK 65

All of Lot 12, Block 65, together with the East 10.00 feet of Lot 11, Block 65, as shown on the plat described below.

All of the above lots as shown on the plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida.

## BLOCK SIXTY-SIX

LOT 1, BLOCK 66

All of Lot 1, Block 66, together with the East 20.00 feet of Lot 2, Block 66, as shown on the plat described below.

LOT 2, BLOCK 66

The West 30.00 feet of Lot 2, Block 66, together with the East 30.00 feet of Lot 3, Block 66, as shown on the plat described below.

LOT 3, BLOCK 66

The West 20.00 feet of Lot 3, Block 66, together with the East 40.00 feet of Lot 4, Block 66, as shown on the plat described below.

LOT 4, BLOCK 66

All of Lot 5, Block 66, together with the West 10.00 feet of Lot 4, Block 66, as shown on the plat described below.

LOT 5, BLOCK 66

All of Lot 6, Block 66, as shown on the plat described below.

LOT 6, BLOCK 66

All of Lot 7, Block 66, together with the East 10.00 feet of Lot 8, Block 66, as shown on the plat described below.

LOT 7, BLOCK 66

The West 40.00 feet of Lot 8, Block 66, together with the East 15.00 feet of Lot 9, Block 66, as shown on the plat described below.

LOT 8, BLOCK 66

The West 35.00 feet of Lot 9, Block 66, together with the East 25.00 feet of Lot 10, Block 66, as shown on the plat described below.

LOT 9, BLOCK 66

The West 25.00 feet of Lot 10, Block 66, together with the East 30.00 feet of Lot 11, Block 66, as shown on the plat described below.

LOT 10, BLOCK 66

All of Lot 12, Block 66, together with the West 20.00 feet of Lot 11, Block 66, as shown on the plat described below. Less and except the West 5.00 feet of Lot 12.

All of the above lots as shown on the plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida.

(continued on the next page)

OR BK 01520 PG 0433

## BLOCK SIXTY-SIX

### LOT 11, BLOCK 66

All of Lot 13, Block 66, together with the West 20.00 feet of Lot 14, Block 66, as shown on the plat described below. Less and except the West 5.00 feet of Lot 13.

### LOT 12, BLOCK 66

The West 25.00 feet of Lot 15, Block 66, together with the East 30.00 feet of Lot 14, Block 66, as shown on the plat described below.

### LOT 13, BLOCK 66

The West 35.00 feet of Lot 16, Block 66, together with the East 25.00 feet of Lot 15, Block 66, as shown on the plat described below.

### LOT 14, BLOCK 66

The West 40.00 feet of Lot 17, Block 66, together with the East 15.00 feet of Lot 16, Block 66, as shown on the plat described below.

### LOT 15, BLOCK 66

All of Lot 18, Block 66, together with the East 10.00 feet of Lot 17, Block 66, as shown on the plat described below.

### LOT 16, BLOCK 66

All of Lot 19, Block 66 as shown on the plat described below.

### LOT 17, BLOCK 66

All of Lot 20, Block 66, together with the West 10.00 feet of Lot 21, Block 66, as shown on the plat described below.

### LOT 18, BLOCK 66

The West 20.00 feet of Lot 22, Block 66, together with the East 40.00 feet of Lot 21, Block 66, as shown on the plat described below.

### LOT 19, BLOCK 66

The West 30.00 feet of Lot 23, Block 66, together with the East 30.00 feet of Lot 22, Block 66, as shown on the plat described below.

### LOT 20, BLOCK 66

All of Lot 24, Block 66, together with the East 20.00 feet of Lot 23, Block 66, as shown on the plat described below.

All of the above lots as shown on the plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida.

OR BK 1520 PG 0434

## BLOCK SIXTY-SEVEN

LOT 1, BLOCK 67

All of Lot 1, Block 67, together with the East 20.00 feet of Lot 2, Block 67, as shown on the plat described below.

LOT 2, BLOCK 67

The West 30.00 feet of Lot 2, Block 67, together with the East 25.00 feet of Lot 3, Block 67, as shown on the plat described below.

LOT 3, BLOCK 67

The West 25.00 feet of Lot 3, Block 67, together with the East 35.00 feet of Lot 4, Block 67, as shown on the plat described below.

LOT 4, BLOCK 67

The West 15.00 feet of Lot 4, Block 67, together with the East 40.00 feet of Lot 5, Block 67, as shown on the plat described below.

LOT 5, BLOCK 67

All of Lot 6, Block 67, together with the East 10.00 feet of Lot 5, Block 67, as shown on the plat described below.

LOT 6, BLOCK 67

All of Lot 7, Block 67, as shown on the plat described below.

LOT 7, BLOCK 67

All of Lot 8, Block 67, together with the East 10.00 feet of Lot 9, Block 67, as shown on the plat described below.

LOT 8, BLOCK 67

The West 40.00 feet of Lot 9, Block 67, together with the East 20.00 feet of Lot 10, Block 67, as shown on the plat described below.

LOT 9, BLOCK 67

The West 30.00 feet of Lot 10, Block 67, together with the East 30.00 feet of Lot 11, Block 67, as shown on the plat described below.

LOT 10, BLOCK 67

All of Lot 12, Block 67, together with the West 20.00 feet of Lot 11, Block 67, as shown on the plat described below.

All of the above lots as shown on the plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida.

(continued on the next page)

BLOCK SIXTY-SEVEN

LOT 11, BLOCK 67

All of Lot 13, Block 67, together with the West 20.00
feet of Lot 14, Block 67, as shown on the plat described
below.

LOT 12, BLOCK 67

The East 30.00 feet of Lot 14, Block 67, together with
the West 30.00 feet of Lot 15, Block 67, as shown on the
plat described below.

LOT 13, BLOCK 67

The East 20.00 feet of Lot 15, Block 67, together with
the West 40.00 feet of Lot 16, Block 67, as shown on the
plat described below.

LOT 14, BLOCK 67

All of Lot 17, Block 67, together with the East 10.00
feet of Lot 16, Block 67, as shown on the plat described
below.

LOT 15, BLOCK 67

All of Lot 18, Block 67, as shown on the plat described
below.

LOT 16, BLOCK 67

All of Lot 19, Block 67, together with the West 10.00
feet of Lot 20, Block 67, as shown on the plat described
below.

LOT 17, BLOCK 67

The East 40.00 feet of Lot 20, Block 67, together with
the West 15.00 feet of Lot 21, Block 67, as shown on the
plat described below.

LOT 18, BLOCK 67

The East 35.00 feet of Lot 21, Block 67, together with
the West 25.00 feet of Lot 22, Block 67, as shown on the
plat described below.

LOT 19, BLOCK 67

The East 25.00 feet of Lot 22, Block 67, together with
the West 30.00 feet of Lot 23, Block 67, as shown on the
plat described below.

LOT 20, BLOCK 67

All of Lot 24, Block 67, together with the East 20.00
feet of Lot 23, Block 67, as shown on the plat described
below. Less and except the East 5.00 feet of Lot 24.


All of the above lots as shown on the plat of St. Lucie Falls,
as recorded in Plat Book 12, page 48, of the Public Records of
Palm Beach County, now Martin County, Florida.

v.    <u>BLOCK SIXTY-EIGHT</u>

<u>LOT 1, BLOCK 68</u>

All of Lot 1, Block 68, as shown on the plat described below.

<u>LOT 2, BLOCK 68</u>

The East 59.0 feet of Lot 2, Block 68, as shown on the plat described below.

<u>LOT 3, BLOCK 68</u>

Lot 2, Block 68, less the East 59.0 feet, as shown on the plat described below.

~~LOT 4, BLOCK 68~~

All of Lot 3, Block 68, ~~and the Northerly 11.15 feet of Lot 4, Block 68, as measured along the East line of said Lot 4, as shown on the plat described below.~~

<u>LOT 5, BLOCK 68</u>

The North 38.85 feet, as measured along the East line of Lot 4, Block 68, together with the North 21.15 feet of Lot 5, Block 68, as shown on the plat described below.

<u>LOT 6, BLOCK 68</u>

The South 28.85 feet, as measured along the East line, of Lot 5, Block 68, as shown on the plat described below.

<u>LOT 7, BLOCK 68</u>

Lot 6, Block 68, less the East 60.0 feet, as shown on the plat described below.

<u>LOT 8, BLOCK 68</u>

The East 60.0 feet of Lot 6, Block 68, as shown on the plat described below.

<u>LOT 9, BLOCK 68</u>

All of Lot 7, Block 68, as shown on the plat described below.

<u>LOT 10, BLOCK 68</u>

All of Lot 8, Block 68, as shown on the plat described below.

<u>LOT 11, BLOCK 68</u>

All of Lot 9, Block 68, as shown on the plat described below.

All of the above lots as shown on the plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida.

## BLOCK SIXTY-NINE

### LOT 1, BLOCK 69

All of Lot 1, Block 69, together with the East 25.00 feet of Lot 2, Block 69, as shown on the plat described below.  Less and except the East 5.00 feet of said Lot 1.

### LOT 2, BLOCK 69

The West 25.00 feet of Lot 2, Block 69, together with the East 45.00 feet of Lot 3, Block 69, as shown on the plat described below.

### LOT 3, BLOCK 69

The West 5.00 feet of Lot 3, Block 69, together with the East 65.00 feet of Lot 4, Block 69, as shown on the plat described below.

### LOT 4, BLOCK 69

All of Lot 5, Block 69, less and except the East 70.00 feet of said Lot 5, as shown on the plat described below.

### LOT 5, BLOCK 69

The West 60.00 feet of the East 70.00 feet of Lot 5, Block 69, as shown on the plat described below.

### LOT 6, BLOCK 69

All of Lot 6, Block 69, together with the East 10.00 feet of Lot 5, Block 69, as shown on the plat described below.

### LOT 7, BLOCK 69

Lot 7, Block 69, as shown on the plat described below.

### LOT 8, BLOCK 69

All of Lot 8, Block 69, together with the West 15.00 feet of Lot 9, Block 69, as shown on the plat described below.

### LOT 9, BLOCK 69

The East 35.00 feet of Lot 9, Block 69, together with the West 25.00 feet of Lot 10, Block 69, as shown on the plat described below.

### LOT 10, BLOCK 69

The East 25.00 feet of Lot 10, Block 69, together with the West 35.00 feet of Lot 11, Block 69, as shown on the plat described below.

### LOT 11, BLOCK 69

The East 15.00 feet of Lot 11, Block 69, together with the West 40.00 feet of Lot 12, Block 69, as shown on the plat described below.

### LOT 12, BLOCK 69

All of Lot 13, Block 69, together with the East 10.00 feet of Lot 12, Block 69, as shown on the plat described below.  Less and except the East 5.00 feet of said Lot 13.

All of the above lots as shown on the plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida.

Sphere Capital Corp. v. Homes at River Lodge, Inc., et. al.
Complaint
Case No. _____

# Exhibit "C"

OR BK 01520  PG 0386

### Block Thirty-Five

Lot 1, Block 35
All of Lot 1, Block 35, together with the East 20.00 feet of Lot 2, Block 35, as shown on the plat described below. Less and except the East 5.00 feet of said Lot 1.

Lot 2, Block 35
The East 25.00 feet of Lot 3, Block 35, together with the West 30.00 feet of Lot 2, Block 35, as shown on the plat described below.

Lot 3, Block 35
The East 35.00 feet of Lot 4, Block 35, together with the West 25.00 feet of Lot 3, Block 35, as shown on the plat described below.

Lot 4, Block 35
The East 40.00 feet of Lot 5, Block 35, together with the West 15.00 feet of Lot 4, Block 35, as shown on the plat described below.

Lot 5, Block 35
All of Lot 6, Block 35, together with the West 10.00 feet of Lot 5, Block 35, as shown on the plat described below.

Lot 6, Block 35
All of Lot 7, Block 35, as shown on the plat described below.

Lot 7, Block 35
All of Lot 8, Block 35, together with the East 10.00 feet of Lot 9, Block 35, as shown on the plat described below.

Lot 8, Block 35
The East 20.00 feet of Lot 10, Block 35, together with the West 40.00 feet of Lot 9, Block 35, as shown on the plat described below.

Lot 9, Block 35
The East 30.00 feet of Lot 11, Block 35, together with the West 30.00 feet of Lot 10, Block 35, as shown on the plat described below.

Lot 20, Block 35
All of Lot 24, Block 35, together with the East 20.00 feet of Lot 23, Block 35, as shown on the plat described below. Less and except the East 5.00 feet of said Lot 24.

All of the above lots as shown on the plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida.

(continued on the next page)

OR BK 01520   PG 0387

## Block Thirty-Six

Lot 1, Block 36
All of Lot 1, Block 36, together with the East 10.00 feet of Lot 2, Block 36, as shown on the plat described below.

Lot 2, Block 36
The East 20.00 feet of Lot 3, Block 36, together with the West 40.00 feet of Lot 2, Block 36, as shown on the plat described below.

Lot 3, Block 36
The East 30.00 feet of Lot 4, Block 36, together with the West 30.00 feet of Lot 3, Block 36, as shown on the plat described below.

Lot 4, Block 36
The East 40.00 feet of Lot 5, Block 36, together with the West 20.00 feet of Lot 4, Block 36, as shown on the plat described below.

Lot 5, Block 36
All of Lot 6, Block 36, together with the West 10.00 feet of Lot 5, Block 36, as shown on the plat described below.

Lot 6, Block 36
All of Lot 7, Block 36, together with the East 10.00 feet of Lot 8, Block 36, as shown on the plat described below.

Lot 7, Block 36
The East 20.00 feet of Lot 9, Block 36, together with the West 40.00 feet of Lot 8, Block 36, as shown on the plat described below.

Lot 8, Block 36
The East 30.00 feet of Lot 10, Block 36, together with the West 30.00 feet of Lot 9, Block 36, as shown on the plat described below.

Lot 9, Block 36
The East 40.00 feet of Lot 11, Block 36, together with the West 20.00 feet of Lot 10, Block 36, as shown on the plat described below.

Lot 10, Block 36
All of Lot 12, Block 36, together with the West 10.00 feet of Lot 11, Block 36, as shown on the plat described below.

All of the above lots as shown on the plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida.
(continued on the next page)

OR BK 01520  PG 0388

### Block Forty-One (1 of 2)

Lot 4, Block 41
The East 40.00 feet of Lot 5, Block 41, together with the West 20.00 feet of Lot 4, Block 41, as shown on the plat described below.

Lot 5, Block 41
All of Lot 6, Block 41, together with the West 10.00 feet of Lot 5, Block 41, as shown on the plat described below.

Lot 6, Block 41
All of Lot 7, Block 41, together with the East 10.00 feet of Lot 8, Block 41, as shown on the plat described below.

Lot 7, Block 41
The East 20.00 feet of Lot 9, Block 41, together with the West 40.00 feet of Lot 8, Block 41, as shown on the plat described below.

Lot 8, Block 41
The East 30.00 feet of Lot 10, Block 41, together with the West 30.00 feet of Lot 9, Block 41, as shown on the plat described below.

Lot 9, Block 41
The East 40.00 feet of Lot 11, Block 41, together with the West 20.00 feet of Lot 10, Block 41, as shown on the plat described below.

Lot 12, Block 41
The East 40.00 feet of Lot 14, Block 41, together with the West 20.00 feet of Lot 15, Block 41, as shown on the plat described below.

Lot 13, Block 41
The East 30.00 feet of Lot 15, Block 41, together with the West 30.00 feet of Lot 16, Block 41, as shown on the plat described below.

Lot 14, Block 41
The East 20.00 feet of Lot 16, Block 41, together with the West 40.00 feet of Lot 17, Block 41, as shown on the plat described below.

All of the above lots as shown on the plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida.

(continued on the next page)

OR BK 01520 PG 0389

### Block Forty-One (2 of 2)

Lot 15, Block 41
All of Lot 18, Block 41, together with the East 10.00 feet of Lot 17, Block 41, as shown on the plat described below.

Lot 16, Block 41
All of Lot 19, Block 41, together with the West 10.00 feet of Lot 20, Block 41, as shown on the plat described below.

Lot 17, Block 41
The East 40.00 feet of Lot 20, Block 41, together with the West 20.00 feet of Lot 21, Block 41, as shown on the plat described below.

Lot 19, Block 41
The East 20.00 feet of Lot 22, Block 41, together with the West 40.00 feet of Lot 23, Block 41, as shown on the plat described below.

Lot 20, Block 41
All of Lot 24, Block 41, together with the East 10.00 feet of Lot 23, Block 41, as shown on the plat described below.

All of the above lots as shown on the plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida.
(continued on the next page)

OR BK 01520   PG 0390

## Block Forty-Two (1 Of 2)

Lot 1, Block 42
All of Lot 1, Block 42, together with the East 20.00 feet of Lot 2, Block 42, as shown on the plat described below. Less and except the East 5.00 feet of said Lot 1.

Lot 3, Block 42
The East 35.00 feet of Lot 4, Block 42, together with the West 25.00 feet of Lot 3, Block 42, as shown on the plat described below.

Lot 4, Block 42
The East 40.00 feet of Lot 5, Block 42, together with the West 15.00 feet of Lot 4, Block 42, as shown on the plat described below.

Lot 5, Block 42
All of Lot 6, Block 42, together with the West 10.00 feet of Lot 5, Block 42, as shown on the plat described below.

Lot 6, Block 42
All of Lot 7, Block 42, as shown on the plat described below.

Lot 7, Block 42
All of Lot 8, Block 42, together with the East 10.00 feet of Lot 9, Block 42, as shown on the plat described below.

Lot 8, Block 42
The East 20.00 feet of Lot 10, Block 42, together with the West 40.00 feet of Lot 9, Block 42, as shown on the plat described below.

Lot 9, Block 42
The East 30.00 feet of Lot 11, Block 42, together with the West 30.00 feet of Lot 10, Block 42, as shown on the plat described below.

Lot 10, Block 42
All of Lot 12, Block 42, together with the West 20.00 feet of Lot 11, Block 42, as shown on the plat described below.

All of the above lots as shown on the plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida.

(continued on the next page)

OR BK 01520  PG 0391

### Block Forty-Two (2 0f 2)

Lot 12, Block 42
The East 30.00 feet of Lot 14, Block 42, together with the West 30.00 feet of Lot 15, Block 42, as shown on the plat described below.

Lot 13, Block 42
The East 20.00 feet of Lot 15, Block 42, together with the West 40.00 feet of Lot 16, Block 42, as shown on the plat described below.

Lot 14, Block 42
All of Lot 17, Block 42, together with the East 10.00 feet of Lot 16, Block 42, as shown on the plat described below.

Lot 15, Block 42
All of Lot 18, Block 42, as shown on the plat described below.

Lot 16, Block 42
All of Lot 19, Block 42, together with the West 10.00 feet of Lot 20, Block 42, as shown on the plat described below.

Lot 17, Block 42
The East 40.00 feet of Lot 20, Block 42, together with the West 15.00 feet of Lot 21, Block 42, as shown on the plat described below.

Lot 18, Block 42
The East 35.00 feet of Lot 21, Block 42, together with the West 25.00 feet of Lot 21, Block 42, as shown on the plat described below.

Lot 19, Block 42
The East 25.00 feet of Lot 22, Block 42, together with the West 30.00 feet of Lot 23, Block 42, as shown on the plat described below.

Lot 20, Block 42
All of Lot 24, Block 42, together with the East 20.00 feet of Lot 23, Block 42, as shown on the plat described below. Less and except the East 5.00 feet of Lot 24.

All of the above lots as shown on the plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida.
(continued on the next page)

OR BK 01520  PG 0392

Exhibit

## Block Forty-Five

**Lot 1, Block 45**
All of Lot 1, Block 45, together with the East 10.00 feet of Lot 2, Block 45, as shown on the plat described below.

**Lot 2, Block 45**
The West 40.00 feet of Lot 2, Block 45, together with the East 20.00 feet of Lot 3, Block 45, as shown on the plat described below.

**Lot 3, Block 45**
The West 30.00 feet of Lot 3, Block 45, together with the East 30.00 feet of Lot 4, Block 45, as shown on the plat described below.

**Lot 4, Block 45**
The West 20.00 feet of Lot 4, Block 45, together with the East 40.00 feet of Lot 5, Block 45, as shown on the plat described below.

**Lot 5, Block 45**
The North 60.89 feet of Lot 6, Block 45, together with the West 10.00 feet of the North 60.89 feet of Lot 5, Block 45, as shown on the plat described below.

**Lot 6, Block 45**
The South 50.00 feet of Lot 6, Block 45, together with the West 10.00 feet of the South 50.00 feet of Lot 5, Block 45, as shown on the plat described below.

**Lot 7, Block 45**
All of Lot 7, Block 45, less the East 10.00 feet thereof, as shown on the plat described below.

**Lot 13, Block 45**
All of Lot 14, Block 45, together with the East 10.00 feet of Lot 13, Block 45, as shown on the plat described below.

All of the above lots as shown on the plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida.
  (continued on the next page)

BLOCK FORTY-SIX

LOT 14, BLOCK 46

A parcel of land being a portion of Lots 15 and 16, Block 46, as shown
on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48,
of the Public Records of Palm Beach County, now Martin County, Florida,
being more particularly described as follows :

From the center of Lincoln Park as shown on the above described plat,
bear S 40°00'40" E, a distance of 570.00 feet to the Point of Begin-
ning of the herein described parcel of land. Thence continue, radial-
ly a distance of 110.00 feet to a point on a curve concave to the
Northwest having radius of 680.00 feet; thence Northwesterly, along the
arc of said curve, through a central angle of 5°03'20", a distance of
60.00 feet; thence N 45°04'00" W, radially, a distance of 110.00 feet
to a point on a curve, concave to the Northwest having a radius of
570.00 feet; thence Southwesterly, along the arc of said curve through
a central angle of 5°03'20", a distance of 50.29 feet to the POINT
OF BEGINNING.

LOT 15, BLOCK 46

A parcel of land being a portion of Lots 16 and 17, Block 46, as shown
on the Plat of St. Lucie Falls, as recorded in Plat Book 12 page 48,
of the Public Records of Palm Beach County, now Martin County, Florida,
being more particularly described as follows :

From the center of Lincoln Park as shown on the above described plat,
bear S 45°04'00" W , a distance of 570.00 feet to the Point of Begin-
ning of the herein described parcel of land. Thence continue, radially,
a distance of 110.00 feet to a point on a curve concave to the Northwest
having a radius of 680.00 feet; thence Northeasterly, along the arc
of said curve, through a central angle of 5°03'20", a distance of 60.00
feet; thence N 50°07'20" W, radially, a distance of 110.00 feet to  a
point on a curve, concave to the Northwest, having a radius of 570.00
feet; thence Southwesterly, along the arc of said curve, through a
central angle of 5°03'20", a distance of 50.29 feet to the POINT OF
BEGINNING.

OR BK 01520  PG 0394

**BLOCK FORTY-SIX**

LOT 16, BLOCK 46

A parcel of land being a portion of Lots 17 and 18, Block 46, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows :

From the center of Lincoln Park as shown on the above described plat, bear S 50°07'20" E, a distance of 570.00 feet to the Point of Beginning of the herein described parcel of land. Thence continue, radially , a distance of 110.00 feet to a point on a curve concave to the Northwest having a radius of 680.00 feet; thence Northeasterly, along the arc of said curve, through a central angle of 5°03'20", a distance of 60.00 feet; thence N 55°10'40" W, radially, a distance of 110.00 feet to a point on a curve, concave to the Northwest, having a radius of 570.00 feet; thence Southwesterly, along the arc of said curve, through a central angle of 5°03'20", a distance of 50.29 feet to the POINT OF BEGINNING.

LOT 17, BLOCK 46

A parcel of land being a portion of Lots 18 and 19, Block 46, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows :

From the center of Lincoln Park as shown on the above described plat, bear S 55°10'40" E, a distance of 570.00 feet to the Point of Beginning of the herein described parcel of land. Thence continue, radially a distance of 110.00 feet to a point on a curve concave to the Northwest having a radius of 680.00 feet; thence Northeasterly, along the arc of said curve, through a central angle of 5°03'20", a distance of 60.00 feet; thence N 60°14'00" W, radially, a distance of 100.00 feet to a point on a curve, concave to the Northwest having a radius of 570.00 feet; thence Southwesterly, along the arc of said curve, through a central angle of 5°03'20", a distance of 50.29 feet to the POINT OF BEGINNING.

LOT 18, BLOCK 46

A parcel of land being a portion of Lots 19 and 20, Block 46 as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows :

From the center of Lincoln Park as shown on the above described plat, bear S 60°14'00" E, a distance of 570.00 feet to the Point of Beginning of the herein described parcel of land. Thence continue, radially, a distance of 110.00 feet to a point on a curve concave to the Northwest, having radius of 680.00 feet; thence Northeasterly along the arc of said curve, through a central angle of 6°19'10", a distance of 75.00 feet; thence N 0°14'42" E, a distance of 14.48 feet; thence N 89°37'04" W, a distance of 114.30 feet to a point on a curve, concave to the Northwest having a radius of 570.00 feet; thence Southwesterly, along the arc of said curve through a central angle of 3°09'13", a distance of 31.37 feet to the POINT OF BEGINNING.

( continued on next page )

OR BK 01520  PG 0395

## BLOCK FORTY-SIX

LOT 19, BLOCK 46

The South 55.00 feet of the North 76.94 feet of Lot 20, Block 46, as shown on the plat described below.

LOT 20, BLOCK 46

The South 60.06 feet of Lot 21, Block 46, together with the North 21.94 feet of Lot 20, Block 46, as shown on the plat described below.

LOT 21, BLOCK 46

Lot 21, Block 46, less the South 60.06 feet, as shown on the plat described below.

All of the above lots as shown on the plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida.

OR BK 01520  PG 0396

BLOCK FORTY-SEVEN

LOT 2, BLOCK 47

A parcel of land being a portion of Lots 2 and 3, Block 47, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows :

From the radius point of a certain curve, said radius point being the center of Lincoln Park as shown on the above described plat, bear S 18°55'02" W, a distance of 445.00 feet to the Point of Beginning of the herein described parcel of land. Thence continue, radially, a distance of 110.00 feet to a point on a curve concave to he Northeast having a radius of 555.00 feet; thence Easterly, along the arc of said curve, through a central angle of 7°43'31", a distance of 74.83 feet. Thence N 11°11'31" E. radially, a distance of 110.00 feet to a point on a curve, concave to the Northeast, having a radius of 445.00 feet; thence Westerly, along the arc of said curve through a central angle of 7°43'41", a distance of 60.00 feet to the POINT OF BEGINNING.

LOT 3, BLOCK 47

A parcel of land being a portion of Lots 3 and 4, Block 47, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows :

From the center of Lincoln Park as shown on the above described plat, bear S 26°30'33" W, a distance of 445.00 feet to the Point of Beginning of the herein described parcel of land.  Thence continue, radially, a distance of 110.00 feet to a point on a curve concave to the Northeast having a radius of 555.00 feet, thence Southeasterly, along the arc of said curve, through a central angle of 7°43'31", a distance of 74.83 feet.  Thence N 18°55'02" E, radially, a distance of 110.00 feet to a point on a curve, concave to the Northeast, having a radius of 445.00 feet; thence Northwesterly, along the arc of said curve through a central angle of 7°43'31", a distance of 60.00 feet to the POINT OF BEGINNING.

( continued on the next page )

### BLOCK FORTY-SEVEN

#### LOT 4, BLOCK 47

A parcel of land being a portion of Lots 4 and 5, Block 47, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida being more particularly described as follows :

From the center of Lincoln Park as shown on the above described plat, bear S 34°22'04" W, a distance of 445.00 feet to the Point of Beginning of the herein described parcel of land. Thence continue, radially, a distance of 110.00 feet to the point on a curve concave to the Northea, having a radius of 555.00 feet, thence Southeasterly, along the arc of said curve, through a central angle of 7°43'31", a distance of 74.83 feet; thence N 26°38'33" E, radially, a distance of 110.00 feet to a point on a curve, concave to the Northeast having a radius of 445.00 feet; thence Northwesterly, along the arc of said curve through a cent angle of 7°43'31", a distance of 60.00 feet to the POINT OF BEGINNING.

#### LOT 5 BLOCK 47

A parcel of land being a portion of Lots 5 and 6, Block 47, as shown on  a Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows :

From the center of Lincoln Park as shown on the above described plat, bear S 42°05'35" W, a distance of 445.00 feet to the Point of Beginning of the herein described parcel of land. Thence continue, radially, a distance of 110.00 feet to a point on a curve concave to the Northeast having a radius of 555.00 feet; thence Southeasterly, along the arc o said curve, through a central angle of 7°43'31", a distance of 74.83 feet; thence N 34°22'04" E, radially, a distance of 110.00 feet to a point on a curve, concave to the Northeast, having a radius of 445.00 feet; thence Northwesterly along the arc of said curve through a centr angle of 7°43'31", a distance of 60.00 feet to the POINT OF BEGINNING.

#### LOT 6, BLOCK 47

A parcel of land being a portion of Lots 6 and 7, Block 47, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48 of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows :

From the center of Lincoln Park as shown on the above described plat, bear S 48°31'51" W, a distance of 445.00 feet to the Point of Beginning of the herein described parcel of land. Thence continue, radially, a distance of 110.00 feet to a point on a curve concave to the Northeast having a radius of 555.00 feet; thence Southeasterly, along the arc of said curve, through a central angle of 6°26'16", a distance of 62.36 feet; thence N 42°05'35" E, radially, a distance of 110.00 feet to a point on a curve, concave to the Northeast, having a radius of 445.00 feet; thence Northwesterly, along the arc of said curve through a cent angle of 6°26'16", a distance of 60.00 feet to the POINT OF BEGINNING.

( continued on the next page )

OR BK 01520 PG 0398

### BLOCK FORTY-SEVEN

#### LOT 7, BLOCK 47

A parcel of land being a portion of Lots 7, 8 and 9, Block 47, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48 of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows :

From the center of Lincoln Park as shown on the above described plat, bear S 56°15'22" W, a distance of 445.00 feet to the Point of Beginning of the herein described parcel of land. Thence continue, radially, a distance of 110.00 feet to a point on a curve concave to the Northeast having a radius of 555.00 feet; thence Southeasterly along the arc of said curve, through a central angle of 7°43'31", a distance of 74.83 feet; thence N 48°31'51" E, radially, a distance of 110.00 feet to a point on a curve, concave to the Northeast, having a radius of 445.00 feet; thence Northwesterly along the arc of said curve through a central angle of 7°43'41", a distance of 60.00 feet to the POINT OF BEGINNING.

#### LOT 8, BLOCK 47

A parcel of land being a portion of Lots 9 and 10, Block 47, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48 of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows :

From the center of Lincoln Park as shown on the above described plat bear S 63°58'53" W, a distance of 445.00 feet to the Point of Beginning of the herein described parcel of land. Thence continue, radially, a distance of 110.00 feet to a point on a curve concave to the Northeast having a radius of 555.00 feet; thence Southeasterly, along the arc of said curve, through a central angle of 7°43'31", a distance of 74.83 feet; thence N 56°15'22" E, radially, a distance of 110.00 feet to a point on a curve , concave to the Northeast having a radius of 445.00 feet; thence Northwesterly along the arc of said curve through a central angle of 7°43'41", a distance of 60.00 feet to the POINT OF BEGINNING.

#### LOT 9, BLOCK 47

A parcel of land being a portion of Lots 10 and 11, Block 47, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows :

From the center of Lincoln Park as shown on the above described plat, bear S 71°42'24" W, a distance of 445.00 feet to the Point of Beginning of the herein described parcel of land. Thence continue, radially, a distance of 110.00 feet to a point on a curve concave to the Northeast having a radius of 555.00 feet; thence Southeasterly along the arc of said curve through a central angle of 7°43'31", a distance of 74.83 feet; thence N 63°58'53" E, radially, a distance of 110.00 feet to a point on a curve, concave to the Northeast, having a radius of 445.00 feet; thence Northerly, along the arc of said curve through a central angle of 7°43'31", a distance of 60.00 feet to THE POINT OF BEGINNING.

( continued on next page )

OR BK 01520 PG 0399

BLOCK FORTY-SEVEN

**LOT 10, BLOCK 47**

A parcel of land being a portion of Lots 11 and 12, Block 47, as shown
the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48,
of the Public Records of Palm Beach County, now Martin County, Florida,
being more particularly described as follows :

From the center of Lincoln Park as shown on the above described plat,
bear S 79°25'55" W, a distance of 445.00 feet to the Point of Beginning
of the herein described parcel of land.  Thence continue, radially a
distance of 110.00 feet of a point on a curve concave to the Northeast
having a radius of 555.00 feet; thence Southerly, along the arc of
said curve, through a central angle of 7°43'31", a distance of 74.83
feet; thence N 71°42'24" E, radially, a distance of 110.00 feet to a
point on a curve, concave to the Northeast, having a radius of 445.00
feet; thence Northerly, along the arc of said curve through a central
angle of 7°43'31", a distance of 60.00 feet to the POINT OF BEGINNING.

**LOT 11, BLOCK 47**

A parcel of land being a portion of Lots 12 and 13, Block 47, as shown
on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48,
of the Public Records of Palm Beach County, now Martin County, Florida,
being more particularly described as follows :

From the radius point of a certain curve, said radius point being the
center of Lincoln Park as shown on the above described plat, bear
S 79°25'55" W, a distance of 445.00 feet to the Point of Beginning
of the herein described parcel of land.  Thence continue, radially a
distance of 110.00 feet to a point on a curve concave to the Northeast
having a radius of 555.00 feet; thence Northerly, along the arc of said
curve, through a central angle of 8°22'06", a distance of 81.06 feet
to an intersection with the South right of way line of Wilson Drive;
thence S 89°37'04" E, along said right of way line a distance of 87.10
feet, to the point of curvature of a curve concave to the Southwest
having a radius of 25.00 feet; thence Southeasterly, along the arc
of said curve, through a central angle of 83°53'55", a distance of
36.61 feet to the point of reverse curvature of a curve concave to
the Northeast, having a radius of 445.00 feet; thence Southeasterly,
along the arc of said curve, through a central angle of 4°53'37", a
distance of 37.62 feet to the POINT OF BEGINNING.

**LOT 12, BLOCK 47**

Lot 14, Block 47, less the South 59.94 feet, as shown on the Plat of
St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public
Records of Palm Beach County, now Martin County, Florida.

**LOT 13, BLOCK 47**

The North 22.06 feet of Lot 15, Block 47, together with the South 59.94
feet of Lot 14, Block 47, as shown on the Plat of St. Lucie Falls, as
recorded in Plat Book 12, page 48, of the Public Records of Palm Beach
County, now Martin County, Florida.

**LOT 14, BLOCK 47**

A parcel of land being a portion of Lot 15, Block 47, as shown on the
Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the
Public Records of Palm Beach County, now Martin County, Florida, being
more particularly described as follows :

( continued on the next page )

OR BK 01520  PG 0400

## BLOCK FORTY-SEVEN

### LOT 14, BLOCK 47

From the center of Lincoln Park as shown on the above described plat, bear S 64°08'14" W, a distance of 570.00 feet to the Point of Beginning of the herein described parcel of land. Thence N 89°37'04" W, a distance of 113.16 feet; thence N 0°14'42" E, a distance of 55.00 feet; thence S 89°37'04" E, a distance of 89.67 feet, to a point on a curve, concave to the Northeast having a radius of 570.00 feet and whose center bears N 70°09'23" E; thence Southeasterly, along the arc of said curve, through a central angle of 6°01'09", a distance of 59.88 feet, to the POINT OF BEGINNING.

### LOT 15, BLOCK 47

A parcel of land being a portion of Lots 15 and 16, Block 47, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows :

From the center of Lincoln Park as shown on the above described plat, bear S 60°43'22" W, a distance of 570.00 feet to the Point of Beginning of the herein described parcel of land.  Thence continue, radially a distance of 110.00 feet to a point on a curve concave to the Northeast having a radius of 680.00 feet; thence Northerly, along the arc of said curve through a central angle of 6°19'10", a distance of 75.00 feet; thence N 0°14'42" E, a distance of 17.35 feet; thence S 89°37'04" E, a distance of 113.16 feet to a point on a curve, concave to the Northeast, having a radius of 570.00 feet, and whose center bears N 64°08'14" E; thence Southeasterly, along the arc of said curve, through a central angle of 3°24'52", a distance of 33.97 feet, to the POINT OF BEGINNING.

### LOT 16, BLOCK 47

A parcel of land being a portion of Lots 16 and 17, Block 47, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows :

From the center of Lincoln Park as shown on the above described plat, bear S 55°40'02" W, a distance of 570.00 feet to the Point of Beginning of the herein described parcel of land.  Thence continue, radially, a distance of 110.00 feet to a point on a curve concave to the Northeast having a radius of 680.00 feet; thence Northerly, along the arc of said curve, through a central angle of 5°03'20", a distance of 60.00 feet, thence N 60°43'22" E, a distance of 110.00 feet to a point on a curve concave to the Northeast having a radius of 570.00 feet; thence Southeasterly, along the arc of said curve, through a central angle of 5°03'20", a distance of 50.29 feet, to the POINT OF BEGINNING.

### LOT 17, BLOCK 47

A parcel of land being a portion of Lots 17 and 18, Block 47, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows :

( continued on the next page )

OR BK 01520  PG 0401

### BLOCK FORTY-SEVEN

From the center of Lincoln Park as shown on the above described plat, bear S 50 36'42" W, a distance of 570.00 feet to the Point of Beginning of the herein described parcel of land. Thence continue, radially, a distance of 110.00 feet to a point on a curve concave to the Northeast having a radius of 680.00 feet; thence Northerly, along the arc of said curve, through a central angle of 5°03'20", a distance of 60.00 feet; thence N 55 40'02" E, a distance 110.00 feet to a point on a curve concave to the Northeast, having a radius of 570.00 feet; thence Southeasterly, along the arc of said curve, through a central angle of 5°03'20", a distance of 50.29 feet, to the POINT OF BEGINNING.

LOT 18, BLOCK 47

A parcel of land being a portion of Lots 18 and 19, Block 47, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows :

From the center of Lincoln Park as shown on the above described plat, bear S 45°33'22" W, a distance of 570.00 feet to the Point of Beginning of the herein described parcel of Land. Thence continue radially, a distance of 110.00 feet to a point on a curve concave to the Northeast having a radius of 680.00 feet; thence Northerly, along the arc of said curve, through a central angle of 5°03'20", a distance of 60.00 feet; thence N 50°36'42" E, a distance of 110.00 feet to a point on a curve concave to the Northeast having a radius of 570.00 feet; thence Southeasterly, along the arc of said curve, through a central angle of 5°03'20", a distance of 50.29 feet, to the POINT OF BEGINNING.

... continued on the next page )

OR BK 01520 PG 0402

## BLOCK FORTY-SEVEN

**LOT 19, BLOCK 47**

A parcel of land being a portion of Lots 19 and 20, Block 47, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows:

From the center of Lincoln Park as shown on the above described plat, bear S 40°30'02" W, a distance of 570.00 feet to the Point of Beginning of the herein described parcel of land. Thence continue, radially, a distance of 110.00 feet to a point on a curve concave to the Northeast having a radius of 680.00 feet; thence Northerly, along the arc of said curve, through a central angle of 5°03'20", a distance of 60.00 feet; thence N 45°33'22" E, a distance of 110.00 feet to a point on a curve concave to the Northeast having a radius of 570.00 feet; thence Southeasterly, along the arc of said curve, through a central angle of 5°03'20", a distance of 50.29 feet, to the POINT OF BEGINNING.

**LOT 20, BLOCK 47**

A parcel of land being a portion of Lots 20 and 21, Block 47, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows:

From the center of Lincoln Park as shown on the above described plat, bear S 36°36'25" W, a distance of 570.00 feet to the Point of Beginning of the herein described parcel of land. Thence S 5°30'56" W, a distance of 89.10 feet; thence N 89°37'04" W, a distance of 57.03 feet to a point on a curve concave to the Northeast having a radius of 680.00 feet, and whose center bears N 36°36'25" E; thence Northwesterly, along the arc of said curve through a central angle of 3°53'37", a distance of 46.21 feet; thence N 40°30'02" E, radially, a distance of 110.00 feet to a point on a curve concave to the Northeast having a radius of 570.00 feet; thence Southeasterly along the arc of said curve through a central angle of 3°53'39", a distance of 38.74 feet to the POINT OF BEGINNING.

OR BK 01520 PG 0403

## BLOCK FORTY-EIGHT

LOT 1, BLOCK 48

All of Lot 1, Block 48, as shown on the plat described below.

LOT 2 BLOCK 48

All of Lot 2, Block 48, together with the East 10.00 feet of Lot 3, Block 48, as shown on the plat described below.

LOT 3, BLOCK 48

The West 40.00 feet of Lot 3, Block 48, together with the East 20.00 feet of Lot 4, Block 48, as shown on the plat described below.

LOT 4, BLOCK 48

The West 30.00 feet of Lot 4, Block 48, together with the East 30.00 feet of Lot 5, Block 48, as shown on the plat described below.

LOT 5, BLOCK 48

The West 20.00 feet of Lot 5, Block 48, together with the East 40.00 feet of Lot 6, Block 48, as shown on the plat described below.

LOT 6, BLOCK 48

All of Lot 7, Block 48, together with the West 10.00 feet of Lot 6, Block 48, as shown on the plat described below.

LOT 7, BLOCK 48

All of Lot 8, Block 48, together with the East 10.00 feet of Lot 9, Block 48, as shown on the plat described below.

LOT 8, BLOCK 48

The West 40.00 feet of Lot 9, Block 48, together with the East 20.00 feet of Lot 10, Block 48, as shown on the plat described below.

LOT 9, BLOCK 48

The West 30.00 feet of Lot 10, Block 48, together with the East 35.00 feet of Lot 11, Block 48, as shown on the plat described below.

LOT 10, BLOCK 48

All of Lot 12, Block 48, together with the West 15.00 feet of Lot 11, Block 48, as shown on the plat described below.

LOT 11, BLOCK 48

All of Lot 13, Block 48, together with the West 15.00 feet of Lot 14, Block 48, as shown on the plat described below.

All of the above lots as shown on the plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida.

(continued on the next page)

OR BK 01520  PG 0404

## BLOCK FORTY-EIGHT

### LOT 12, BLOCK 48

The East 35.00 feet of Lot 14, Block 48, together with
the West 25.00 feet of Lot 15, Block 48, as shown on the
plat described below.

### LOT 14, BLOCK 48

The East 15.00 feet of Lot 16, Block 48, together with
the West 45.00 feet of Lot 17, Block 48, as shown on the
plat described below.

### LOT 15, BLOCK 48

All of Lot 18, Block 48, together with the East 5.00 feet
of Lot 17, Block 48, together with the West 5.00 feet of
Lot 19, Block 48, as shown on the plat described below.

### LOT 16, BLOCK 48

The East 45.00 feet of Lot 19, Block 48, together with
the West 15.00 feet of Lot 20, Block 48, as shown on the
plat described below.

### LOT 17, BLOCK 48

The East 35.00 feet of Lot 20, Block 48, together with
the West 25.00 feet of Lot 21, Block 48, as shown on the
plat described below.

### LOT 18, BLOCK 48

The East 25.00 feet of Lot 21, Block 48, together with
the West 35.00 feet of Lot 22, Block 48, as shown on the
plat described below.

### LOT 19, BLOCK 48

The East 15.00 feet of Lot 22, Block 48, together with
the West 45.00 feet of Lot 23, Block 48, as shown on the
plat described below.

### LOT 20, BLOCK 48

All of Lot 24, Block 48, together with the East 5.00 feet
of Lot 23, Block 48, together with the West 5.00 feet of
Lot 25, Block 48, as shown on the plat described below.

### LOT 22, BLOCK 48

All of Lot 26, Block 48, less the West 15.00 feet of Lot 26,
Block 48, as shown on the plat described below.

All of the above lots as shown on the plat of St. Lucie Falls,
as recorded in Plat Book 12, page 48, of the Public Records of
Palm Beach County, now Martin County, Florida.

OR BK 01520  PG 0405

## BLOCK FIFTY

LOT 1, BLOCK 50

The Northerly 138.15 feet, as measured along the West
line of Lot 6, Block 50, as shown on the plat described
below.

LOT 2, BLOCK 50

Lot 6, Block 50, less the North 138.15 feet, as measured
along the West line of said Lot 6, lying north of
Pennsylvania Avenue as recorded in Official Record Book
255, page 187 of the Martin County Records, said Lot 6,
as shown on the plat described below.

LOT 3, BLOCK 50

Lots 1 and 2, Block 50, as shown on the Plat of St. Lucie Falls,
as recorded in Plat Book 12, page 48 of the Public Records of
Palm Beach County, now Martin County, Florida, lying North and
East of Pennsylvania Avenue as recorded in Official Record
Book 255, page 187, Martin County, Florida.


All of the above lots as shown on the plat of St. Lucie Falls,
as recorded in Plat Book 12, page 48, of the Public Records of
Palm Beach County, now Martin County, Florida.

OR BK 01520  PG 0406

### BLOCK FIFTY-ONE

LOT 1, BLOCK 51

All of Lot 1, Block 51, together with the East 10.00 feet of Lot 2, Block 51, as shown on the plat described below.

LOT 2, BLOCK 51

The West 40.00 feet of Lot 2, Block 51, together with the East 20.00 feet of Lot 3, Block 51, as shown on the plat described below.

LOT 3, BLOCK 51

The West 30.00 feet of Lot 3, Block 51, together with the East 30.00 feet of Lot 4, Block 51, as shown on the plat described below.

LOT 4, BLOCK 51

The West 20.00 feet of Lot 4, Block 51, together with the East 40.00 feet of Lot 5, Block 41, as shown on the plat described below.

LOT 5, BLOCK 51

All of Lot 6, Block 51, together with the West 10.00 feet of Lot 5, Block 51, as shown on the plat described below.

LOT 6, BLOCK 51

All of Lot 7, Block 51, together with the East 10.00 feet of Lot 8, Block 51, as shown on the plat described below.

LOT 7, BLOCK 51

The West 40.00 feet of Lot 8, Block 51, together with the East 20.00 feet of Lot 9, Block 51, as shown on the plat described below.

LOT 8, BLOCK 51

The West 30.00 feet of Lot 9, Block 51, together with the East 30.00 feet of Lot 10, Block 51, as shown on the plat described below.

LOT 9, BLOCK 51

The West 20.00 feet of Lot 10, Block 51, together with the East 40.00 feet of Lot 11, Block 51, as shown on the plat described below.

LOT 10, BLOCK 51

All of Lot 12, Block 51, together with the West 10.00 feet of Lot 11, Block 51, as shown on the plat described below.

All of the above lots as shown on the plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida.

(continued on the next page)

OR BK 01520   PG 0407

### BLOCK FIFTY-ONE

LOT 11, BLOCK 51

All of Lot 13, Block 51, together with the West 10.00 feet of Lot 14, Block 51, as shown on the plat described below.

LOT 12, BLOCK 51

The East 40.00 feet of Lot 14, Block 51, together with the West 20.00 feet of Lot 15, Block 51, as shown on the plat described below.

LOT 13, BLOCK 51

The West 30.00 feet of Lot 16, Block 51, together with the East 10.00 feet of Lot 15, Block 51, as shown on the plat described below.

LOT 14, BLOCK 51

The East 20.00 feet of Lot 16, Block 51 together with the West 40.00 feet of Lot 17, Block 51, as shown on the plat described below.

LOT 15, BLOCK 51

All of Lot 18, Block 51, together with the East 10.00 feet of Lot 17, Block 51, as shown on the plat described below.

LOT 16, BLOCK 51

All of Lot 19, Block 51, together with the West 10.00 feet of Lot 20, Block 51, as shown on the plat described below.

LOT 17, BLOCK 51

The East 40.00 feet of Lot 20, Block 51, together with the West 20.00 feet of Lot 21, Block 51, as shown on the plat described below.

LOT 18, BLOCK 51

The East 30.00 feet of Lot 21, Block 51, together with the West 30.00 feet of Lot 22, Block 51, as shown on the plat described below.

LOT 19, BLOCK 51

The East 20.00 feet of LOT 22, Block 51, together with the West 40.00 feet of Lot 23, Block 51, as shown on the plat described below.

All of the above lots as shown on the plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida.

## BLOCK FIFTY-FOUR

### LOT 1, BLOCK 54

All of Lot 1, Block 54, together with the East 10.00 feet of Lot 2, Block 54, as shown on the plat described below.

### LOT 2, BLOCK 54

The West 40.00 feet of Lot 2, Block 54, together with the East 20.00 feet of Lot 3, Block 54, as shown on the plat described below.

### LOT 3, BLOCK 54

The West 30.00 feet of Lot 3, Block 54, together with the East 30.00 feet of Lot 4, Block 54, as shown on the plat described below.

### LOT 4, BLOCK 54

The West 20.00 feet of Lot 4, Block 54, together with the East 40.00 feet of Lot 5, Block 54, as shown on the plat described below.

### LOT 5, BLOCK 54

All of Lot 6, Block 54, together with the West 10.00 feet of Lot 5, Block 54, as shown on the plat described below.

### LOT 6, BLOCK 54

All of Lot 7, Block 54, together with the West 10.00 feet of Lot 8, Block 54, as shown on the plat described below.

### LOT 7, BLOCK 54

The West 20.00 feet of Lot 9, Block 54, together with the East 40.00 feet of Lot 8, Block 54, as shown on the plat described below.

### LOT 8, BLOCK 54

The West 30.00 feet of Lot 10, Block 54, together with the East 30.00 feet of Lot 9, Block 54, as shown on the plat described below.

### LOT 9, BLOCK 54

The West 40.00 feet of Lot 11, Block 54, together with the East 20.00 feet of Lot 10, Block 54, as shown on the plat described below.

All of the above lots as shown on the plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida.

OR BK 01520  PG 0409

## BLOCK FIFTY-FIVE

### LOT 1, BLOCK 55

All of Lot 1, Block 55, together with the East 10.00
feet of Lot 2, Block 55, as shown on the plat described
below.

### LOT 2, BLOCK 55

The West 40.00 feet of Lot 2, Block 55, together with
the East 20.00 feet of Lot 3, Block 55, as shown on the
plat described below.

### LOT 3, BLOCK 55

The West 30.00 feet of Lot 3, Block 55, together with
the East 30.00 feet of Lot 4, Block 55, as shown on the
plat described below.

### LOT 4, BLOCK 55

The West 20.00 feet of Lot 4, Block 55, together with
the East 40.00 feet of Lot 5, Block 55, as shown on the
plat described below.

### LOT 5, BLOCK 55

All of Lot 6, Block 55, together with the West 10.00
feet of Lot 5, Block 55, as shown on the plat described
below.

### LOT 6, BLOCK 55

All of Lot 7, Block 55, together with the West 10.00
feet of Lot 8, Block 55, as shown on the plat described
below.

### LOT 7, BLOCK 55

The West 20.00 feet of Lot 9, Block 55, together with
the East 40.00 feet of Lot 8, Block 55, as shown on the
plat described below.

### LOT 8, BLOCK 55

The West 30.00 feet of Lot 10, Block 55, together with
the East 30.00 feet of Lot 9, Block 55, as shown on the
plat described below.

### LOT 9, BLOCK 55

The West 40.00 feet of Lot 11, Block 55, together with
the East 20.00 feet of Lot 10, Block 55, as shown on the
plat described below.

### LOT 10, BLOCK 55

All of Lot 12, Block 55, together with the East 10.00
feet of Lot 11, Block 55, as shown on the plat described
below.

All of the above lots as shown on the plat of St. Lucie Falls,
as recorded in Plat Book 12, page 48, of the Public Records of
Palm Beach County, now Martin County, Florida.

OR BK 01520 PG 0410

## BLOCK FIFTY-EIGHT

LOT 1, BLOCK 58

Lot 1, Block 58, together with the East 15.00 feet of Lot 2, Block 58, as shown on the plat described below.

LOT 2, BLOCK 58

The West 35.00 feet of Lot 2, Block 58, together with the East 25.00 feet of Lot 3, Block 58, as shown on the plat described below.

LOT 3, BLOCK 58

The West 25.00 feet of Lot 3, Block 58, together with the East 35.00 feet of Lot 4, Block 58, as shown on the plat described below.

LOT 4, BLOCK 58

The West 15.00 feet of Lot 4, Block 58, together with the East 45.00 feet of Lot 5, Block 58, as shown on the plat described below.

LOT 5, BLOCK 58

All of Lot 6, Block 58, together with the West 5.00 feet of Lot 5, Block 58, together with the East 5.00 feet of Lot 7, Block 58, as shown on the plat described below.

LOT 6, BLOCK 58

The West 45.00 feet of Lot 7, Block 58, together with the East 25.00 feet of Lot 8, Block 58, as shown on the plat described below.

LOT 7, BLOCK 58

The West 25.00 feet of Lot 8, Block 58, together with the East 50.00 feet of Lot 9, Block 58, as shown on the plat described below.

LOT 8, BLOCK 58

All of Lot 9, Block 58, less the East 50.00 feet thereof, as shown on the plat described below.

LOT 9, BLOCK 58

Lot 10, Block 58, less the Southerly 6.45 feet thereof, as shown on the plat described below.

LOT 10, BLOCK 58

The South 6.45 feet of Lot 10, Block 58, together with the North 43.55 feet of Lot 11, Block 58, as shown on the plat described below.

LOT 11, BLOCK 58

The Northerly 43.16 feet of Lot 12, Block 58, together with the Southerly 6.84 feet of Lot 11, Block 58, as shown on the plat described below.

All of the above lots as shown on the plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida.

BLOCK FIFTY-EIGHT

LOT 12, BLOCK 58

The North 42.77 feet of Lot 13, Block 58, together with the South 7.23 feet of Lot 12, Block 58, as shown on the plat described below.

LOT 13, BLOCK 58

All of Lot 14, Block 58, together with the South 7.62 feet of Lot 13, Block 58, as shown on the plat described below.

LOT 14, BLOCK 58

Lot 15, Block 58, less the East 50.0 feet as shown on the plat described below.

LOT 15, BLOCK 58

The East 50.00 feet of Lot 15, Block 58, together with the West 10.00 feet of Lot 16, Block 58, as shown on the plat described below.

LOT 16, BLOCK 58

The East 40.00 feet of Lot 16, Block 58, together with the West 20.00 feet of Lot 17, Block 58, as shown on the plat described below.

LOT 17, BLOCK 58

The East 30.00 feet of Lot 17, Block 58, together with the West 35.00 feet of Lot 18, Block 58, as shown on the plat described below.

LOT 18, BLOCK 58

All of Lot 19, Block 58, together with the East 15.00 feet of Lot 18, Block 58, as shown on the plat described below.

LOT 19, BLOCK 58

All of Lot 20, Block 58, together with the West 10.00 feet of Lot 21, Block 58, as shown on the plat described below.

LOT 20, BLOCK 58

The East 40.00 feet of Lot 21, Block 58, together with the West 20.00 feet of Lot 22, Block 58, as shown on the plat described below.

LOT 21, BLOCK 58

The East 30.00 feet of Lot 22, Block 58, together with the West 30.00 feet of Lot 23, Block 58, as shown on the plat described below.

LOT 22, BLOCK 58

The East 20.00 feet of Lot 23, Block 58, together with the West 40.00 feet of Lot 24, Block 58, as shown on the plat described below.

LOT 23, BLOCK 58

All of Lot 25, Block 58, together with the East 10.00 feet of Lot 24, Block 58, as shown on the plat described below.

All of the above lots as shown on the plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida.

( continued on next page )

### Block 59

Lot 1, Block 59

A parcel of land being a portion of Lots 15 and 14, Block 59 as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48 of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows:

From the intersection of the centerline of Greenlees Drive with the North boundary of St. Lucie Falls as shown on the above described plat, run S 31°24'07" W, along the center-line of Greenlees Drive, a distance of 165.95 feet; thence N 58°35'53" W, a distance of 25.00 feet to the Point of Beginning of the herein described parcel of land; proceed thence S 31°24'07" W, a distance of 87.66 feet; thence N 58°35'53" W, a distance of 82.98 feet; thence N 31°24'07" E, a distance of 48.97 feet; thence N 66°40'15" E, a distance of 65.07 feet to the point of curvature of a curve concave to the Southwest, having a radius of 25.00 feet; thence Southeasterly along the arc of said curve, through a central angle of 144°43'52", a distance of 63.15 feet to the POINT OF BEGINNING.

Lot 2, Block 59

A parcel of land being a portion of Lots 14 and 13, Block 59, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48 of the Public Records of Palm Beach County, now Martin County Florida, being more particularly described as follows:

From the intersection of the centerline of Greenlees Drive with the North boundary of St. Lucie Falls, as shown on the above described plat, run S 31°24'07" W, along the center-line of Greenlees Drive, a distance of 253.61 feet; thence N 58°35'53" W, a distance of 25.00 feet to the Point of Beginning of the herein described parcel of land; proceed thence S 31°24'07" W, a distance of 93.62 feet; thence N 31°50'18" W, a distance of 92.94 feet; thence N 31°24'07" E, a distance of 51.77 feet; thence S 58°35'53" E, a distance of 82.98 feet to the POINT OF BEGINNING.

OR BK 01520  PG 0413

## BLOCK SIXTY

### LOT 1, BLOCK 60

From the intersection of the North property line of St. Lucie Falls,
as recorded in Plat Book 12, page 48, of the Public Records of Palm
Beach County, Florida, now Martin County, Florida, with the centerline
of Eleventh Street (now known as S. W. Eleventh Street), run 89°37'04" E
a distance of 153.95 feet along the centerline of said Eleventh Street;
thence S 0°22'56" W, a distance of 25.00 feet to the POINT OF BEGINNING
of the herein described parcel and the Northwest corner of Lot 22,
Block 60, of the above said Plat of St. Lucie Falls, thence run
S 89°37'04" E, a distance of 85.71 feet to the point of curvature of
a curve concave to the Southwest having a radius of 25.00 feet; thence
Easterly and Southerly along the arc of said curve through a central
angle of 121°01'11", a distance of 52.80 feet; thence S 31°24'07" W,
a distance of 53.74 feet; thence N 58°35'53" W, a distance of 110.00
feet; thence N 31°24'07" E, a distance of 28.85 feet to the POINT OF
BEGINNING of the herein described parcel of land.

### LOT 2, BLOCK 60

From the intersection of the North property line of St. Lucie Falls,
as recorded in Plat Book 12, page 48, of the Public Records of Palm
Beach County, Florida, now Martin County, Florida, with the centerline
of Eleventh Street (now known as S. W. Eleventh Street), run S 89°37'04" E
a distance of 153.95 feet along the centerline of said Eleventh Street;
thence S 0°22'56" W, a distance of 25.00 feet to the Northwest corner
of Lot 22, Block 60, of the above said Plat of St. Lucie Falls; thence
S 31°24'07" W, a distance of 28.85 feet to the POINT OF BEGINNING of
the herein described parcel; thence S 58°35'53" E, a distance of
110.00 feet; thence S 31°24'07" W, a distance of 60.00 feet; thence
N 58°35'53" W, a distance of 110.00 feet; thence N 31°24'07" E, a
distance of 60.00 feet to the POINT OF BEGINNING of the herein described
parcel of land.

### LOT 3, BLOCK 60

From the intersection of the North property line of St. Lucie Falls,
as recorded in Plat Book 12, page 48, of the Public Records of Palm
Beach County, Florida, now Martin County, Florida, with the centerline
of Eleventh Street (now known as S. W. Eleventh Street), run S 89°37'04" E
a distance of 153.95 feet along the centerline of said Eleventh Street;
thence S 0°22'56" W, a distance of 25.00 feet to the Northwest corner
of Lot 22, Block 60, of the above said Plat of St. Lucie Falls; thence
S 31°24'07" W, a distance of 88.85 feet to the POINT OF BEGINNING of
the herein described parcel; thence S 58°35'53" E, a distance of 110.00
feet; thence S 31°24'07" W, a distance of 60.00 feet; thence N 58°35'53" W
a distance of 110.00 feet; thence N 31°24'07" E, a distance of 60.00
feet to the POINT OF BEGINNING of the herein described parcel of land.

### LOT 4, BLOCK 60

From the intersection of the North property line of St. Lucie Falls, as
recorded in Plat Book 12, page 48, of the Public Records of Palm Beach
County, Florida, now Martin County, Florida, with the centerline of
Eleventh Street (now known as S. W. Eleventh Street), run S 89°37'04" E,
a distance of 153.95 feet along the centerline of said Eleventh Street;
thence S 0°22'56" W. A distance of 25.00 feet to the Northwest corner
of Lot 22, Block 60, of the above said Plat of St. Lucie Falls; thence
S 31°24'07" W, a distance of 148.85 feet to the POINT OF BEGINNING of
the herein described parcel; thence S 58°35'53" E, a distance of 110.00
feet; thence S 31°24'07" W, a distance of 60.00 feet; thence N 58°35'53" W
a distance of 110.00 feet; thence N 31°24'07" E, a distance of 60.00
feet to the POINT OF BEGINNING of the herein described parcel of land.

(continued on the next page)

OR BK 01520   PG 0414

## BLOCK SIXTY

### LOT 5, BLOCK 60

From the intersection of the North property line of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, Florida, now Martin County, Florida, with the centerline of Eleventh Street (now known as S. W. Eleventh Street), run S 89°37'04" E a distance of 153.95 feet along the centerline of said Eleventh Street; thence S 0°22'56" W, a distance of 25.00 feet to the Northwest corner of Lot 22, Block 60, of the above said Plat of St. Lucie Falls; thence S 31°24'07" W, a distance of 208.85 feet to the POINT OF BEGINNING of the herein described parcel; thence S 58°35'53" E, a distance of 110.00 feet; thence S 31°24'07" W, a distance of 60.00 feet; thence N 58°35'53" W a distance of 110.00 feet; thence N 31°24'07" E, a distance of 60.00 feet to the POINT OF BEGINNING of the herein described parcel of land.

### LOT 6, BLOCK 60

From the intersection of the North property line of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, Florida, now Martin County, Florida, with the centerline of Eleventh Street (now known as S. W. Eleventh Street), run S 89°37'04" E, a distance of 153.95 feet along the centerline of said Eleventh Street; thence S 0°22'56" W, a distance of 25.00 feet to the Northwest corner of Lot 22, Block 60, of the above said Plat of St. Lucie Falls; thence S 31°24'07" W, a distance of 268.85 feet to the POINT OF BEGINNING of the herein described parcel; thence S 31°24'07" W, a distance of 60.00 feet; thence N 58°35'53" W, a distance of 110.00 feet; thence N 31°24'07" E, a distance of 60.00 feet to the POINT OF BEGINNING of the herein described parcel of land.

### LOT 7, BLOCK 60

From the intersection of the North property line of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, Florida, now Martin County, Florida, with the centerline of Eleventh Street (now known as S. W. Eleventh Street), run S 89°37'04" E, a distance of 153.95 feet along the centerline of said Eleventh Street; thence S 0°22'56" W, a distance of 25.00 feet to the Northwest corner of Lot 22, Block 60, of the above said Plat of St. Lucie Falls; thence S 31°24'07" W, a distance of 328.85 feet to the POINT OF BEGINNING of the herein described parcel; thence S 58°35'53" E, a distance of 110.00 feet; thence S 31°24'07" W, a distance of 60.00 feet; thence N 58°35'53" W, a distance of 110.00 feet; thence N 31°24'07" E, a distance of 60.00 feet to the POINT OF BEGINNING of the herein described parcel of land.

### LOT 8, BLOCK 60

From the intersection of the North property line of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, Florida, now Martin County, Florida, with the centerline of Eleventh Street (now known as S. W. Eleventh Street), run S 89°37'04" E, a distance of 153.95 feet along the centerline of said Eleventh Street; thence S 0°22'56" W, a distance of 25.00 feet to the Northwest corner of Lot 22, Block 60, of the above said Plat of St. Lucie Falls; thence S 31°24'07" W, a distance of 388.85 feet to the POINT OF BEGINNING of the herein described parcel; thence S 58°35'53" E, a distance of 110.00 feet; thence S 31°24'07" W, a distance of 60.00 feet; thence N 58°35'53" W, a distance of 110.00 feet; thence N 31°24'07" E, a distance of 60.00 feet to the POINT OF BEGINNING of the herein described parcel of land.

(continued on the next page)

## BLOCK SIXTY

### LOT 9, BLOCK 60

From the intersection of the North property line of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, Florida, now Martin County, Florida, with the centerline of Eleventh Street (now known as S. W. Eleventh Street), run S 89°37'04" E, a distance of 153.95 feet along the centerline of said Eleventh Street; thence S 0°22'56" W, a distance of 25.00 feet to the Northwest corner of Lot 22, Block 60, of the above said Plat of St. Lucie Falls thence S 31°24'07" W, a distance of 448.85 feet to the POINT OF BEGINNING of the herein described parcel; thence S 58°35'53"E, a distance of 110.00 feet; thence S 31°24'07" W, a distance of 81.79 feet to the point of curvature of a curve concave to the Northwest having a radius of 25.00 feet; thence Southwesterly along the arc of said curve through a central angle of 54°15'33" a distance of 23.60 feet to a point on the Northeast right-of-way line of Pennsylvania Avenue (a 100 foot wide road running diagonally from the Southeast to Northwest through Lots 8, 9, 10, 11 and 12, Block 60 of the aforementioned Plat of St. Lucie Falls); thence N 31°50'18" W, along the said right-of-way line, a distance of 111.55 feet; thence N 31°24'07" E, a distance of 51.86 feet to the POINT OF BEGINNING of the herein described parcel of land.

### LOT 10, BLOCK 60

From the intersection of the North property line of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, Florida, now Martin County, Florida, with the centerline of Eleventh Street (now known as S. W. Eleventh Street), run S 89°37'04" E, a distance of 136.45 feet along the centerline of said Eleventh Street; thence S 0°22'56" W, a distance of 25.00 feet to the Northwest corner of Lot 1, Block 60, of the above said Plat of St. Lucie Falls; thence run S 31°24'07" W, a distance of 374.82 feet to the POINT OF BEGINNING of the herein described parcel of land, thence S 31°24'07" W, a distance of 109.30 feet to a point on the Northeast right of way line of Pennsylvania Avenue, (a 100 foot wide road running diagonally from Southeast to Northwest through Lots 8, 9, 10, 11 and 12, Block 60, of the aforementioned Plat of St. Lucie Falls); thence N 31°50'18" W, along the said right of way line a distance of 123.19 feet; thence N 31°24'07" E, a distance of 53.83 feet; thence S 58°35'53" E, a distance of 110.00 feet to the POINT OF BEGINNING of the herein described parcel of land.

### LOT 11, BLOCK 60

From the intersection of the North property line of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, Florida, now Martin County, Florida, with the centerline of Eleventh Street (now known as S.W. Eleventh Street), run S 89°37'04" E, a distance of 136.45 feet along the centerline of said Eleventh Street; thence S 0°22'56" W, a distance of 25.00 feet to the Northwest corner of Lot 1, Block 60, of the above said Plat of St. Lucie Falls; thence run S 31°24'07" W, a distance of 309.02 feet to the POINT OF BEGINNING of the herein described parcel of land. Thence S 31°24'07" W, a distance of 65.00 feet; thence N 58°35'53" W, a distance of 110.00 feet; thence N 31°24'07" E, a distance of 65.00 feet; thence S 58°35'53" E, a distance of 110.00 feet to the POINT OF BEGINNING of the herein described parcel of land.

(Continued on next page).

## BLOCK SIXTY

### LOT 12, BLOCK 60

From the intersection of the North property line of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, Florida, now Martin County, Florida, with the centerline of Eleventh Street (now known as S. W. Eleventh Street), run 89°37'04" E, a distance of 136.45 feet along the centerline of said Eleventh Street; thence S 0°22'56" W, a distance of 25.00 feet to the Northeast corner of Lot 1, Block 60, of the above said Plat of St. Lucie Falls; thence run 31°24'07" W, a distance of 239.82 feet to the POINT OF BEGINNING of the herein described parcel of land.  Thence S 31°24'07" W, a distance of 70.00 feet; thence N 58°35'53" W, a distance of 110.00 feet; thence N 31°24'07" E, a distance of 70.00 feet; thence S 58°35'53" E, a distance of 110.00 feet to the POINT OF BEGINNING of the herein described parcel of land.

(continued on the next page)

OR BK 01520  PG 0417

BLOCK SIXTY

LOT 13, BLOCK 60

From the intersection of the North property line of St. Lucie Falls, as
recorded in Plat Book 12, page 48, of the Public Records of Palm Beach
County, Florida, now Martin County, Florida, with the centerline of
Eleventh Street (now known as S. W. Eleventh Street), run S 89°37'04" E,
a distance of 136.45 feet along the centerline of said Eleventh Street;
thence S 0°22'56" W, a distance of 25.00 feet to the Northeast corner
of Lot 1, Block 60, of the above said Plat of St. Lucie Falls; thence
run S 31°24'07" W, a distance of 174.82 feet to the POINT OF BEGINNING
of the herein described parcel of land.  Thence S 31°24'07" W, a
distance of 65.00 feet; thence N 58°35'53" W, a distance of 110.00 feet;
thence N 31°24'07" E, a distance of 65.00 feet; thence S 58°35'53" E, a
distance of 110.00 feet to the POINT OF BEGINNING of the herein described
parcel of land.


LOT 14, BLOCK 60

From the intersection of the North property line of St. Lucie Falls, as
recorded in Plat Book 12, page 48, of the Public Records of Palm Beach
County, Florida, now Martin County, Florida, with the centerline of
Eleventh Street (now known as S. W. Eleventh Street), run S 89°37'04" E,
a distance of 136.45 feet along the centerline of said Eleventh Street;
thence S 0°22'56" W, a distance of 25.00 feet to the Northeast corner
of Lot 1, Block 60, of the above said Plat of St. Lucie Falls; thence
run S 31°24'07" W, a distance of 104.82 feet to the POINT OF BEGINNING
of the herein described parcel of land.  Thence S 31°24'07" W, a distance
of 70.00 feet; thence N 58°35'53" W, a distance of 110.00 feet; thence
N 31°24'07" E, a distance of 70.00 feet; thence S 58°35'53" E, a distance
of 110.00 feet to the POINT OF BEGINNING of the herein described parcel
of land.


LOT 15, BLOCK 60

From the intersection of the North property line of St. Lucie Falls,
as recorded in Plat Book 12, page 48, of the Public Records of Palm
Beach County, Florida, now Martin County, Florida, with the centerline
of Eleventh Street (now known as S. W. Eleventh Street), run S 89°37'04" E
a distance of 136.45 feet along the centerline of said Eleventh Street;
thence S 0°22'56" W, a distance of 25.00 feet to the POINT OF BEGINNING
of the herein described parcel and the Northeast corner of Lot 1, Block
60, of the above said Plat of St. Lucie Falls; thence run S 31°24'07" W,
a distance of 104.82 feet; thence N 58°35'53" W, a distance of 110.00
feet; thence N 31°24'07" E, a distance of 27.00 feet to the point of
curvature of a curve concave to the Southeast having a radius of
25.00 feet; thence Northeasterly along the arc of said curve through
a central angle of 58°58'49", a distance of 25.73 feet; thence
S 89°37'04" E, a distance of 123.00 feet to the POINT OF BEGINNING of
the herein described parcel of land.

### BLOCK SIXTY-ONE

LOT 1, BLOCK 61

All of Lot 1, Block 61, together with the East 13.41 feet of Lot 2, Block 61, as shown on the plat described below.

LOT 2, BLOCK 61

The West 36.57 feet of Lot 2, Block 61, together with the East 23.43 feet of Lot 3, Block 61, as shown on the plat described below.

LOT 3, BLOCK 61

The West 26.57 feet of Lot 3, Block 61, together with the East 38.43 feet of Lot 4, Block 61, as shown on the plat described below.

LOT 4, BLOCK 61

The West 11.57 feet of Lot 4, Block 61, together with the East 48.43 feet of Lot 5, Block 61, as shown on the plat described below.

LOT 5, BLOCK 61

All of Lot 6, Block 61, together with the West 1.57 feet of Lot 5 , Block 61, together with the East 8.43 feet of Lot 7, Block 61, as shown on the plat described below.

LOT 6, BLOCK 61

The West 70.0 feet of the East 78.43 feet of Lot 7, Block 61,  as shown on the plat described below.

LOT 7, BLOCK 61

All of Lot 7, Block 61, less however the Easterly 78.41 feet of said Lot 7, as shown on the plat described below.

LOT 8, BLOCK 61

The Northerly 104.34 feet of Lot 8, Block 61, as shown on the plat described below.

LOT 9, BLOCK 61

All of Lot 9, Block 61, together with the Southerly 2.11 feet of Lot 8, Block 61, together with the Northerly 12.50 feet  of Lot 10, Block 61, as shown on the plat described below.

All of the above lots as shown on the plat of St. Lucie Falls,  as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida.

( continued on next page )

## BLOCK SIXTY-ONE

**LOT 10, BLOCK 61**

The Southerly 37.89 feet of Lot 10, Block 61, together with the Northerly 27.11 feet of Lot 11, Block 61, as shown on the plat described below.

**LOT 11, BLOCK 61**

All of Lot 12, Block 61, together with the South 23.28 feet of Lot 11, Block 61, as shown on the plat described below.

**LOT 12, BLOCK 61**

Lot 13, Block 61, less the East 62.58 feet of said Lot 13, as shown on the plat described below.

**LOT 13, BLOCK 61**

The East 62.58 feet of Lot 13, Block 61, as shown on the plat described below.

**LOT 14, BLOCK 61**

All of Lot 15, Block 61, together with the West 15.00 feet of Lot 15, Block 61, as shown on the plat described below.

**LOT 15, BLOCK 61**

The East 35.00 feet of Lot 15, Block 61, together with the West 25.00 feet of Lot 16, Block 61, as shown on the plat described below.

**LOT 17, BLOCK 61**

All of Lot 18, Block 61, together with the East 15.00 feet of Lot 17, Block 61, as shown on the plat described below.

**LOT 18, BLOCK 61**

All of Lot 19, Block 61, as shown on the plat described below.

All of the above lots as shown on the plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida.

Lot 16, Block 61

The East 25.00 feet of Lot 16, Block 61, together with the West 35.00 feet of Lot 17, Block 61, as shown on the plat described below.

( Continued on next page )

OR BK 01520  PG 0420

BLOCK SIXTY-TWO

LOT 1, BLOCK 62

A parcel of land being a portion of Lot 1, Block 62, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida,being more particularly described as follows :

From the center of Lincoln Park as shown on the above described plat, bear N 15°23'02" W, a distance of 570.00 feet to the Point of Beginning of the herein described parcel of land.  Thence N 89°37'04" W, a distance of 193.66 feet; thence S 7°06'57" E.  A distance of 89.50 feet to a point on a curve, concave to the Southeast having a radius of 570.0 feet and whose center bears S 35°50'36" E, thence Northeasterly, along the arc of said curve through a centralangle of 20°27'34", a distance of 203.54 feet, to the POINT OF BEGINNING.

LOT 2, BLOCK 62

A parcel of land being a portion of Lots 1 and 2, Block 62, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12,page 48, of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows :

From the center of Lincoln Park as shown on the above described plat, bear N 35°50'36" W, a distance of 570.00 feet to the Point of Beginning of the herein described parcel land.  Thence N 7°06'57" W, a distance of 89.50 feet; thence N 89°37'04" W, a distance of 53.33 feet to a point on a curve concave to the Southeast, having a radius of 680.00 feet, and whose center bears, S 35°50'34" E, thence Southwesterly, along the arc of said curve through a central angle of 4°10'06", a distance of 49.47 feet; thence S 40°00'40" E. radially, a distance of 110.00 feet, to a point on a curve, concave to the Southeast,having a radius of 570.00 feet; thence Northeasterly, along the arc of said curve through a central angle of 4°10'03", a distance of 41.46 feet, to the POINT OF BEGINNING.

LOT 3, BLOCK 62

A parcel of land being a portion of Lots 2 and 3, Block 62, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 21, page 48, of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows :

From the center of Lincoln Park as shown on the above described plat, bear N 40°00'40" W, a distance of 570.00 feet to the Point of Beginning of the herein described parcel of land.  Continue thence, radially a distance of 110.00 feet, to a point on a curve concave to the Southeast having a radius of 680.00 feet, and whose center is said center of Linc' Park; thence Southwesterly, along the arc of said curve through a central angle of 5°03'20", a distance of 60.00 feet; thence S 45°03'58" E, radially, a distance of 110.00 feet, to a point on a curve concave t' the Southeast having a radius of 570.00 feet; thence Northeasterly, along the arc of said curve through a central angle of 5°03'20", a distance of 50.29 feet, to the POINT OF BEGINNING.

LOT 4, BLOCK 62

A parcel of land being a portion of Lots 3 and 4, Block 62, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County,Florida, being more particularly described as follows :

( continued on the next page )

OR BK u1520  PG 0421

BLOCK SIXTY-TWO

LOT 4, BLOCK 62

From the center of Lincoln Park as shown on the above described plat, bear N 45°03'58" W, a distance of 570.00 feet, to a Point of Beginning of the herein described parcel of land. Thence continue, radially, a distance of 110.00 feet, to a point on a curve concave to the Southeast having a radius of 680.00 feet, and whose center is said center of Lincoln Park; thence Southwesterly, along the arc of said curve through a central angle of 5°03'20", a distance of 60.00 feet; thence S 50°07'16 E radially, a distance of 110.00 feet, to a point on a curve concave to the Southeast having a radius of 570.00 feet; thence Northeasterly, along the arc of said curve through a central angle of 5°03'20", a distance of 50.29 feet to the POINT OF BEGINNING.

LOT 5, BLOCK 62

A parcel of land being a portion of Lots 4 and 5, Block 62, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows :

From the center of Lincoln Park as shown on the above described plat, bear N 50°07'16" W, a distance of 570.00 feet to the Point of Beginning of the herein described parcel of land. Thence continue, radially a distance of 110.00 feet, to a point on a curve concave to the Southeast, having a radius of 680.00 feet, and whose center is said center of Lincoln Park; thence Southwesterly, along the arc of said curve through a central angle of 5°03'20", a distance of 60.0 feet; thence S 55°10'35" E radially, a distance of 110.00 feet, to a point on a curve concave to the Southeast, having a radius of 570.00 feet; thence Northeasterly, along the arc of said curve through a central angle of 5°03'20", a distance of 50.29 feet to the POINT OF BEGINNING.

LOT 6, BLOCK 62

A parcel of land being a portion of Lots 5 and 6, Block 62, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows :

From the center of Lincoln Park as shown on the above described plat, bear N 55°10'35" W, a distance of 570.00 feet to the Point of Beginning of the herein described parcel of land. Thence continue, radially a distance of 110.00 feet, to a point on a curve concave to the Southeast, having a radius of 680.0 feet, and whose center is said center of Lincoln Park; thence Southwesterly, along the arc of said curve through a central angle of 5°03'20", a distance of 60.00 feet; thence S 60°13'53 E, radially, a distance of 110.00 feet, to a point on a curve concave to the Southeast, having a radius of 570.00 feet; thence Northeasterly, along the arc of said curve through a central angle of 5°03'20", a distance of 50.29 feet to the POINT OF BEGINNING.

LOT 7 , BLOCK 62

A parcel of land being a portion of Lots 6 and 7, Block 62, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows :

( continued on the next page )

### BLOCK SIXTY-TWO

#### LOT 7, BLOCK 62

From the center of Lincoln Park as shown on the above described plat, bear N 60°13'53" W, a distance of 570.00 feet to the Point of Beginning of the herein described parcel of land. Thence continue, radially, a distance of 110.00 feet to a point on a curve concave to the East, having a radius of 680.00 feet, and whose center is said center Lincoln Park; thence Southerly, along the arc of said curve, through a central angle of 6°19'10", a distance of 75.00 feet; thence S 0°14'42" W, a distance of 14.48 feet; thence S 89°37'04" E, a distance of 114.30 feet to a point on a curve concave to the Southeast, having a radius of 570.00 feet, and whose center bears S 63°36'10" E, thence Northeasterly, along the arc of said curve, through a central angle of 3°11'08", a distance of 31.69 feet to the POINT OF BEGINNING.

#### LOT 8, BLOCK 62

A parcel of land being a portion of Lot 7 Block 62, Plat of St. Lucie Falls, as recorded in the Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows :

From the center of Lincoln Park as shown on the above described plat, bear N 63°36'10" W, a distance of 570 feet of the Point of Beginning of the herein described parcel of land. Thence N 89°37'04" W, a distance of 114.30 feet; thence S 0°14'42" W, a distance of 55.00 feet; thence S 89°37'04" E, a distance of 90.57 feet to the point on a curve concave to the Southeast having a radius of 570.00 feet, and whose center bears S 71°44'16" E; thence Northeasterly, along the arc of said curve through a central angle of 6°01'09", a distance of 59.88, feet, to the POINT OF BEGINNING.

( continued on the next page )

OR BK 1520  PG 0423

## BLOCK SIXTY-TWO

### LOT 9, BLOCK 62

The North 60.06 feet of Lot 8, Block 62, together with the South 21.94 feet of Lot 7, Block 62, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida.

### LOT 10, BLOCK 62

Lot 8, Block 62, less the North 60.06 feet, as shown on the plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida.

### LOT 11, BLOCK 62

A parcel of land being a portion of Lots 9 and 10, Block 62, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48 of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows:

From the center of Lincoln Park as shown on the above described plat bear N 78°55'46" W, a distance of 443.00 feet to the Point of Beginning of the herein described parcel of land. Thence continue radially, a distance of 110.00 feet to a point on a curve concave to the East, having a radius of 555.00 feet, and whose center is said center of Lincoln Park; thence Southerly along the arc of said curve, through a central angle of 8°06'26" a distance of 78.53 feet to a point on the North right of way line of Wilson Drive; thence S 89°37'04" E, along said right of way line, a distance of 87.10 feet, to the point of curvature of a curve concave to the Northwest, having a radius of 25.0 feet; thence Northeasterly, along the arc of said curve through a central angle of 83°53'55" a distance of 36.61 feet, to the point reverse curvature of a curve concave to the East, having a radius of 445.0 feet; thence Northerly along the arc of said curve, through a central angle of 4°34'52", a distance of 35.50 feet, to the POINT OF BEGINNING.

### LOT 12, BLOCK 62

A parcel of land being a portion of Lots 10 and 11, Block 62, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows:

From the center of Lincoln Park as shown on the above described plat, bear N 71°12'15" W, a distance of 445.00 feet to the Point of Beginning of the herein described parcel of land. Thence continue radially, a distance of 110.00 feet to a point on a curve concave to the East, having a radius of 555.0 feet, and whose center is said center of Lincoln Park; thence Southerly along the arc of said curve, through a central angle of 7°43'30", a distance of 74.83 feet; thence S 78°55'46" E, radially, a distance of 110.00 feet to a point on a curve concave to the East, having a radius of 445.0 feet; thence Northerly, along the arc of said curve through a central angle of 7°43'30", a distance of 60.0 feet, to the POINT OF BEGINNING.

### LOT 13, BLOCK 62

A parcel of land being a portion of Lots 11, and 12, Block 62, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows:

From the center of Lincoln Park as shown on the above described plat, bear N 63°20'44" W, a distance of 445.00 feet to the Point of Beginning of the herein described parcel of land. Thence continue, radially, a distance of 110.00 feet to a point on a curve concave to the East having a radius of 555.0 feet and whose center is said center of Lincoln Park, thence Southerly along the arc of said curve, through a central angle of 7°43'30", a distance of 74.83 feet; thence S 71°12'15" E, radially, a distance of 110.0 feet, to a point on a curve concave to the East, having a radius of 445.0 feet; thence Northerly, along the arc of said curve through a central angle of 7°43'30", a distance of 60.0 feet, to the POINT OF BEGINNING.

(continued on the next page)

BLOCK SIXTY-TWO

LOT 14, BLOCK 62

A parcel of land being a portion of Lots 12 and 13, Block 62, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows:

From the center of Lincoln Park as shown on the above described plat, bear N 55°45'13" W, a distance of 445.0 feet to the Point of Beginning of the herein described parcel of land. Thence continue radially, a distance of 110.0 feet to a point on a curve concave to the East, having a radius of 555.0 feet and whose center is said center of Lincoln Park; thence Southerly, along the arc of said curve, through a central angle of 7°43'30", a distance of 74.83 feet; thence S 63°28'44" E, radially a distance of 110.00 feet to a point on a curve concave to the East having a radius of 445.0 feet; thence Northerly, along the arc of said curve through a central angle of 7°43'30", a distance of 60.0 feet to the POINT OF BEGINNING.

LOT 15, BLOCK 62

A parcel of land being a portion of Lots 13 and 14, Block 62, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows:

From the center of Lincoln Park as shown on the above described plat, bear N 48°01'42" W, a distance of 445.00 feet to the Point of Beginning of the herein described parcel of land. Thence continue, radially, a distance of 110.0 feet to a point on a curve concave to the East, having a radius of 555.0 feet, and whose center is said center of Lincoln Park; thence Southerly, along the arc of said curve, through a central angle of 7°43'30", a distance of 74.83 feet; thence S 55°45'13" E, a distance of 110.00 feet to a point on a curve concave to the East having a radius of 445.0 feet; thence Northerly, along the arc of said curve through a central angle of 7°43'30", a distance of 60.0 feet to the POINT OF BEGINNING.

LOT 16, BLOCK 62

A parcel of land being Lot 15, Block 62, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, Page 48, of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows:

From the center of Lincoln Park as shown on the above described plat, bear N 41°35'27" W, a distance of 445.00 feet to the Point of Beginning of herein described parcel of land. Thence continue, radially a distance of 110.0 feet to a point on a curve concave to the East having a radius of 555.0 feet, and whose center is said center of Lincoln Park; thence Southerly, along the arc of said curve, through a central angle of 6°26'16", a distance of 62.36 feet; thence S 48°01'42" E, radially, a distance of 110.0 feet to a point on a curve concave to the East, having a radius of 445.0 feet; thence Northerly along the arc of said curve through a central angle of 6°26'16", a distance of 50.0 feet, to the POINT OF BEGINNING.

LOT 17, BLOCK 62

A parcel of land being a portion of Lots 16 and 17, Block 62, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48 of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows:

From the center of Lincoln Park as shown on the above described plat, bear N 33°51'56" W, a distance of 445.00 feet to the Point of Beginning of the herein described parcel of land. Thence continue, radially, a distance of 110.0 feet to a point on a curve concave to the East, having a radius of 555.0 feet, and whose center is said center of Lincoln Park; thence Southerly, along the arc of said curve, through a central angle of 7°43'30", a distance of 74.83 feet; thence S41°35'27" E, radially, a distance of 110.00 feet to a point on a curve concave to the East having a radius of 445.0 feet; thence Northerly, along the arc of said curve through a central angle of 7°43'30", a distance of 60.0 feet, to the POINT OF BEGINNING.

(continued on the next page)

OR BK 1520 PG 0425

BLOCK SIXTY-TWO

LOT 18, BLOCK 62

A parcel of land being a portion of Lots 17 and 18, Block 62 as shown on
the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the
Public Records of Palm Beach County, now Martin County, Florida, being
more particularly described as follows:

From the center of Lincoln Park as shown on the above described plat, bear
N 26°08'25" W, a distance of 445.00 feet to the Point of Beginning of the
herein described parcel of land. Thence continue, radially, a distance
of 110.0 feet to a point on a curve concave to the East having a radius
of 555.0 feet, and whose center is said center of Lincoln Park; thence
Southerly, along the arc of said curve, through a central angle of
7°43'30", a distance of 74.83 feet, thence S 33°51'56" E, radially, a
distance of 110.0 feet to a point on a curve concave to the East having
a radius of 445.0 feet; thence Northerly, along the arc of said curve
through a central angle of 7°43'30", a distance of 60.0 feet, to the
POINT OF BEGINNING.

LOT 19, BLOCK 62

A parcel of land being a portion of Lots 18 and 19, Block 62, as shown on
the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48 of
the Public Records of Palm Beach County, now Martin County, Florida, being
more particularly described as follows:

From the center of Lincoln Park as shown on the above described plat bear
N 18°24'54" W, a distance of 445.00 feet to the Point of Beginning of the
herein described parcel of land. Thence continue, radially, a distance
of 110.0 feet to a point on a curve concave to the East having a radius of
555.0 feet, and whose center is said center of Lincoln Park; thence
Southerly along the arc of said curve, through a central angle of 7°43'30",
a distance of 74.83 feet; thence S 26°08'25" E, radially, a distance of
110.0 feet to a point on a curve concave to the East having a radius of
445.0 feet; thence Northerly along the arc of said curve through a
central angle of 7°43'30", a distance of 60.0 feet, to the POINT OF
BEGINNING.

LOT 20, BLOCK 62

A parcel of land being a portion of Lots 19 and 20, Block 62, as shown on
the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the
Public Records of Palm Beach County, now Martin County, Florida, being
more particularly described as follows:

From the center of Lincoln Park as shown on the above described plat, bear
N 10°41'23" W, a distance of 445.00 feet to the Point of Beginning of the
herein described parcel of land. Thence continue, radially, a distance of
110.0 feet to a point on a curve concave to the East, having a radius of
555.0 feet, and whose center is said center of Lincoln Park; thence
Southerly, along the arc of said curve, through a central angle of
7°43'30", a distance of 74.83 feet; thence S 18°24'54" E, radially, a
distance of 110.00 feet on a curve concave to the East having a radius of
445.0 feet; thence Northerly along the arc of said curve through a central
angle of 7°43'30", a distance of 60.0 feet, to the POINT OF BEGINNING.

LOT 21, BLOCK 62

A parcel of land being a portion of Lots 20 and 21, Block 62, as shown on
the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48 of the
Public Records of Palm Beach County, now Martin County, Florida, being
more particularly described as follows:

From the center of Lincoln Park as shown on the above described plat, bear
N 10°41'23" W, a distance of 445.00 feet to the Point of Beginning of the
herein described parcel of land. Thence continue, radially, a distance of
110.00 feet to a point on a curve concave to the East having a radius of
555.00 feet, and whose center is said radius point, thence Southerly, along
the arc of said curve, through a central angle of 2°20'03", a distance of
22.61 feet; thence S 89°37'04" E, a distance of 20.04 feet to the point
of curvature of a curve concave to the Southwest having a radius of 25.00
feet; thence Southeasterly, along the arc of said curve through a central
angle of 89°51'46", a distance of 39.21 feet; thence S 0°14'42" W, a distance
of 56.92 feet to the point of curvature of a curve concave to the Northwest,
having a radius of 25.00 feet; thence Southwesterly along the arc of said
curve, through a central angle of 83°16'47", a distance of 36.34 feet to

(continued on the next page)

OR BK 01520   PG 0426

LOT 21, BLOCK 62 (continued)

the point of reverse curvature of a curve concave to the south having a
radius of 445.00 feet; thence Westerly, along the arc of said curve
through a central angle of 4$°$12'51", a distance of 32.73 feet to the
POINT OF BEGINNING.

OR BK 01520  PG 0427

### BLOCK SIXTY-THREE

**LOT 1, BLOCK 63**

Lot 1, Block 63, less the North 59.74 feet, as shown on the plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida.

**LOT 2, BLOCK 63**

The south 72.06 feet of Lot 2, Block 63, together with the North 59.74 feet of Lot 1, Block 63 as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida.

**LOT 3, BLOCK 63**

The North 55.0 feet of the South 77.06 feet of Lot 2, Block 63, as shown on the plat of St. Lucie Falls, as recorded in Plat Book 12, page 48 of the Public Records of Palm Beach County, now Martin County, Florida.

**LOT 4, BLOCK 63**

A parcel of land being a portion of Lots 2 and 3, Block 63, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48 of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows:

From the center of Lincoln Park as shown on the above described plat, bear N 60°43'22" E, a distance of 570.00 feet to the Point of Beginning of the herein described parcel of land. Thence from the said Point of Beginning continue, radially, a distance of 110.00 feet to a point on a curve concave to the Southwest having a radius of 680.00 feet; thence Southerly, along the arc of said curve, through a central angle of 6°19'10", an arc distance of 75.00 feet; thence S 0°14'42" W, a distance of 17.35 feet; thence N 89°37'04" W, a distance of 113.16 feet to a point on a curve, concave to the Southwest, having a radius of 570.00 feet, and whose center bears S 64°06'14" W; thence Northwesterly, along the arc of said curve, through a central angle of 3°24'52", an arc distance of 33.97 feet, to the POINT OF BEGINNING.

**LOT 5, BLOCK 63**

A parcel of land being a portion of Lots 3 and 4, Block 63, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows:

From the center of Lincoln Park as shown on the above described plat, bear N 55°40'42" E, a distance of 570.00 feet to the Point of Beginning of the herein described parcel of land. Thence from the said Point of Beginning continue, radially, a distance of 110.00 feet to a point on a curve concave to the Southwest having a radius of 600.00 feet; thence Southerly, along the arc of said curve, through a central angle of 5°03'20", an arc distance of 60.00 feet; thence S 60°43'22" W, a distance of 110.00 feet to a point on a curve concave to the Southwest having a radius of 570.00 feet; thence Northwesterly, along the arc of said curve, through a central angle of 5°03'20", an arc distance of 50.22 feet, to the POINT OF BEGINNING.

(continued on the next page)

OR BK 01520  PG 0428

## BLOCK SIXTY-THREE

### LOT 6, BLOCK 63

A parcel of land being a portion of Lots 4 and 5, Block 63, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48 of the Public Records of Palm Beach County, now Martin County, Florida being more particularly described as follows:

From the center of Lincoln Park as shown on the above described plat, bear N 50°36'42" E, a distance of 570.00 feet to the Point of Beginning of the herein described parcel of land. Thence from the said Point of Beginning continue, radially, a distance of 110.00 feet to a point on a curve concave to the Southwest having a radius of 680.00 feet; thence Southerly, along the arc of said curve, through a central angle of 5°03'20", an arc distance of 60.00 feet; thence 55°40'02" W, a distance of 110.00 feet to a point on a curve concave to the Southwest having a radius of 570.00 feet; thence Northwesterly, along the arc of said curve, through a central angle of 5°03'20", an arc distance of 50.29 feet, to the POINT OF BEGINNING.

### LOT 7, BLOCK 63

A parcel of land being a portion of Lots 5 and 6, Block 63, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows:

From the center of Lincoln Park as shown on the above described plat, bear N 45°33'02" E, a distance of 570.00 feet to the Point of Beginning of the herein described parcel of land. Thence from the said Point of Beginning continue,,radially, a distance of 110.00 feet to a point on a curve concave to the Southwest having a radius of 680.00 feet; thence Southerly, along the arc of said curve, through a central angle of 5°03'20", an arc distance of 60.00 feet; thence S 50°36'42" W, a distance of 110.00 feet to a point on a curve concave to the Southwest having a radius of 570.00 feet; thence Northwesterly along the arc of said curve, through a central angle of 5°03'20", an arc distance of 50.29 feet, to the POINT OF BEGINNING.

### LOT 8, BLOCK 63

A parcel of land being aportion of Lots 6 and 7, Block 63 as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48 of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows:

From the center of Lincoln Park as shown on the above described plat, bear N 40°30'02" E, a distance of 570.00 feet to the Point of Beginning of the herein described parcel of land. Thence from the said Point of Beginning continue radially, a distance of 110.00 feet to a point on a curve concave to the Southwest, having a radius of 680.00 feet; thence Southerly, along the arc of said curve, through a central angle of 5°03'20" an arc distance of 60.00 feet; thence S 45°33'22" W, a distance of 110.00 feet to a point on a curve concave to the Southwest having a radius of 570.00 feet; thence Northwesterly, along the arc of said curve, through a central angle of 5°03'20", an arc distance of 50.29 feet, to the POINT OF BEGINNING.

## BLOCK SIXTY THREE

### LOT 9, BLOCK 63

A parcel of land being a portion of Lots 7 and 8, Block 63, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida being more particularly described as follows:

From the center of Lincoln Park as shown on the above described plat, bear N 16°36'25" E, a distance of 570.00 feet to the Point of Beginning of the herein described parcel of land. Thence from the said Point of Beginning proceed N 5°30'56" E, a distance of 89.10 feet; thence S 89°37'04" E, a distance of 57.03 feet to a point on a curve concave to the Southwest having a radius of 680.00 feet and whose center bears S 16°36'25" E; thence Southeasterly, along the arc of said curve through a central angle of 3°53'37", an arc distance of 46.21 feet; thence S 40°30'02" W, radially, a distance of 110.00 feet to a point on a curve concave to the Southwest having a radius of 570.00 feet; thence Northwesterly along the arc of said curve through a central angle of 3°53'39", an arc distance of 38.74 feet to the POINT OF BEGINNING.

### LOT 10, BLOCK 63

A parcel of land being a portion of Lot 8, Block 63, as shown on the Plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida, being more particularly described as follows:

From the center of Lincoln Park as shown on the above described plat, bear N 16°08'50" E, a distance of 570.00 feet to the Point of Beginning of the herein described parcel of land. Thence from the said Point of Beginning proceed S 89°37'04" E, a distance of 189.95 feet; thence S 85°30'56" W, a distance of 89.10 feet to a point on a curve concave to the Southwest, having a radius of 570.00 feet, and whose center bears S 36°36'25" W; thence Northwesterly, along the arc of said curve, through a central angle of 20°27'35", an arc distance of 203.54 feet to the POINT OF BEGINNING.

(continued on the next page)

PB 430

## BLOCK SIXTY-FOUR

LOT 1, BLOCK 64

All of Lot 1, Block 64, together with the East 10.00 feet of Lot 2, Block 64, as shown on the plat described below.

LOT 2, BLOCK 64

The West 40.00 feet of Lot 2, Block 64, together with the East 20.00 feet of Lot 3, Block 64, as shown on the plat described below.

LOT 3, BLOCK 64

The West 30.00 feet of Lot 3, Block 64, together with the East 30.00 feet of Lot 4, Block 64, as shown on the plat described below.

LOT 4, BLOCK 64

The West 20.00 feet of Lot 4, Block 64, together with the East 60.00 feet of Lot 5, Block 64, as shown on the plat described below.

LOT 5, BLOCK 64

All of Lot 6, Block 64, together with the West 10.00 feet of Lot 5, Block 64, as shown on the plat described below.

LOT 6, BLOCK 64

All of Lot 7, Block 64, as shown on the plat described below.

LOT 7, BLOCK 64

All of Lot 8, Block 64, as shown on the plat described below.

LOT 8, BLOCK 64

The North 50.0 feet of Lot 9, Block 64, together with the West 10.00 feet of the North 50.00 feet of Lot 10, Block 64, as shown on the plat described below.

LOT 9, BLOCK 64

The South 60.89 feet of Lot 9, Block.10, together with the West 10 feet of the South 60.89 feet of Lot 10, Block 64, as shown on the plat described below.

LOT 10, BLOCK 64

The West 20.00 feet of Lot 11, Block 64, together with the East 40.00 feet of Lot 10, Block 64, as shown on the plat described below.

LOT 11, BLOCK 64

The West 30.00 feet of Lot 12, Block 64, together with the East 30.00 feet of Lot 11, Block 64, as shown on the plat described below.

LOT 13, BLOCK 64

All of Lot 14, Block 64, together with the East 10.00 feet of Lot 13, Block 64, as shown on the plat described below.

All of the above lots as shown on the plat of St.Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida

96.

BLOCK SIXTY-FIVE

LOT 1, BLOCK 65

All of Lot 1, Block 65, together with the East 10.00
feet of Lot 2, Block 65, as shown on the plat described
below.

LOT 2, BLOCK 65

The West 40.00 feet of Lot 2, Block 65, together with
the East 20.00 feet of Lot 3, Block 65, as shown on the
plat described below.

LOT 3, BLOCK 65

The West 30.00 feet of Lot 3, Block 65, together with
the East 30.00 feet of Lot 4, Block 65, as shown on the
plat described below.

LOT 4, BLOCK 65

The West 20.00 feet of Lot 4, Block 65, together with
the East 40.00 feet of Lot 5, Block 65, as shown on the
plat described below.

LOT 5, BLOCK 65

All of Lot 6, Block 65, together with the West 10.00
feet of Lot 5, Block 65, as shown on the plat described
below.

LOT 6, BLOCK 65

All of Lot 7, Block 65, together with the West 10.00
feet of Lot 8, Block 65, as shown on the plat described
below.

LOT 7, BLOCK 65

The West 20.00 feet of Lot 9, Block 65, together with
the East 40.00 feet of Lot 8, Block 65, as shown on the
plat described below.

LOT 8, BLOCK 65

The West 30.00 feet of Lot 10, Block 65, together with
the East 30.00 feet of Lot 9, Block 65, as shown on the
plat described below.

LOT 9, BLOCK 65

The West 40.00 feet of Lot 11, Block 65, together with
the East 20.00 feet of Lot 10, Block 65, as shown on the
plat described below.

LOT 10, BLOCK 65

All of Lot 12, Block 65, together with the East 10.00
feet of Lot 11, Block 65, as shown on the plat described
below.


All of the above lots as shown on the plat of St. Lucie Falls,
as recorded in Plat Book 12, page 48, of the Public Records of
Palm Beach County, now Martin County, Florida.

BLOCK SIXTY-SIX

LOT 1, BLOCK 66

All of Lot 1, Block 66, together with the East 20.00
feet of Lot 2, Block 66, as shown on the plat described
below.

LOT 2, BLOCK 66

The West 30.00 feet of Lot 2, Block 66, together with
the East 30.00 feet of Lot 3, Block 66, as shown on the
plat described below.

LOT 3, BLOCK 66

The West 20.00 feet of Lot 3, Block 66, together with
the East 40.00 feet of Lot 4, Block 66, as shown on the
plat described below.

LOT 4, BLOCK 66

All of Lot 5, Block 66, together with the West 10.00
feet of Lot 4, Block 66, as shown on the plat described
below.

LOT 5, BLOCK 66

All of Lot 6, Block 66, as shown on the plat described
below.

LOT 6, BLOCK 66

All of Lot 7, Block 66, together with the East 10.00
feet of Lot 8, Block 66, as shown on the plat described
below.

LOT 7, BLOCK 66

The West 40.00 feet of Lot 8, Block 66, together with
the East 15.00 feet of Lot 9, Block 66, as shown on the
plat described below.

LOT 8, BLOCK 66

The West 35.00 feet of Lot 9, Block 66, together with
the East 25.00 feet of Lot 10, Block 66, as shown on the
plat described below.

LOT 9, BLOCK 66

The West 25.00 feet of Lot 10, Block 66, together with
the East 30.00 feet of Lot 11, Block 66, as shown on the
plat described below.

LOT 10, BLOCK 66

All of Lot 12, Block 66, together with the West 20.00
feet of Lot 11, Block 66, as shown on the plat described
below.  Less and except the West 5.00 feet of Lot 12.


All of the above lots as shown on the plat of St. Lucie Falls,
as recorded in Plat Book 12, page 48, of the Public Records of
Palm Beach County, now Martin County, Florida.


(continued on the next page)

OR BK 01520   PG 0433

### BLOCK SIXTY-SIX

LOT 11, BLOCK 66

All of Lot 13, Block 66, together with the West 20.00 feet of Lot 14, Block 66, as shown on the plat described below.  Less and except the West 5.00 feet of Lot 13.

LOT 12, BLOCK 66

The West 25.00 feet of Lot 15, Block 66, together with the East 30.00 feet of Lot 14, Block 66, as shown on the plat described below.

LOT 13, BLOCK 66

The West 35.00 feet of Lot 16, Block 66, together with the East 25.00 feet of Lot 15, Block 66, as shown on the plat described below.

LOT 14, BLOCK 66

The West 40.00 feet of Lot 17, Block 66, together with the EAst 15.00 feet of Lot 16, Block 66, as shown on the plat described below.

LOT 15, BLOCK 66

All of Lot 18, Block 66, together with the East 10.00 feet of Lot 17, Block 66, as shown on the plat described below.

LOT 16, BLOCK 66

All of Lot 19, Block 66 as shown on the plat described below.

LOT 17, BLOCK 66

All of Lot 20, Block 66, together with the West 10.00 feet of Lot 21, Block 66, as shown on the plat described below.

LOT 18, BLOCK 66

The West 20.00 feet of Lot 22, Block 66, together with the East 40.00 feet of Lot 21, Block 66, as shown on the plat described below.

LOT 19, BLOCK 66

The West 30.00 feet of Lot 23, Block 66, together with the East 30.00 feet of Lot 22, Block 66, as shown on the plat described below.

LOT 20, BLOCK 66

All of Lot 24, Block 66, together with the East 20.00 feet of Lot 23, Block 66, as shown on the plat described below.

All of the above lots as shown on the plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida.

## BLOCK SIXTY-SEVEN

### LOT 1, BLOCK 67

All of Lot 1, Block 67, together with the East 20.00 feet of Lot 2, Block 67, as shown on the plat described below.

### LOT 2, BLOCK 67

The West 30.00 feet of Lot 2, Block 67, together with the East 25.00 feet of Lot 3, Block 67, as shown on the plat described below.

### LOT 3, BLOCK 67

The West 25.00 feet of Lot 3, Block 67, together with the East 35.00 feet of Lot 4, Block 67, as shown on the plat described below.

### LOT 4, BLOCK 67

The West 15.00 feet of Lot 4, Block 67, together with the East 40.00 feet of Lot 5, Block 67, as shown on the plat described below.

### LOT 5, BLOCK 67

All of Lot 6, Block 67, together with the East 10.00 feet of Lot 5, Block 67, as shown on the plat described below.

### LOT 6, BLOCK 67

All of Lot 7, Block 67, as shown on the plat described below.

### LOT 7, BLOCK 67

All of Lot 8, Block 67, together with the East 10.00 feet of Lot 9, Block 67, as shown on the plat described below.

### LOT 8, BLOCK 67

The West 40.00 feet of Lot 9, Block 67, together with the East 20.00 feet of Lot 10, Block 67, as shown on the plat described below.

### LOT 9, BLOCK 67

The West 30.00 feet of Lot 10, Block 67, together with the East 30.00 feet of Lot 11, Block 67, as shown on the plat described below.

### LOT 10, BLOCK 67

All of Lot 12, Block 67, together with the West 20.00 feet of Lot 11, Block 67, as shown on the plat described below.


All of the above lots as shown on the plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida.

(continued on the next page)

OR BK   520   PG 0435

## BLOCK SIXTY-SEVEN

### LOT 11, BLOCK 67

All of Lot 11, Block 67, together with the West 20.00 feet of Lot 14, Block 67, as shown on the plat described below.

### LOT 12, BLOCK 67

The East 30.00 feet of Lot 14, Block 67, together with the West 30.00 feet of Lot 15, Block 67, as shown on the plat described below.

### LOT 13, BLOCK 67

The East 20.00 feet of Lot 15, Block 67, together with the West 40.00 feet of Lot 16, Block 67, as shown on the plat described below.

### LOT 14, BLOCK 67

All of Lot 17, Block 67, together with the East 10.00 feet of Lot 16, Block 67, as shown on the plat described below.

### LOT 15, BLOCK 67

All of Lot 18, Block 67, as shown on the plat described below.

### LOT 16, BLOCK 67

All of Lot 19, Block 67, together with the West 10.00 feet of Lot 20, Block 67, as shown on the plat described below.

### LOT 17, BLOCK 67

The East 40.00 feet of Lot 20, Block 67, together with the West 15.00 feet of Lot 21, Block 67, as shown on the plat described below.

### LOT 18, BLOCK 67

The East 35.00 feet of Lot 21, Block 67, together with the West 25.00 feet of Lot 22, Block 67, as shown on the plat described below.

### LOT 19, BLOCK 67

The East 25.00 feet of Lot 22, Block 67, together with the West 30.00 feet of Lot 23, Block 67, as shown on the plat described below.

### LOT 20, BLOCK 67

All of Lot 24, Block 67, together with the East 20.00 feet of Lot 23, Block 67, as shown on the plat described below.  Less and except the East 5.00 feet of Lot 24.

All of the above lots as shown on the plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida.

## BLOCK SIXTY-EIGHT

### LOT 1, BLOCK 68

All of Lot 1, Block 68, as shown on the plat described below.

### LOT 2, BLOCK 68

The East 59.0 feet of Lot 2, Block 68, as shown on the plat described below.

### LOT 3, BLOCK 68

Lot 2, Block 68, less the East 59.0 feet, as shown on the plat described below.

### LOT 5, BLOCK 68

The North 38.85 feet, as measured along the East line of Lot 4, Block 68, together with the North 21.15 feet of Lot 5, Block 68, as shown on the plat described below.

### LOT 6, BLOCK 68

The South 28.85 feet, as measured along the East line of Lot 5, Block 68, as shown on the plat described below.

### LOT 7, BLOCK 68

Lot 6, Block 68, less the East 60.0 feet, as shown on the plat described below.

### LOT 8, BLOCK 68

The East 60.0 feet of Lot 6, Block 68, as shown on the plat described below.

### LOT 9, BLOCK 68

All of Lot 7, Block 68, as shown on the plat described below.

### LOT 10, BLOCK 68

All of Lot 8, Block 68, as shown on the plat described below.

### LOT 11, BLOCK 68

All of Lot 9, Block 68, as shown on the plat described below.

All of the above lots as shown on the plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida.

## BLOCK SIXTY-NINE

LOT 1, BLOCK 69

All of Lot 1, Block 69, together with the East 25.00 feet of Lot 2, Block 69, as shown on the plat described below. Less and except the East 5.00 feet of said Lot 1.

LOT 2, BLOCK 69

The West 25.00 feet of Lot 2, Block 69, together with the East 45.00 feet of Lot 3, Block 69, as shown on the plat described below.

LOT 3, BLOCK 69

The West 5.00 feet of Lot 3, Block 69, together with the East 65.00 feet of Lot 4, Block 69, as shown on the plat described below.

LOT 4, BLOCK 69

All of Lot 5, Block 69, less and except the East 70.00 feet of said Lot 5, as shown on the plat described below.

LOT 5, BLOCK 69

The West 60.00 feet of the East 70.00 feet of Lot 5, Block 69, as shown on the plat described below.

LOT 6, BLOCK 69

All of Lot 6, Block 69, together with the East 10.00 feet of Lot 5, Block 69, as shown on the plat described below.

LOT 7, BLOCK 69

Lot 7, Block 69, as shown on the plat described below.

LOT 8, BLOCK 69

All of Lot 8, Block 69, together with the West 15.00 feet of Lot 9, Block 69, as shown on the plat described below.

LOT 9, BLOCK 69

The East 35.00 feet of Lot 9, Block 69, together with the West 25.00 feet of Lot 10, Block 69, as shown on the plat described below.

LOT 10, BLOCK 69

The East 25.00 feet of Lot 10, Block 69, together with the West 35.00 feet of Lot 11, Block 69, as shown on the plat described below.

LOT 11, BLOCK 69

The East 15.00 feet of Lot 11, Block 69, together with the West 40.00 feet of Lot 12, Block 69, as shown on the plat described below.

LOT 12, BLOCK 69

All of Lot 13, Block 69, together with the East 10.00 feet of Lot 12, Block 69, as shown on the plat described below. Less and except the East 5.00 feet of said Lot 13.

All of the above lots as shown on the plat of St. Lucie Falls, as recorded in Plat Book 12, page 48, of the Public Records of Palm Beach County, now Martin County, Florida.

Sphere Capital Corp. v. Homes at River Lodge, Inc., et. al.
Complaint
Case No. _____

# Exhibit "D"

## GUARANTY

FOR VALUE RECEIVED, and in consideration of any loan or other financial accommodation heretofore, now or hereafter at any time made or give to Homes at River Lodge, Inc., a Florida corporation, (hereinafter called the "Debtor") by Sphere Capital Corp., a British Virgin Islands corporation (hereinafter called the "Creditor"), the undersigned, James H. Hall, hereby guarantee(s) absolutely and unconditionally the prompt payment when due, whether at maturity, by declaration, by demand or otherwise, and at any and all times thereafter, of all indebtedness and other obligations of every kind and nature of the Debtor to the Creditor, direct or indirect, absolute or contingent, due or become due, now or hereafter existing including, but not limited to, that certain Promissory Note and Mortgage Deed of even date herewith (all such indebtedness and other obligations being hereinafter collectively called the "Indebtedness"), and in addition the undersigned agree(s) to pay all expenses (including attorney's fee, including appellate attorney's fees, and legal expenses) paid or incurred by the Creditor in endeavoring to collect such Indebtedness or any part thereof and in enforcing this guaranty.

The right of recovery against the undersigned is, however, limited to the amount of $1,045,000.000, plus the interest on such amount and plus all expenses hereinbefore mentioned. The creation or existence from time to time of Indebtedness in excess of the amount to which the right of recovery under this guaranty is limited is hereby authorized without notice to the undersigned and shall in no way affect or impair this guaranty.

1.      In the event of death, dissolution, termination of existence or insolvency of the Debtor or any of the undersigned, or failure of the Debtor or any of the undersigned to pay debts as they mature, or business failure of the Debtor or the undersigned, or appointment of a receiver of any part of the property of the Debtor  or any of the undersigned, or an assignment for the benefit of creditors by the Debtor or any of the undersigned, or the commencement of any proceedings under any bankruptcy or insolvency laws by or against the Debtor or any of the undersigned, and if such event shall occur at a time when any of the Indebtedness may not be due and payable, the undersigned agree(s) to pay the Creditor forthwith the full amount which would be payable hereunder by the undersigned if all Indebtedness were then due and payable.

2.      The undersigned further agree(s) that this guaranty shall continue to be effective or be reinstated, as the case may be, if at any time payment, or any part thereof, of the Indebtedness to the Creditor is rescinded or must otherwise be returned by the Creditor upon the insolvency, bankruptcy, or reorganization of the Debtor or otherwise, all as though such payment to the Creditor had not been made.

3.      The Creditor may at any time and from time to time, without notice to the undersigned, take any or all of the following actions without affecting or impairing liability of the undersigned on this guaranty: (a) renew or extend time of payment of the Indebtedness; (b) accept, substitute, release or surrender any security for the Indebtedness; (c) accept other guarantors; and (d) release any person primarily or secondarily liable on the Indebtedness (including any maker, indorser or guarantor). The liability of the undersigned of this guaranty shall in no way be affected or impaired by any failure or delay in enforcing payment of the Indebtedness or any of the security therefore, or in exercising any right or power in respect thereto, or by any compromise, waiver, settlement, change, subordination, modification or disposition of the Indebtedness or any of the security of the Indebtedness or for

this guaranty. In order to hold the undersigned liable hereunder, there shall be no obligation on the part of the Creditor, at any time, to resort for payment to the Debtor or any other guaranty or to any security for the Indebtedness or this guaranty, and the Creditor shall have the right to enforce this guaranty irrespective of whether or not other proceedings or steps are being taken against any property securing Indebtedness or any of the undersigned or any other party primarily or secondarily liable on any of the Indebtedness.

4.      To secure the payment of any liability of the undersigned under this guaranty, the undersigned grant(s) to the Creditor a security interest in all property of the undersigned now or any time hereafter in the possession of Creditor for any purpose, and the Creditor shall have the rights and remedies of a secured party under the Uniform Commercial Code of Florida in respect to such property, including without limitation thereto the right to sell or otherwise dispose of any or all of such property. The Creditor may apply or set off any deposit or other indebtedness at any time credited by or due from the Creditor to the undersigned against any liability of the undersigned under this guaranty when any amount is payable hereunder by the undersigned.

5.      Any and all payments upon the Indebtedness made by the Debtor, or by the undersigned, or by any other person, and the proceeds of any and all security for any of the Indebtedness may be applied by the Creditor upon such of the items of the Indebtedness as it may determine.

6.      The undersigned waive(s) presentment, protest, demand, notice of dishonor or default, notice of acceptance of this guaranty, notice of any loans made, extensions granted or other action taken in reliance hereon and all demands and notices of any kind in connection with this guaranty or the Indebtedness.

7.      The Creditor may, without notice of any kind, sell, assign, transfer or grant participations in all or any of the Indebtedness, and in such event each and every immediate and successive assignee, transferee, or holder or participant in all or any of the Indebtedness shall have the right to enforce this guaranty, by suit or otherwise, for the benefit of such assignee, transferee, holder or participant were herein by name specifically given such rights, powers and benefits, but the Creditor shall have an unimpaired right, prior and superior to that of any assignee, transferee or holder to enforce this guaranty for the benefit of the Creditor or any such participant, as to so much of the Indebtedness as it has not sold, assigned or transferred.

8.      This guaranty shall also bind the heirs, successors, personal representatives and assigns of the undersigned and inure to the benefit of the Creditor, it successors and assigns. If signed by more the one person, this guaranty shall be the joint and several obligation of said persons. This guaranty shall be construed according to the law of the State of Florida.

Miami, Florida, this 28th day of November, 2000.

By: _____
        James. H. Hall

Address _1000 US Hwy 1, # 762_
        _Jupiter, FL  33477_

# GUARANTY

FOR VALUE RECEIVED, and in consideration of any loan or other financial accommodation heretofore, now or hereafter at any time made or give to Homes at River Lodge, Inc., a Florida corporation, (hereinafter called the "Debtor") by Sphere Capital Corp., a British Virgin Islands corporation (hereinafter called the "Creditor"), the undersigned, James H. Hall, hereby guarantee(s) absolutely and unconditionally the prompt payment when due, whether at maturity, by declaration, by demand or otherwise, and at any and all times thereafter, of all indebtedness and other obligations of every kind and nature of the Debtor to the Creditor, direct or indirect, absolute or contingent, due or become due, now or hereafter existing including, but not limited to, that certain Promissory Note of even date herewith with a principal sum of Three Hundred Thousand Dollars ($300,000.00)(all such indebtedness and other obligations being hereinafter collectively called the "Indebtedness"), and in addition the undersigned agree(s) to pay all expenses (including attorney's fee, including appellate attorney's fees, and legal expenses) paid or incurred by the Creditor in endeavoring to collect such Indebtedness or any part thereof and in enforcing this guaranty.

The right of recovery against the undersigned under this guaranty is, however, limited to the aggregate amount of $570,000.000, plus the interest on such amount and plus all expenses hereinbefore mentioned. The creation or existence from time to time of Indebtedness in excess of the amount to which the right of recovery under this guaranty is limited is hereby authorized without notice to the undersigned and shall in no way affect or impair this guaranty.

1.      In the event of death, dissolution, termination of existence or insolvency of the Debtor or any of the undersigned, or failure of the Debtor or any of the undersigned to pay debts as they mature, or business failure of the Debtor or the undersigned, or appointment of a receiver of any part of the property of the Debtor  or any of the undersigned, or an assignment for the benefit of creditors by the Debtor or any of the undersigned, or the commencement of any proceedings under any bankruptcy or insolvency laws by or against the Debtor or any of the undersigned, and if such event shall occur at a time when any of the Indebtedness may not be due and payable, the undersigned agree(s) to pay the Creditor forthwith the full amount which would be payable hereunder by the undersigned if all Indebtedness were then due and payable.

2.      The undersigned further agree(s) that this guaranty shall continue to be effective or be reinstated, as the case may be, if at any time payment, or any part thereof, of the Indebtedness to the Creditor is rescinded or must otherwise be returned by the Creditor upon the insolvency, bankruptcy, or reorganization of the Debtor or otherwise, all as though such payment to the Creditor had not been made.

3.      The Creditor may at any time and from time to time, without notice to the undersigned, take any or all of the following actions without affecting or impairing liability of the undersigned on this guaranty: (a) renew or extend time of payment of the Indebtedness; (b) accept, substitute, release or surrender any security for the Indebtedness; (c) accept other guarantors; and (d) release any person primarily or secondarily liable on the Indebtedness (including any maker, indorser or guarantor). The liability of the undersigned of this guaranty shall in no way be affected or impaired by any failure or delay in enforcing payment of the Indebtedness or any of the security therefore, or in exercising any right or power in respect thereto, or by any compromise, waiver, settlement, change, subordination, modification or disposition of the Indebtedness or any of the security of the Indebtedness or for this guaranty. In order to hold the undersigned liable hereunder, there shall be no obligation on the part of the Creditor, at any time, to resort for payment to the Debtor or any other guaranty or to any security for the Indebtedness or this guaranty, and the Creditor shall have the right to enforce this guaranty irrespective of whether or not other

proceedings or steps are being taken against any property securing Indebtedness or any of the undersigned or any other party primarily or secondarily liable on any of the Indebtedness.

4.      To secure the payment of any liability of the undersigned under this guaranty, the undersigned grant(s) to the Creditor a security interest in all property of the undersigned now or any time hereafter in the possession of Creditor for any purpose, and the Creditor shall have the rights and remedies of a secured party under the Uniform Commercial Code of Florida in respect to such property, including without limitation thereto the right to sell or otherwise dispose of any or all of such property. The Creditor may apply or set off any deposit or other indebtedness at any time credited by or due from the Creditor to the undersigned against any liability of the undersigned under this guaranty when any amount is payable hereunder by the undersigned.

5.      Any and all payments upon the Indebtedness made by the Debtor, or by the undersigned, or by any other person, and the proceeds of any and all security for any of the Indebtedness may be applied by the Creditor upon such of the items of the Indebtedness as it may determine.

6.      The undersigned waive(s) presentment, protest, demand, notice of dishonor or default, notice of acceptance of this guaranty, notice of any loans made, extensions granted or other action taken in reliance hereon and all demands and notices of any kind in connection with this guaranty or the Indebtedness.

7.      The Creditor may, without notice of any kind, sell, assign, transfer or grant participations in all or any of the Indebtedness, and in such event each and every immediate and successive assignee, transferee, or holder or participant in all or any of the Indebtedness shall have the right to enforce this guaranty, by suit or otherwise, for the benefit of such assignee, transferee, holder or participant were herein by name specifically given such rights, powers and benefits, but the Creditor shall have an unimpaired right, prior and superior to that of any assignee, transferee or holder to enforce this guaranty for the benefit of the Creditor or any such participant, as to so much of the Indebtedness as it has not sold, assigned or transferred.

8.      This guaranty shall also bind the heirs, successors, personal representatives and assigns of the undersigned and inure to the benefit of the Creditor, it successors and assigns. If signed by more the one person, this guaranty shall be the joint and several obligation of said persons. This guaranty shall be construed according to the law of the State of Florida.

9.      This guaranty is a supplement to and shall not be deemed to supersede or otherwise affect in any manner the undersigned's obligations under that certain Guaranty, dated November 28, 2000 executed by undersigned to the Creditor.

Miami, Florida, this 9th day of January, 2001.

By: _____
                James Hall

Address _1008  US  Hwy 1,  #762_
            _Jupiter,  FL  33477_

1411.002.guaranty.002

# GUARANTY

FOR VALUE RECEIVED, and in consideration of any loan or other financial accommodation heretofore, now or hereafter at any time made or give to Homes at River Lodge, Inc., a Florida corporation, (hereinafter called the "Debtor") by Sphere Capital Corp., a British Virgin Islands corporation (hereinafter called the "Creditor"), the undersigned, James H. Hall, hereby guarantee(s) absolutely and unconditionally the prompt payment when due, whether at maturity, by declaration, by demand or otherwise, and at any and all times thereafter, of all indebtedness and other obligations of every kind and nature of the Debtor to the Creditor, direct or indirect, absolute or contingent, due or become due, now or hereafter existing including, but not limited to, that certain Promissory Note of even date herewith with a principal sum of Five Hundred Thousand Dollars ($500,000.00)(all such indebtedness and other obligations being hereinafter collectively called the "Indebtedness"), and in addition the undersigned agree(s) to pay all expenses (including attorney's fee, including appellate attorney's fees, and legal expenses) paid or incurred by the Creditor in endeavoring to collect such Indebtedness or any part thereof and in enforcing this guaranty.

The right of recovery against the undersigned under this guaranty is, however, limited to the aggregate amount of $950,000.000, plus the interest on such amount and plus all expenses hereinbefore mentioned. The creation or existence from time to time of Indebtedness in excess of the amount to which the right of recovery under this guaranty is limited is hereby authorized without notice to the undersigned and shall in no way affect or impair this guaranty.

1.      In the event of death, dissolution, termination of existence or insolvency of the Debtor or any of the undersigned, or failure of the Debtor or any of the undersigned to pay debts as they mature, or business failure of the Debtor or the undersigned, or appointment of a receiver of any part of the property of the Debtor  or any of the undersigned, or an assignment for the benefit of creditors by the Debtor or any of the undersigned, or the commencement of any proceedings under any bankruptcy or insolvency laws by or against the Debtor or any of the undersigned, and if such event shall occur at a time when any of the Indebtedness may not be due and payable, the undersigned agree(s) to pay the Creditor forthwith the full amount which would be payable hereunder by the undersigned if all Indebtedness were then due and payable.

2.      The undersigned further agree(s) that this guaranty shall continue to be effective or be reinstated, as the case may be, if at any time payment, or any part thereof, of the Indebtedness to the Creditor is rescinded or must otherwise be returned by the Creditor upon the insolvency, bankruptcy, or reorganization of the Debtor or otherwise, all as though such payment to the Creditor had not been made.

3.      The Creditor may at any time and from time to time, without notice to the undersigned, take any or all of the following actions without affecting or impairing liability of the undersigned on this guaranty: (a) renew or extend time of payment of the Indebtedness; (b) accept, substitute, release or surrender any security for the Indebtedness; (c) accept other guarantors; and (d) release any person primarily or secondarily liable on the Indebtedness (including any maker, indorser or guarantor). The liability of the undersigned of this guaranty shall in no way be affected or impaired by any failure or delay in enforcing payment of the Indebtedness or any of the security therefore, or in exercising any right or power in respect thereto, or by any compromise, waiver, settlement, change, subordination, modification or disposition of the Indebtedness or any of the security of the Indebtedness or for this guaranty. In order to hold the undersigned liable hereunder, there shall be no obligation on the part of the Creditor, at any time, to resort for payment to the Debtor or any other guaranty or to any security for the Indebtedness or this guaranty, and the Creditor shall have the right to enforce this guaranty irrespective of whether or not other

proceedings or steps are being taken against any property securing Indebtedness or any of the undersigned or any other party primarily or secondarily liable on any of the Indebtedness.

4.     To secure the payment of any liability of the undersigned under this guaranty, the undersigned grant(s) to the Creditor a security interest in all property of the undersigned now or any time hereafter in the possession of Creditor for any purpose, and the Creditor shall have the rights and remedies of a secured party under the Uniform Commercial Code of Florida in respect to such property, including without limitation thereto the right to sell or otherwise dispose of any or all of such property. The Creditor may apply or set off any deposit or other indebtedness at any time credited by or due from the Creditor to the undersigned against any liability of the undersigned under this guaranty when any amount is payable hereunder by the undersigned.

5.     Any and all payments upon the Indebtedness made by the Debtor, or by the undersigned, or by any other person, and the proceeds of any and all security for any of the Indebtedness may be applied by the Creditor upon such of the items of the Indebtedness as it may determine.

6.     The undersigned waive(s) presentment, protest, demand, notice of dishonor or default, notice of acceptance of this guaranty, notice of any loans made, extensions granted or other action taken in reliance hereon and all demands and notices of any kind in connection with this guaranty or the Indebtedness.

7.     The Creditor may, without notice of any kind, sell, assign, transfer or grant participations in all or any of the Indebtedness, and in such event each and every immediate and successive assignee, transferee, or holder or participant in all or any of the Indebtedness shall have the right to enforce this guaranty, by suit or otherwise, for the benefit of such assignee, transferee, holder or participant were herein by name specifically given such rights, powers and benefits, but the Creditor shall have an unimpaired right, prior and superior to that of any assignee, transferee or holder to enforce this guaranty for the benefit of the Creditor or any such participant, as to so much of the Indebtedness as it has not sold, assigned or transferred.

8.     This guaranty shall also bind the heirs, successors, personal representatives and assigns of the undersigned and inure to the benefit of the Creditor, it successors and assigns. If signed by more the one person, this guaranty shall be the joint and several obligation of said persons. This guaranty shall be construed according to the law of the State of Florida.

9.     This guaranty is a supplement to and shall not be deemed to supersede or otherwise affect in any manner the undersigned's obligations under those certain Guaranties dated November 28, 2000 and January 9, 2001 executed by undersigned to the Creditor.

Miami, Florida, this 17th day of January, 2001.

By: _____
                James Hall

Address _0000 US Hwy 1, # 762_
_____ Jupiter, FL 33477 _____

## GUARANTY

FOR VALUE RECEIVED, and in consideration of any loan or other financial accommodation heretofore, now or hereafter at any time made or give to Homes at River Lodge, Inc., a Florida corporation, (hereinafter called the "Debtor") by Sphere Capital Corp., a British Virgin Islands corporation (hereinafter called the "Creditor"), the undersigned, James H. Hall, hereby guarantee(s) absolutely and unconditionally the prompt payment when due, whether at maturity, by declaration, by demand or otherwise, and at any and all times thereafter, of all indebtedness and other obligations of every kind and nature of the Debtor to the Creditor, direct or indirect, absolute or contingent, due or become due, now or hereafter existing including, but not limited to, that certain Promissory Note of even date herewith with a principal sum of One Hundred Fifty Thousand Dollars ($150,000.00)(all such indebtedness and other obligations being hereinafter collectively called the "Indebtedness"), and in addition the undersigned agree(s) to pay all expenses (including attorney's fee, including appellate attorney's fees, and legal expenses) paid or incurred by the Creditor in endeavoring to collect such Indebtedness or any part thereof and in enforcing this guaranty.

The right of recovery against the undersigned under this guaranty is, however, limited to the aggregate amount of $285,000.000, plus the interest on such amount and plus all expenses hereinbefore mentioned. The creation or existence from time to time of Indebtedness in excess of the amount to which the right of recovery under this guaranty is limited is hereby authorized without notice to the undersigned and shall in no way affect or impair this guaranty.

1.     In the event of death, dissolution, termination of existence or insolvency of the Debtor or any of the undersigned, or failure of the Debtor or any of the undersigned to pay debts as they mature, or business failure of the Debtor or the undersigned, or appointment of a receiver of any part of the property of the Debtor  or any of the undersigned, or an assignment for the benefit of creditors by the Debtor or any of the undersigned, or the commencement of any proceedings under any bankruptcy or insolvency laws by or against the Debtor or any of the undersigned, and if such event shall occur at a time when any of the Indebtedness may not be due and payable, the undersigned agree(s) to pay the Creditor forthwith the full amount which would be payable hereunder by the undersigned if all Indebtedness were then due and payable.

2.     The undersigned further agree(s) that this guaranty shall continue to be effective or be reinstated, as the case may be, if at any time payment, or any part thereof, of the Indebtedness to the Creditor is rescinded or must otherwise be returned by the Creditor upon the insolvency, bankruptcy, or reorganization of the Debtor or otherwise, all as though such payment to the Creditor had not been made.

3.     The Creditor may at any time and from time to time, without notice to the undersigned, take any or all of the following actions without affecting or impairing liability of the undersigned on this guaranty: (a) renew or extend time of payment of the Indebtedness; (b) accept, substitute, release or surrender any security for the Indebtedness; (c) accept other guarantors; and (d) release any person primarily or secondarily liable on the Indebtedness (including any maker, indorser or guarantor). The liability of the undersigned of this guaranty shall in no way be affected or impaired by any failure or delay in enforcing payment of the Indebtedness or any of the security therefore, or in exercising any right or power in respect thereto, or by any compromise, waiver, settlement, change, subordination, modification or disposition of the Indebtedness or any of the security of the Indebtedness or for this guaranty. In order to hold the undersigned liable hereunder, there shall be no obligation on the part of the Creditor, at any time, to resort for payment to the Debtor or any other guaranty or to any security for the Indebtedness or this guaranty, and the Creditor shall have the right to enforce this guaranty irrespective of whether or not other

proceedings or steps are being taken against any property securing Indebtedness or any of the undersigned or any other party primarily or secondarily liable on any of the Indebtedness.

4.     To secure the payment of any liability of the undersigned under this guaranty, the undersigned grant(s) to the Creditor a security interest in all property of the undersigned now or any time hereafter in the possession of Creditor for any purpose, and the Creditor shall have the rights and remedies of a secured party under the Uniform Commercial Code of Florida in respect to such property, including without limitation thereto the right to sell or otherwise dispose of any or all of such property. The Creditor may apply or set off any deposit or other indebtedness at any time credited by or due from the Creditor to the undersigned against any liability of the undersigned under this guaranty when any amount is payable hereunder by the undersigned.

5.     Any and all payments upon the Indebtedness made by the Debtor, or by the undersigned, or by any other person, and the proceeds of any and all security for any of the Indebtedness may be applied by the Creditor upon such of the items of the Indebtedness as it may determine.

6.     The undersigned waive(s) presentment, protest, demand, notice of dishonor or default, notice of acceptance of this guaranty, notice of any loans made, extensions granted or other action taken in reliance hereon and all demands and notices of any kind in connection with this guaranty or the Indebtedness.

7.     The Creditor may, without notice of any kind, sell, assign, transfer or grant participations in all or any of the Indebtedness, and in such event each and every immediate and successive assignee, transferee, or holder or participant in all or any of the Indebtedness shall have the right to enforce this guaranty, by suit or otherwise, for the benefit of such assignee, transferee, holder or participant were herein by name specifically given such rights, powers and benefits, but the Creditor shall have an unimpaired right, prior and superior to that of any assignee, transferee or holder to enforce this guaranty for the benefit of the Creditor or any such participant, as to so much of the Indebtedness as it has not sold, assigned or transferred.

8.     This guaranty shall also bind the heirs, successors, personal representatives and assigns of the undersigned and inure to the benefit of the Creditor, it successors and assigns. If signed by more the one person, this guaranty shall be the joint and several obligation of said persons. This guaranty shall be construed according to the law of the State of Florida.

9.     This guaranty is a supplement to and shall not be deemed to supersede or otherwise affect in any manner the undersigned's obligations under those certain Guaranties dated November 28, 2000, January 9, 2001 and January 17, 2001 executed by undersigned to the Creditor.

Miami, Florida, this 24th day of January, 2001.

By: _____

                James Hall

Address _/0000 US Hwy 1, # 762_

            _Jupiter, FL  33477_

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

04 - 14057

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Sphere Capital Corp.

## DEFENDANTS

Homes at River _____ CIV-GRAHAM
LYNCH

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT Martin County
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

British Virgin Islands — FT. Pierce — 04-14057 CIV DLG / Lynch

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) 305-373-0330
Sanchez-Aballi & Partners, P.A.
1401 Brickell Avenue, Ste 825
Miami, Florida 33131

ATTORNEYS (IF KNOWN)

Not Known

**(d)** CIRCLE COUNTY WHERE ACTION AROSE: DADE, MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN 'X' IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN 'X' IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☒ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med Malpractice | B☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | B☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | B☐ 630 Liquor Laws | **A PROPERTY RIGHTS** | B☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | | B☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | B☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | B☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | B☐ 690 Other | **B SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **A LABOR** | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| | | | | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| B☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | A☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 444 Welfare | A☐ 535 Death Penalty | | | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | A☐ 540 Mandamus & Other | | | A OR B |
| ☐ 290 All Other Real Property | | A☐ 550 Civil Rights | | | |
| | | A☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Mortgage foreclosure action by British Virgin Islands Corporation against Florida Corporations and individuals 28 USC §1332(a).

LENGTH OF TRIAL
via ___ days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION** ☐ UNDER F.R.C.P. 23

DEMAND $ Foreclosure Judgment

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):

JUDGE N/A

DOCKET NUMBER

DATE March 5, 200X

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # 997555   AMOUNT $150.00   APPLYING IFP ___   JUDGE ___   MAG. JUDGE ___